# Exhibit D

Outlook

## RE: [EXTERNAL] FOIA Expedited Processing and Fee Waiver Appeal re: Request No. S9H: 2025-FOIA-00956

**From** ^FOIA Public Liaison <FOIA.Public.Liaison@ssa.gov>
**Date** Tue 3/25/2025 8:08 AM
**To** Sophie Feng <SFeng@aclu.org>; ^FOIA Public Liaison <FOIA.Public.Liaison@ssa.gov>
**Cc** Nathan Wessler <nwessler@aclu.org>; Lauren Yu <LYu@aclu.org>

**This Message Is From an External Sender**
This message came from outside your organization.

Greetings:
Thank you for your email regarding 2025-FOIA-00956. You have reached the Social Security Administration (SSA) mailbox for Freedom of Information Act (FOIA) and Privacy Act records requests. We will add your appeal to FOIAXpress, our FOIA case management solution, for processing. You should receive a separate email from FOIAXpress with a tracking number once your case has been created in our system.

When you email the FOIA Public Liaison mailbox, we encourage you to limit the amount of personally identifiable information you provide in your email correspondence. While SSA operates within a secure network, we have no control of the data we receive while it is in transit to or from our FOIA Public Liaison mailbox.

Sincerely,
The FOIA Public Liaison
Social Security Administration

**From:** Sophie Feng <SFeng@aclu.org>
**Sent:** Monday, March 24, 2025 4:16 PM
**To:** ^FOIA Public Liaison <FOIA.Public.Liaison@ssa.gov>
**Cc:** Nathan Wessler <nwessler@aclu.org>; Lauren Yu <LYu@aclu.org>
**Subject:** [EXTERNAL] FOIA Expedited Processing and Fee Waiver Appeal re: Request No. S9H: 2025-FOIA-00956

To Whom It May Concern,

The American Civil Liberties Union and the American Civil Liberties Union Foundation submit this Freedom of Information Act appeal (see attached PDF) for Request No. S9H: 2025-FOIA-00956.

Please don't hesitate to reach out with any questions.

Sincerely,
Sophie Feng


**Sophie Feng**

*Pronouns: she, her*

Paralegal | Speech, Privacy, and Technology Project

American Civil Liberties Union

sfeng@aclu.org | (646) 831-3941

