# Exhibit F

| | |
|---|---|
| **From:** | VACO FOIA Service Inbox |
| **To:** | Sophie Feng |
| **Subject:** | 25-08493-F Notice of Referral |
| **Date:** | Monday, February 10, 2025 2:14:00 PM |

**This Message Is From an External Sender**
This message came from outside your organization.

Good afternoon,

This email acknowledges receipt of your FOIA request to the Department of Veteran Affairs, received on February 7, 2025. You are seeking the following:

The ACLU seeks the release of records for the period beginning at noon Eastern Standard Time on January 20, 2025—including but not limited to written communications (including emails, SMS messages, and messages sent on platforms including but not limited to iMessage, Slack, Microsoft Teams, WhatsApp, and Signal) and memoranda—concerning the following: (1) Any request by persons affiliated with or representing DOGE or USDS for access to any data repository, database, system of records, computer matching program, code base, or other system containing personally identifiable information (PII), personnel records (including records of federal employees, contractors, and applicants), financial data, health data, or other sensitive data, and any response to such request; (2) Any decision, analysis or discussion about whether access to any data repository, database, system of records, computer matching program, code base, or other system containing personally identifiable information (PII), personnel records, financial data, health data, or other sensitive data by persons affiliated with or representing DOGE or USDS is prohibited or constrained by statute, regulation, or rule. This includes but is not limited to any discussion of protections provided by the Privacy Act; the Health Information Portability and Accountability Act (HIPAA) and the HIPAA Privacy Rule; the E-Government Act of 2002, including the Federal Information Security Management Act and the Confidential Information Protection and Statistical Efficiency Act; taxpayer privacy laws including 26 U.S.C § 6103; the Family Educational Rights and Privacy Act (FERPA); and census record privacy laws including 13 U.S.C. §§ 9 & 214; and (3) Any proposed or actual use of artificial intelligence, including but not limited to services, models, or other software applications provided by xAI or Grok, by or at the direction or request of persons affiliated with or representing DOGE or USDS to analyze agency records or data.

The records that you are seeking are not maintained in this office. We contacted the Office of the Executive Secretary, U.S. Department of Veterans Affairs (OSVA) and was advised that your request falls under their purview. Therefore, your request is being referred to the OSVA office for processing and direct response to you. Their contact information is below:

**Office of the Executive Secretary, U.S. Department of Veterans Affairs (OSVA)**
810 Vermont Avenue, NW
Washington, DC 20420
(202) 632-5286
(202) 273-4880 (Fax)
OSVAFOIA@va.gov

Any future questions regarding the status of your request should be directed to [OSVAFOIA@va.gov](mailto:OSVAFOIA@va.gov) .

Thank you,

VA FOIA Service
Compliance, Risk and Remediation (CRR)
Office of Information and Technology (OI&T)
Washington, DC 20240
E-Fax: 202-632-7581
[vacofoiase@va.gov](mailto:vacofoiase@va.gov)