# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| _____<br>*Plaintiff*<br><br>v.<br>UNITED STATES SOCIAL SECURITY<br>ADMINISTRATION and UNITED STATES<br>DEPARTMENT OF VETERANS AFFAIRS<br>_____<br>*Defendant* | )<br>)<br>)<br>)   Civil Action No.<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To:    *(Defendant's name and address)*



   A lawsuit has been filed against you.

   Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:



   If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


                                                                        *ANGELA D. CAESAR, CLERK OF COURT*


Date: _____                        _____
                                                                        *Signature of Clerk or Deputy Clerk*