CO-386
10/2018

# United States District Court
# For the District of Columbia

AMERICAN CIVIL LIBERTIES UNION )
)
)
)
            Plaintiff )
vs )        Civil Action No. __25-cv-1217_____
)
UNITED STATES SOCIAL )
SECURITY ADMINISTRATION et al. )
)
           Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __American Civil Liberties Union__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __American Civil Liberties Union__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Megan C. Keenan
Signature

7523817
BAR IDENTIFICATION NO.

Megan C. Keenan
Print Name

915 15th Street NW, 6th Floor
Address

Washington    DC    20005
City        State    Zip Code

(917) 710-3245
Phone Number