**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

AMERICAN CIVIL LIBERTIES UNION,

*Plaintiff,*

v.

UNITED STATES SOCIAL SECURITY
ADMINISTRATION and UNITED STATES
DEPARTMENT OF VETERAN AFFAIRS,

*Defendants.*

Case No. 25-cv-1217

## MOTION TO APPEAR *PRO HAC VICE*

Pursuant to LCvR 83.2(e)(2), Plaintiff, through the undersigned counsel, respectfully moves for the admission *pro hac vice* of the following attorney who has undertaken the representation of Plaintiff in this matter as co-counsel:

1.  The attorney's full name is Michelle Fraling.

2.  The attorney's office address and telephone number are American Civil Liberties Union Foundation, 915 15th St NW, 6th Floor, Washington, DC 20005, (917) 710-3245.

3.  The attorney is admitted to the following bar: D.C. 90017463.

4.  The attorney has not been disciplined by any bar.

5.  The attorney has not been admitted pro hac vice in this Court within the last two years.

6.  The attorney is a member of the District of Columbia Bar and does not have an application for membership pending.

7.  A certificate of the court or bar for the state in which the attorney regularly practices, which has been issued within thirty (30) days of filing and states that the attorney is a member in good standing of the bar of that state court is attached.

8. An accompanying payment of $100 will be deposited in the fund described in LCvR 83.8(f).

WHEREFORE, Plaintiff respectfully requests that the Court permit this attorney to appear *pro hac vice*.

Date: April 21, 2025

/s/ Megan C. Keenan
Megan C. Keenan
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th Street NW, 6th Floor
Washington, DC 20005
(917) 710-3245
mkeenan@aclu.org

*Counsel for Plaintiff American Civil Liberties Union*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 21, 2025, I electronically filed the foregoing with the Clerk of Court by using CM/ECF, which automatically serves all counsel of record for the parties who have appeared.

/s/ Megan C. Keenan
Megan C. Keenan
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
915 15th Street NW, 6th Floor
Washington, DC 20005
(917) 710-3245
mkeenan@aclu.org

*Counsel for Plaintiff American Civil Liberties Union*