# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

American Civil Liberties Union )
*Plaintiff* )
)
v. ) Civil Action No. 25-cv-1217
U.S. Social Security Administration et al. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*   Edward R. Martin, Jr., Interim U.S. Attorney for the District of Columbia
Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan C. Keenan (#1672508)
AMERICAN CIVIL LIBERTIES UNION
915 15th Street NW
Washington, DC 20001
(740) 632-0671
mkeenan@aclu.org

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____        _____
                                                       *Signature of Clerk or Deputy Clerk*