# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

American Civil Liberties Union  )
_Plaintiff_                     )
                                )
v.                              )    Civil Action No. 25-cv-1217-CRC
UNITED STATES SOCIAL SECURITY   )
ADMINISTRATION and UNITED STATES)
DEPARTMENT OF VETERANS AFFAIRS  )
_Defendant_                     )

## SUMMONS IN A CIVIL ACTION

To:  _(Defendant's name and address)_  United States Social Security Administration
6401 Security Blvd.
Baltimore, MD 21235

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan C. Keenan
American Civil Liberties Union Foundation
915 15th Street, NW
Washington, DC 20001
mkeenan@aclu.org

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 4/22/2025                             /s/ Ma. Ursula Masagca
                                            _Signature of Clerk or Deputy Clerk_

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION )
*Plaintiff* )
)
v. )
UNITED STATES SOCIAL SECURITY ) Civil Action No. 25-cv-1217-CRC
ADMINISTRATION and UNITED STATES )
DEPARTMENT OF VETERANS AFFAIRS )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States Department of Veteran Affairs
810 Vermont Ave, NW
Washington, DC 20420

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Megan C. Keenan
American Civil Liberties Union Foundation
915 15th Street, NW
Washington, DC 20001
mkeenan@aclu.org

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: 4/22/2025                               /s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

American Civil Liberties Union )
*Plaintiff* )
)
v. )  Civil Action No. 25-cv-1217 -CRC
U.S. Social Security Administration et al. )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:  *(Defendant's name and address)*
Pamela Bondi,
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan C. Keenan (#1672508)
AMERICAN CIVIL LIBERTIES UNION
915 15th Street NW
Washington, DC 20001
(740) 632-0671
mkeenan@aclu.org

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 4/22/2025

/s/ Ma. Ursula Masagca
*Signature of Clerk or Deputy Clerk*

FOIA Summons
1/13

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

American Civil Liberties Union )
*Plaintiff* )
)
v. )   Civil Action No. 25-cv-1217 -CRC
U.S. Social Security Administration et al. )
)
*Defendant* )

### SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*   Edward R. Martin, Jr., Interim U.S. Attorney for the District of Columbia
Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan C. Keenan (#1672508)
AMERICAN CIVIL LIBERTIES UNION
915 15th Street NW
Washington, DC 20001
(740) 632-0671
mkeenan@aclu.org

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   4/22/2025         /s/ Ma. Ursula Masagca
                          *Signature of Clerk or Deputy Clerk*