AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION<br>*Plaintiff*<br>v.<br>U.S. SOCIAL SECURITY ADMINISTRATION, et al.<br>*Defendant* | Case No. 1:25-cv-1217 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff American Civil Liberties Union.

Date: 04/22/2025

*Attorney's signature*

Megan C. Keenan (DC Bar. No. 1672508)
*Printed name and bar number*

American Civil Liberties Union Foundation
915 15th Street NW
Washington, DC 20005
*Address*

mkeenan@aclu.org
*E-mail address*

(740) 632-0671
*Telephone number*

(202) 737-0231
*FAX number*