IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>   *Plaintiff*,<br><br>  v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION and UNITED STATES DEPARTMENT OF VETERAN AFFAIRS,<br><br>   *Defendants*. | Case No. 1:25-cv-01217-CRC |

## NOTICE OF FILING PROOF OF SERVICE

  Plaintiff respectfully submits the attached Declaration of Service of Process of Anika Venkatesh as proof of service upon U.S. Social Security Administration, U.S. Department of Veteran Affairs, the United States Attorney for the District of Columbia, and the Attorney General of the United States in the above-captioned matter.

Dated: April 28, 2025

Respectfully submitted,

*/s/ Nathan Wessler*
Nathan Freed Wessler*
Lauren Yu*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-25002500
nwessler@aclu.org
lyu@aclu.org

Megan C. Keenan (DC Bar No. 1672508)
Michelle Fraling* (DC Bar No. 90017463)
AMERICAN CIVIL LIBERTIES UNION
 FOUNDATION
915 15th Street NW, 6th Floor
Washington, DC 20005
(202) 548-6616
mkeenan@aclu.org
michelle.fraling@aclu.org

Evelyn Danforth-Scott*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
edanforth-scott@aclu.org

*Admitted *pro hac vice*.

*Counsel for Plaintiff*