## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, *Plaintiff*, v. UNITED STATES SOCIAL SECURITY ADMINISTRATION and UNITED STATES DEPARTMENT OF VETERAN AFFAIRS, *Defendants*. | Case No. 1:25-cv-01217-CRC |

**DECLARATION OF SERVICE OF PROCESS**

I, Anika Venkatesh, hereby certify that I am more than 18 years of age and not a party to this action.

I certify that I caused the Summons, Complaint, and Exhibits in this action to be served upon U.S. Social Security Administration by mailing copies thereof to 6401 Security Boulevard, Baltimore, Maryland 21235 by certified mail on April 22, 2025. The certified mail tracking number on that package was 70222410000251334648. That package was delivered to that address on April 28, 2025, as shown by the U.S. Postal Service proof of delivery, appended hereto.

I certify that I caused the Summons, Complaint, and Exhibits in this action to be served upon U.S. Department of Veteran Affairs by mailing copies thereof to 810 Vermont Avenue NW, Washington, DC 20420, by certified mail on April 22, 2025. The certified mail tracking number on that package was 70222410000251334631. That package was delivered to that address on April 25, 2025, as shown by the U.S. Postal Service proof of delivery, appended

hereto.

I further certify that I caused the Summons and Complaint in this action to be served upon the Attorney General of the United States by mailing copies thereof to 950 Pennsylvania Avenue NW, Washington, DC 20530, by certified mail on April 22, 2025. The certified mail tracking number on that package was 70222410000251334655. That package was delivered to that address on April 25, 2025, as shown by the U.S. Postal Service proof of delivery, appended hereto.

I further certify that on April 22, 2025, I caused the Summons, Complaint, and Exhibits in this action to be served upon the United States Attorney for the District of Columbia by email to USADC-ServiceCivil@usa.doj.gov, following the instructions from the U.S. Attorney for the District of Columbia available at https://www.justice.gov/usao-dc/civil-division. The April 27, 2025, email from the Office of the United States Attorney for the District of Columbia confirming receipt and acceptance of service is appended hereto. That email confirms a service date of April 22, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of April, 2025.                    /s/ Anika Venkatesh
                                                           Anika Venkatesh



April 28, 2025

Dear Anika Venkatesh:

The following is in response to your request for proof of delivery on your item with the tracking number: **7022 2410 0002 5133 4648**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 28, 2025, 9:31 am |
| **Location:** | BALTIMORE, MD 21235 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| **Weight:** | 1lb, 4.0oz |

**Recipient Signature**

Signature of Recipient:



Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



April 28, 2025

Dear Anika Venkatesh:

The following is in response to your request for proof of delivery on your item with the tracking number: **7022 2410 0002 5133 4631**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | April 25, 2025, 5:12 am |
| Location: | WASHINGTON, DC 20420 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 1lb, 4.0oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: |  |
| Address of Recipient: | |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

| | |
|---|---|
| Certified Mail Fee $4.85 | 0070 |
| $ | 29 |
| Extra Services & Fees (check box, add fee as appropriate) | |
| ☐ Return Receipt (hardcopy) $ $2.62 | |
| ☑ Return Receipt (electronic) $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery $ $0.00 | Here |
| ☐ Adult Signature Required $ $0.00 | APR 22 2025 |
| ☐ Adult Signature Restricted Delivery $ | |
| Postage $10.10 | |
| $ | 04/22/2025 |
| Total Postage and Fees $17.57 | |

Sent To Attorney General Pamela Bondi, U.S. DoJ.
Street and Apt. No., or PO Box No. 950 Pennsylvania Avenue NW
City, State, ZIP+4® Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 2410 0002 5133 4655

![USPS Logo] UNITED STATES POSTAL SERVICE

April 28, 2025

Dear Anika Venkatesh:

The following is in response to your request for proof of delivery on your item with the tracking number: **7022 2410 0002 5133 4655**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | April 25, 2025, 5:14 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | Priority Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

### Shipment Details

| | |
|---|---|
| **Weight:** | 1lb, 5.0oz |

### Recipient Signature

Signature of Recipient: [signature image]

Address of Recipient: [address image showing "20530"]

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

| | |
|---|---|
| **From:** | USADC-ServiceCivil |
| **To:** | Anika Venkatesh - she/her/hers |
| **Subject:** | RE: ACLU v. U.S. Soc. Sec. Admin. et al., 25-1217 |
| **Date:** | Sunday, April 27, 2025 12:29:46 PM |

**This Message Is From an External Sender**
This message came from outside your organization.

Your service package has been received and accepted with a service date of April 22, 2025.  Thank you.

**From:** Anika Venkatesh - she/her/hers <AVenkatesh@aclu.org>
**Sent:** Tuesday, April 22, 2025 3:19 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Nathan Wessler <nwessler@aclu.org>
**Subject:** [EXTERNAL] ACLU v. U.S. Soc. Sec. Admin. et al., 25-1217

To the Civil Process Clerk for the U.S. Attorney's Office for D.C.,

Please find attached the Summons, Complaint and all Exhibits filed by the Plaintiff ACLU in ACLU v. U.S. Soc. Sec. Admin. Et al., No. 25-1217 filed on April 21, 2025 in the U.S. District Court for the District of Columbia. If there are any issues, do let me know.

Best,
Anika Venkatesh
Paralegal, American Civil Liberties Union Foundation