UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION and UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>*Defendants*. | Case No. 1:25-cv-01217<br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65 and Local Rule 65.1(c), Plaintiff American Civil Liberties Union ("ACLU") respectfully moves for a preliminary injunction in this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, suit against Defendant United States Social Security Administration ("SSA").[1] The requested injunction would require Defendant SSA to immediately process Plaintiff's FOIA request for records related to the United States DOGE Service's access to federal government data systems. Pursuant to Local Civil Rule 65.1(d), Plaintiff requests that the Court order Defendant to file any opposition to this motion by no later than May 14, 2025, and schedule a hearing on this motion at the Court's earliest convenience.

Pursuant to Local Civil Rule 7(m), Plaintiff's counsel contacted the Civil Division Chief, Office of the United States Attorney for the District of Columbia, who indicated that Defendant SSA opposes this motion. Wessler Decl. ¶ 22.

---

[1] Plaintiff does not seek a preliminary injunction against Defendant U.S. Department of Veterans Affairs, which began producing responsive records after Plaintiff filed suit. *See* Wessler Decl. ¶ 21.

Plaintiff submits the attached Memorandum of Points and Authorities, the Declaration of Nathan Freed Wessler, and a proposed order in support of this motion.

Dated: May 7, 2025

Respectfully submitted,

/s/ Megan C. Keenan
Megan C. Keenan (DC Bar No. 1672508)
Michelle Fraling* (DC Bar No. 90017463)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
915 15th Street NW, 6th Floor
Washington, DC 20005
(917) 710-3245
mkeenan@aclu.org
michelle.fraling@aclu.org

Lauren Yu*
Nathan Freed Wessler*
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
lyu@aclu.org
nwessler@aclu.org

Evelyn Danforth-Scott*
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
edanforth-scott@aclu.org

*Counsel for Plaintiff*

* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that following electronic filing of this motion and attachments, counsel will cause service to be effected on Defendants by sending a copy of this motion and the attached Memorandum of Points and Authorities, the Declaration of Nathan Freed Wessler, and the proposed order to the United States Attorney via email as directed on the website of the U.S. Attorney for the District of Columbia, and via Priority Mail to the service addresses of the U.S. Attorney General and Defendants U.S. Social Security Administration and U.S. Department of Veterans Affairs.

Dated: May 7, 2025                                         */s/ Megan C. Keenan*

                                                                     Megan C. Keenan