# Exhibit E

Outlook

## Status of FOIA Appeal no. 2025-APP-00478

From Sophie Feng <SFeng@aclu.org>
Date Fri 4/18/2025 12:20 PM
To ^FOIA Public Liaison <FOIA.Public.Liaison@ssa.gov>

To Whom It May Concern:

I am writing on behalf of the American Civil Liberties Union and American Civil Liberties Union Foundation to inquire about a status update for our FOIA appeal no. 2025-APP-00478. The SSA FOIA office confirmed receipt of our appeal on March 25th, 2025, but since then there has been no acknowledgement or determination on our appeal of expedited processing. If you are able to, please provide me an update on the status of our appeal.

Thank you,
Sophie Feng


**Sophie Feng**
*Pronouns: she, her*
Paralegal | Speech, Privacy, and Technology Project
American Civil Liberties Union
sfeng@aclu.org |

