# Exhibit F

 Outlook

**Request Acknowledgement by Social Security Administration**

From noreply@foia.ssa.gov <noreply@foia.ssa.gov>
Date Tue 3/25/2025 11:52 AM
To Sophie Feng <SFeng@aclu.org>

**This Message Is From an External Sender**
This message came from outside your organization.

Case No: 2025-APP-00478

Sophie Feng
sfeng@aclu.org

Dear Sophie Feng:

This email acknowledges receipt of your request, case tracking number 2025-APP-00478. Your request is assigned a case tracking number based on the time it was received by FOIAXpress.

The FOIA is centrally processed at the Social Security Administration (SSA) within the Office of Privacy and Disclosure, with a subset of requests – requests for copies of decedents' original SS-5 and Numident records – processed by the Office of Central Operations, Division of Earnings and Business Services. Please know that FOIA requests are categorized as either simple or complex, depending on the nature of the request and the estimated processing time. For most non-expedited simple requests, we make a determination about release of the record(s) requested within 20 business days. We will place into a complex processing queue any request that cannot be completed within 20 business days due to unusual circumstances.

If you need to correspond with us regarding your request, you may leave a voicemail by calling 410-965-1727 or you may send email correspondence to our FOIA Public Liaison at FOIA.Public.Liaison@ssa.gov. When you email this mailbox, we encourage you to limit the amount of personally identifiable information you provide in your email correspondence. While SSA operates within a secure network, we have no control of the data we receive while it is in transit to or from our FOIA Public Liaison mailbox. Please include your case tracking number in your email.

Sincerely,
The FOIA and Privacy Act Team
SSA