UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION and UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>*Defendants*. | Civil No. 1:25-cv-01217 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Preliminary Injunction, ECF No. ____, and the entire record herein, for the reasons stated in the accompanying Memorandum Opinion, it is hereby:

**ORDERED** that Plaintiff's Motion for Preliminary Injunction is **GRANTED**;

and it is further

**ORDERED** that Defendant Social Security Administration ("SSA") grant expedited processing for FOIA Request No. S9H: 2025-FOIA-00956;

**ORDERED** that Defendant SSA fully process and produce all non-exempt records responsive to FOIA Request No. S9H: 2025-FOIA-00956 on an expedited basis; and

**ORDERED** that Defendant SSA process potentially responsive records at a rate of no less than 1,000 pages per month.

**SO ORDERED**.

                                                                                         _____
                                                                                         CHRISTOPHER R. COOPER
                                                                                         United States District Judge

Date: _____