UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION,

        Plaintiff,

    v.

UNITED STATES SOCIAL SECURITY
ADMINISTRATION, et al.,

        Defendants.

Civil Action No. 25-1217 (CRC)

## <u>NOTICE OF APPEARANCE</u>

    The Clerk of the Court will please enter the appearance of Assistant United States Attorney

Brian J. Levy as counsel for Defendants in this action.

Dated: May 8, 2025

Respectfully submitted,

_____*/s/ Brian J. Levy*_____
BRIAN J. LEVY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-6734

*Attorney for the United States of America*