**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

AMERICAN CIVIL LIBERTIES UNION
FOUNDATION,

       *Plaintiff*,

   v.

UNITED STATES SOCIAL SECURITY
ADMINISTRATION and UNITED STATES
DEPARTMENT OF VETERAN AFFAIRS,

       *Defendants*.

Case No. 1:25-cv-01217-CRC

---

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff respectfully submits the attached Declarations of Service of Process of Anika Venkatesh and Lauren Yu as proof of service of the Motion for Preliminary Injunction and the attached Memorandum of Points and Authorities, the Declaration of Nathan Freed Wessler and exhibits, and the proposed order upon the United States Attorney for the District of Columbia in the above-captioned matter.

Dated: May 8, 2025

Respectfully submitted,

*/s/ Nathan Wessler*
Nathan Freed Wessler*
Lauren Yu*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-25002500
nwessler@aclu.org
lyu@aclu.org

Megan C. Keenan (DC Bar No. 1672508)
Michelle Fraling* (DC Bar No. 90017463)
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
915 15th Street NW, 6th Floor
Washington, DC 20005
(202) 548-6616
mkeenan@aclu.org

michelle.fraling@aclu.org

Evelyn Danforth-Scott*
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
edanforth-scott@aclu.org

*Admitted *pro hac vice*.

*Counsel for Plaintiff*