IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION and UNITED STATES DEPARTMENT OF VETERAN AFFAIRS,<br><br>*Defendants.* | Case No. 1:25-cv-01217-CRC |

**DECLARATION OF SERVICE OF PROCESS**

I, Anika Venkatesh, hereby certify that I am more than 18 years of age and not a party to this action.

I certify that on May 7, 2025, I caused the Motion for Preliminary Injunction and the attached Memorandum of Points and Authorities, the Declaration of Nathan Freed Wessler and exhibits, and the proposed order to be served upon the United States Attorney for the District of Columbia by email to USADC-ServiceCivil@usa.doj.gov and to the Chief of the Civil Division at his direct email address, following the instructions from the U.S. Attorney for the District of Columbia available at https://www.justice.gov/usao-dc/civil-division. On May 8, 2025, the Civil Division Chief responded by email confirming receipt of the emailed service copy of the Motion for Preliminary Injunction and attachments.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of May, 2025.

/s/ Anika Venkatesh