# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION and UNITED STATES DEPARTMENT OF VETERAN AFFAIRS,<br><br>*Defendants*. | Case No. 1:25-cv-01217-CRC |

## DECLARATION OF SERVICE OF PROCESS

I, Lauren Yu, hereby certify that I am more than 18 years of age and not a party to this action. I am counsel for Plaintiff in this action.

I certify that on May 8, 2025, I sent a copy of the Motion for Preliminary Injunction and the attached Memorandum of Points and Authorities, the Declaration of Nathan Freed Wessler and exhibits, and the proposed order via email to counsel for Defendants, Assistant United States Attorney Brian J. Levy, following his entry of an appearance in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of May, 2025.

_____
Lauren Yu