UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES SOCIAL SECURITY<br>ADMINISTRATION, et al.,<br><br>      Defendants. | Civil Action No. 25-1217 (CRC) |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendants United States Social Security Administration and the Department of Veterans Affairs, by and through undersigned counsel, respectfully file this unopposed motion for a 28-day extension of time to respond to the Complaint—i.e., to June 19, 2025.  Pursuant to Rule 7(m), Defendants requested Plaintiff's position on this motion.  Plaintiff said that it would not object to this motion as long as the Department of Veterans Affairs represented that it would continue to make rolling productions.  The Department of Veterans Affairs expects to do so.

Plaintiff filed the Complaint in this action on April 21, 2025.  Plaintiff served the United States Attorney's Office on or around April 22, 2025.  Accordingly, Defendants' deadline to respond to the complaint is May 22, 2025.  *See* 5 U.S.C. § 552(a)(4)(C) ("Notwithstanding any other provision of law, the defendant shall serve an answer or otherwise plead to any complaint made under this subsection within thirty days after service upon the defendant of the pleading in which such complaint is made, unless the court otherwise directs for good cause shown.").

Defendant Social Security Administration currently is responding to Plaintiff's motion for a preliminary injunction.  *See* May 9, 2025, Min. Order. The Undersigned has numerous competing

- 2 -

deadlines that prevent Defendants from drafting and finalizing an answer by the May 22, 2025

deadline. Accordingly, Defendant respectfully requests a twenty-eight day extension to file a

response to the Complaint.  This motion is not for the purpose of delay and would not affect any

other scheduled deadline.

A proposed order is attached.

Dated: May 15, 2025                                     Respectfully submitted,

                                                        JEANINE FERRIS PIRRO
                                                        United States Attorney


                                                        By: _____*/s/ Brian J. Levy*_____
                                                            BRIAN J. LEVY
                                                            Assistant United States Attorney
                                                            601 D Street, NW
                                                            Washington, DC 20530
                                                            (202) 252-6734

                                                        *Attorneys for the United States of America*