UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>        Defendants. | Civil Action No. 25-1217 (CRC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Unopposed Motion for an Extension of Time, and the entire record herein, it is hereby

ORDERED that the Unopposed Motion is GRANTED, and it is further

ORDERED that Defendants shall file their response to the complaint on or before June 19, 2025.

SO ORDERED:

_____                      _____
Date                                                    CHRISTOPHER R. COOPER
                                                          United States District Judge