UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SOCIAL SECURITY ADMINISTRATION, et al., <br><br> Defendants. | Civil Action No. 25-1217 (CRC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiff's motion for a preliminary injunction, Defendant's opposition, and the entire record herein, it is hereby

ORDERED that Plaintiff's motion is DENIED.

SO ORDERED:

_____    _____
Date                                              CHRISTOPHER R. COOPER
                                                        United States District Judge