UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION and UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>*Defendants*. | Case No. 1:25-cv-01217-CRC |

### SUPPLEMENTAL DECLARATION OF NATHAN FREED WESSLER

I, NATHAN FREED WESSLER, hereby declare as follows:

1. I am an attorney with the American Civil Liberties Union ("ACLU") Foundation, where I serve as the Deputy Project Director of the ACLU Speech, Privacy, and Technology Project. I am counsel for Plaintiff ACLU in the above-captioned action. I make this declaration based on my personal knowledge and review of the ACLU's files.

2. The ACLU is a non-profit, 26 U.S.C. § 501(c)(4) membership organization that educates the public about the civil liberties implications of government policies and practices and pending and proposed state and federal legislation, provides analysis of pending and proposed legislation and Executive Branch policies and practices, directly lobbies legislators and government officials, and mobilizes its members to communicate with elected and appointed officials. A true and correct copy of the ACLU's signed Form 990 for the tax filing year ending in April 2024, which is available on the ACLU's website,[1] is attached as Exhibit A.

---

[1] https://assets.aclu.org/live/uploads/2024/12/990-ACLU-FY24-3.31.24.pdf.

1

3.    As recorded on the 990, the ACLU's three primary activities, in order of resource expenditure, are affiliate support, public education, and legislative advocacy. Ex. A at 2.

4.    The description of the ACLU's public education work reads:

> Through newsletters, its comprehensive website, advertisements, op-ed articles, media interviews, publications, social media, and numerous meetings and workshops conducted in collaboration with its affiliates throughout the US, the ACLU provides ongoing education to its approximately 1,000,000 supporters and to the public at large concerning a wide range of civil liberties issues. The organization's educational campaigns emphasize First Amendment rights to free speech, association and assembly; the right to equal protection under the law; the right to due process and to fair treatment when the loss of liberty or property is at stake; and the right to privacy and freedom from unwarranted government intrusion into personal and private affairs.

*Id.* at 2, 121.

5.    The description of the ACLU's legislative advocacy work reads:

> The ACLU's legislative advocates are a constant presence on Capitol Hill and in state legislatures, where they work to address civil liberties issues. Based primarily in the ACLU's Washington, DC office, the organization's legislative policy team works to ensure that proposed legislation moves towards, rather than away, from the civil liberties goals of the organization. Working in collaboration with staff from ACLU affiliates across the country and in coalition with other groups with a shared interest in specific civil liberties issues, the ACLU conducts research, publishes position papers, hosts forums for the public, and meets with key legislators and members of their staffs to discuss strategies to protect civil liberties and rights.

*Id.* at 2, 121–22.

6.    A true and correct copy of the ACLU's tax exemption application filed with the IRS, which is available on the ACLU's website,[2] is attached as Exhibit B.

7.    That tax exemption application describes the ACLU's activities as follows:

> For almost seventy years, the ACLU has been dedicated to preserving and defending the principles set forth in the Bill of Rights. To this end, the ACLU engages in various legislative and educational activities intended to further civil rights and civil liberties. The ACLU engages in lobbying activities on the federal and state level, and in public education efforts . . . .

---

[2] https://www.aclu.org/files/pdfs/about/aclu_exemption_application.pdf.

Ex. B at 49.

8. The ACLU Foundation is a separate non-profit, 26 U.S.C. § 501(c)(3) organization that provides legal representation free of charge to individuals and organizations in civil rights and civil liberties cases, and educates the public about civil rights and civil liberties issues across the country. A true and correct copy of the ACLU Foundation's signed Form 990 for the tax filing year ending in April 2024, which is available on the ACLU's website,[3] is attached as Exhibit C.

9. The ACLU Foundation's three primary activities, in order of resource expenditure, are litigation, affiliate support, and public education. Ex. C at 2.

10. Several agencies to which the ACLU directed its Freedom of Information Act request (the "Request") initially denied expedited processing: the Department of Commerce, the Department of Education, the Department of Agriculture, the National Institutes of Health, the Food and Drug Administration, U.S. Citizenship and Immigration Services, the Department of Housing and Urban Development, the Bureau of Indian Affairs, the National Park Service, the Department of State, the U.S. Agency for International Development, the Equal Employment Opportunity Commission, the Social Security Administration, and the Treasury Department. Of these agencies, the Department of Commerce, the Department of Agriculture and the Equal Employment Opportunity Commission have finished processing the Request. The Department of Commerce and Department of Education granted expedited processing upon appeal. The Equal Employment Opportunity Commission, Bureau of Indian Affairs, and the National Park Service denied expedited processing upon appeal. For the remaining agencies that initially denied expedited processing, appeals are pending.

---

[3] https://assets.aclu.org/live/uploads/2024/12/990-ACLUF-FY24-3.31.24.pdf.

11. The Census Bureau, the National Oceanic and Atmospheric Administration, the Department of Defense, the Mine Safety and Health Administration, and the Occupational Safety and Health Administration responded to the Request by merging the request with another agency's request. The Department of Justice referred the Request to another agency.

12. The Department of Commerce, the Department of Agriculture, the Substance Abuse and Mental Health Services Administration, the Executive Office of U.S. Attorneys, and the Equal Employment Opportunity Commission have finished processing the Request.

13. The Food and Nutrition Service, the Department of Health and Human Services Office of the Secretary – Program Support Center, the Federal Bureau of Investigation, the Department of Labor, the Department of Veterans Affairs, ("VA") the Office of Management and Budget, and the Bureau of Fiscal Service have not made any determination regarding expedited processing, although the VA has begun producing responsive records. The Federal Bureau of Investigation closed the Request.

14. Thus, out of the forty agencies and components to which the ACLU directed its Request, only fourteen have denied expedited processing,[4] and only three of those have upheld the denials on appeal.

I declare under penalty of perjury, 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on May 23, 2025

_____
Nathan Freed Wessler

---

[4] Of these fourteen, three agencies or components have in fact finished processing the Request.

4