# Exhibit C

| Form **990** | **Return of Organization Exempt From Income Tax** | OMB No. 1545-0047 |
|---|---|---|

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

Department of the Treasury
Internal Revenue Service

▶ Do not enter Social Security numbers on this form as it may be made public.
▶ Information about Form 990 and its instructions is at *www.irs.gov/form990*.

**2023**

Open to Public Inspection

**A** For the 2023 calendar year, or tax year beginning **04/01/2023** and ending **03/31/2024**

**B** Check if applicable:
- ☐ Address change
- ☐ Name change
- ☐ Initial return
- ☐ Terminated
- ☐ Amended return
- ☐ Application pending

**C** Name of organization AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.

Doing Business As

Number and street (or P.O. box if mail is not delivered to street address) **125 BROAD STREET, 18TH FLOOR**   Room/suite

City or town, state or province, country, and ZIP or foreign postal code **NEW YORK, NY 10004**

**D** Employer identification number
**13-6213516**

**E** Telephone number
**(212) 549-2500**

**G** Gross receipts $ **280,525,995.**

**F** Name and address of principal officer: ANTHONY D. ROMERO
SAME AS "C" ABOVE

**H(a)** Is this a group return for subordinates? ☐ Yes ☒ No
**H(b)** Are all subordinates included? ☐ Yes ☐ No
If "No," attach a list. (see instructions)

**I** Tax-exempt status: ☒ 501(c)(3)  ☐ 501(c) ( ) ◀ (insert no.)  ☐ 4947(a)(1) or  ☐ 527

**J** Website: ▶ WWW.ACLUFOUNDATION.ORG

**H(c)** Group exemption number ▶

**K** Form of organization: ☒ Corporation ☐ Trust ☐ Association ☐ Other ▶    **L** Year of formation: 1966   **M** State of legal domicile: NY

### Part I  Summary

| | | | |
|---|---|---|---|
| **Activities & Governance** | 1 | Briefly describe the organization's mission or most significant activities: PRESERVATION AND PROMOTION OF CIVIL RIGHTS AND CIVIL LIBERTIES. | |
| | 2 | Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets. | |
| | 3 | Number of voting members of the governing body (Part VI, line 1a) | **3** | 13 |
| | 4 | Number of independent voting members of the governing body (Part VI, line 1b) | **4** | 13 |
| | 5 | Total number of individuals employed in calendar year 2023 (Part V, line 2a) | **5** | 483 |
| | 6 | Total number of volunteers (estimate if necessary) | **6** | 13 |
| | 7a | Total unrelated business revenue from Part VIII, column (C), line 12 | **7a** | -36,308. |
| | b | Net unrelated business taxable income from Form 990-T, line 34 | **7b** | NONE |

| | | | Prior Year | Current Year |
|---|---|---|---|---|
| **Revenue** | 8 | Contributions and grants (Part VIII, line 1h) | 184,197,455. | 169,102,497. |
| | 9 | Program service revenue (Part VIII, line 2g) | NONE | NONE |
| | 10 | Investment income (Part VIII, column (A), lines 3, 4, and 7d) | 8,216,520. | 7,226,828. |
| | 11 | Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 8,767,660. | 8,817,663. |
| | 12 | Total revenue - add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 201,181,635. | 185,146,988. |
| **Expenses** | 13 | Grants and similar amounts paid (Part IX, column (A), lines 1-3) | 16,074,767. | 24,396,593. |
| | 14 | Benefits paid to or for members (Part IX, column (A), line 4) | NONE | NONE |
| | 15 | Salaries, other compensation, employee benefits (Part IX, column (A), lines 5-10) | 77,878,054. | 89,716,391. |
| | 16a | Professional fundraising fees (Part IX, column (A), line 11e) | 359,652. | 350,259. |
| | b | Total fundraising expenses (Part IX, column (D), line 25) ▶ _18,440,562._ | | |
| | 17 | Other expenses (Part IX, column (A), lines 11a-11d, 11f-24e) | 92,031,717. | 87,221,342. |
| | 18 | Total expenses. Add lines 13-17 (must equal Part IX, column (A), line 25) | 186,344,190. | 201,684,585. |
| | 19 | Revenue less expenses. Subtract line 18 from line 12 | 14,837,445. | -16,537,597. |

| | | | Beginning of Current Year | End of Year |
|---|---|---|---|---|
| **Net Assets or Fund Balances** | 20 | Total assets (Part X, line 16) | 785,630,158. | 828,604,389. |
| | 21 | Total liabilities (Part X, line 26) | 145,527,053. | 148,492,194. |
| | 22 | Net assets or fund balances. Subtract line 21 from line 20 | 640,103,105. | 680,112,195. |

### Part II  Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

**Sign Here**

▶ Signature of officer    Date 12/5/24

CHARIZMA T. WILLIAMS    COO
Type or print name and title

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| TARA COOKE | TARA COOKE | 11/18/2024 | | P01281186 |

Firm's name ▶ BDO USA    Firm's EIN ▶ 13-5381590

Firm's address ▶ 200 PARK AVENUE 38TH FLOOR NEW YORK, NY 10166   Phone no. 212-885-8000

May the IRS discuss this return with the preparer shown above? (see instructions) ☒ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions.    Form **990** (2023)

JSA
3E1065 1.000

1347VD 702V

COPY FOR PUBLIC INSPECTION

Form 990 (2023)                                                                                          Page **2**

| **Part III** | **Statement of Program Service Accomplishments** |
|---|---|

Check if Schedule O contains a response or note to any line in this Part III . . . . . . . . . . . . . . . . . . . . . . ☒

**1** Briefly describe the organization's mission:

SEE SCHEDULE O

_____
_____
_____

**2** Did the organization undertake any significant program services during the year which were not listed on the prior Form 990 or 990-EZ? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☒ **No**
If "Yes," describe these new services on Schedule O.

**3** Did the organization cease conducting, or make significant changes in how it conducts, any program services?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☒ **No**
If "Yes," describe these changes on Schedule O.

**4** Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported.

**4a** (Code: _____ ) (Expenses $ 75,699,505. including grants of $ 13,065,738. ) (Revenue $ 7,009,067. )
LEGAL - THE ACLU FOUNDATION'S LITIGATION PROGRAM IS THE
CORNERSTONE OF ITS CIVIL LIBERTIES PROGRAM. THE ACLU TODAY IS THE
NATION'S PREEMINENT CIVIL LIBERTIES ORGANIZATION, WITH A STAFF OF
ATTORNEYS IN THE NATIONAL OFFICE WORKING IN COLLABORATION WITH
ATTORNEYS AT AFFILIATE OFFICES NATIONWIDE TO ADDRESS CASES
INVOLVING A WIDE RANGE OF CIVIL LIBERTIES ISSUES. THE ACLU APPEARS
BEFORE THE U.S. SUPREME COURT MORE THAN ANY OTHER LEGAL SERVICES
ORGANIZATION OR GOVERNMENTAL AGENCY EXCEPT THE U.S. DEPARTMENT OF
JUSTICE.

**4b** (Code: _____ ) (Expenses $ 62,661,615. including grants of $ 11,165,401. ) (Revenue $ NONE )
AFFILIATE SUPPORT - THE ACLU HAS AN AFFILIATE OR CHAPTER IN EVERY
STATE, THE DISTRICT OF COLUMBIA, AND IN PUERTO RICO. AFFILIATES
HANDLE REQUESTS FOR LEGAL ASSISTANCE, LOBBY STATE LEGISLATURES AND
HOST EDUCATIONAL FORUMS THROUGHOUT THE YEAR. THE NATIONAL ACLU
COORDINATES FUNDRAISING EFFORTS WITH ITS AFFILIATES AND SHARES THE
PROCEEDS OF FUNDRAISING EFFORTS WITH AFFILIATES IN ACCORDANCE WITH
A DETAILED POLICY. THROUGH ITS AFFILIATE SUPPORT AND NATIONWIDE
INITIATIVES DEPARTMENT (ASNI), THE NATIONAL ACLU ALSO PROVIDES
GRANTS AND SUPPORT TO AFFILIATES ON SPECIFIC INITIATIVES AND
PROJECTS THAT HAVE BEEN IDENTIFIED AS INVOLVING MATTERS OF BOTH
(CONTINUED ON SCHEDULE O)

**4c** (Code: _____ ) (Expenses $ 18,968,802. including grants of $ 40,000. ) (Revenue $ 598,066. )
EDUCATION - THROUGH NEWSLETTERS, ITS WEBSITE, ADVERTISEMENTS,
OP-ED ARTICLES, MEDIA INTERVIEWS, PUBLICATIONS, SOCIAL MEDIA, AND
NUMEROUS MEETINGS AND WORKSHOPS CONDUCTED IN COLLABORATION WITH
ITS AFFILIATES THROUGHOUT THE US, THE ACLU FOUNDATION PROVIDES
ONGOING EDUCATION TO THE ACLU'S APPROXIMATELY 1,000,000 SUPPORTERS
NATIONWIDE AND TO THE PUBLIC AT LARGE WITH RESPECT TO A WIDE RANGE
OF CIVIL LIBERTIES ISSUES AND CONCERNS. A CORE COMPONENT OF THE
ORGANIZATION'S EDUCATIONAL CAMPAIGNS IS THE EMPHASIS ON KEY
RIGHTS, INCLUDING FIRST AMENDMENT RIGHTS TO FREE SPEECH,
ASSOCIATION AND ASSEMBLY; THE RIGHT TO EQUAL PROTECTION UNDER THE
LAW; THE RIGHT TO DUE PROCESS AND TO (CONTINUED ON SCHEDULE O)

**4d** Other program services (Describe on Schedule O.)
(Expenses $ 6,982,849. including grants of $ 125,454. ) (Revenue $ NONE )

**4e** Total program service expenses ▶ 164,312,771.

JSA
3E1020 2.000

1347VD  702V                                                                                              **7**

Form 990 (2023)                                                                                                                  Page **3**

| Part IV | **Checklist of Required Schedules** | | | |
|---|---|---|---|---|
| | | | Yes | No |
| **1** | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes,"* *complete Schedule A* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1** | X | |
| **2** | Is the organization required to complete Schedule B, Schedule of Contributors? See instructions . . . . . . . . | **2** | X | |
| **3** | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* . . . . . . . . . . . . . . . . . . . . . | **3** | | X |
| **4** | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* . . . . . . . . . . . . . . . | **4** | X | |
| **5** | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Rev. Proc. 98-19? *If "Yes," complete Schedule C, Part III* . . . . . . | **5** | | X |
| **6** | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | | X |
| **7** | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* . . . . . | **7** | | X |
| **8** | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | | X |
| **9** | Did the organization report an amount in Part X, line 21, for escrow or custodial account liability, serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* . . . . . . . . . . . . . . . . . . | **9** | | X |
| **10** | Did the organization, directly or through a related organization, hold assets in donor-restricted endowments or in quasi endowments? *If "Yes," complete Schedule D, Part V* . . . . . . . . . . . . . . . . . . . . | **10** | X | |
| **11** | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X, as applicable. | | | |
| **a** | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **11a** | X | |
| **b** | Did the organization report an amount for investments-other securities in Part X, line 12, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* . . . . . . . . . . | **11b** | X | |
| **c** | Did the organization report an amount for investments-program related in Part X, line 13, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* . . . . . . . . . . | **11c** | | X |
| **d** | Did the organization report an amount for other assets in Part X, line 15, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* . . . . . . . . . . . . . . . . . . | **11d** | | X |
| **e** | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* . . . | **11e** | X | |
| **f** | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* . . . . . . | **11f** | X | |
| **12a** | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12a** | | X |
| **b** | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | **12b** | X | |
| **13** | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* . . . . . . . . . . | **13** | | X |
| **14a** | Did the organization maintain an office, employees, or agents outside of the United States? . . . . . . . . . . | **14a** | | X |
| **b** | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* . . . . . . . . . | **14b** | | X |
| **15** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* . . . . . . . . . . . . . . . | **15** | | X |
| **16** | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* . . . . . . . . . . | **16** | | X |
| **17** | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I.* See instructions . . . . . . . . . . | **17** | X | |
| **18** | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* . . . . . . . . . . . . . . . . . . . . | **18** | | X |
| **19** | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **19** | | X |
| **20a** | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* . . . . . . . . . . . | **20a** | | X |
| **b** | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? . . . . . | **20b** | | |
| **21** | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* . . . . . . . . . | **21** | X | |

Form 990 (2023)   Page **4**

### Part IV   Checklist of Required Schedules *(continued)*

| | | | Yes | No |
|---|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* . . . . . . . . . . . . . . . . . . . . | **22** | | X |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5, about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **23** | X | |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* | **24a** | | X |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? . . . . . . | **24b** | | |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **24c** | | |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? . . . . . . | **24d** | | |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* . . . . . . . . . | **25a** | | X |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **25b** | | X |
| 26 | Did the organization report any amount on Part X, line 5 or 22, for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* . . . . . . . . | **26** | | X |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L, Part III* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **27** | | X |
| 28 | Was the organization a party to a business transaction with one of the following parties? (See the Schedule L, Part IV, instructions for applicable filing thresholds, conditions, and exceptions.) | | | |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **28a** | | X |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* . . . . . . . . | **28b** | | X |
| c | A 35% controlled entity of one or more individuals and/or organizations described in line 28a or 28b? *If "Yes," complete Schedule L, Part IV* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **28c** | | X |
| 29 | Did the organization receive more than $25,000 in noncash contributions? *If "Yes," complete Schedule M* | **29** | X | |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* . . . . . . . . . . . . . . . . . . . . . . . . . . | **30** | | X |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | **31** | | X |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **32** | | X |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* . . . . . . . . . . . . . . . . . | **33** | X | |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **34** | X | |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? . . . . . . . . . . . . | **35a** | | X |
| b | If "Yes" to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* . . . . | **35b** | | |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* . . . . . . . . . . . . . . . . . . . . . . | **36** | | X |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* . . . . . | **37** | | X |
| 38 | Did the organization complete Schedule O and provide explanations on Schedule O for Part VI, lines 11b and 19? **Note:** All Form 990 filers are required to complete Schedule O . . . . . . . . . . . . . . . . . . . . . . | **38** | X | |

### Part V   Statements Regarding Other IRS Filings and Tax Compliance

Check if Schedule O contains a response or note to any line in this Part V . . . . . . . . . . . . . . . . . . . . □

| | | | Yes | No |
|---|---|---|---|---|
| 1a | Enter the number reported in box 3 of Form 1096. Enter -0- if not applicable . . . . . . . . | **1a** | 194 | | |
| b | Enter the number of Forms W-2G included on line 1a. Enter -0- if not applicable . . . . . . | **1b** | NONE | | |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **1c** | X | |

JSA
3E1030 1.000

Form **990** (2023)

Form 990 (2023)                                                                                                                                     Page **5**

| **Part V** | **Statements Regarding Other IRS Filings and Tax Compliance** *(continued)* | | Yes | No |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| **2a** | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return **2a** `483` | | | |
| **b** | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? | **2b** | X | |
| **3a** | Did the organization have unrelated business gross income of $1,000 or more during the year?. . . . . . . . . . | **3a** | X | |
| **b** | If "Yes," has it filed a Form 990-T for this year? *If "No" to line 3b, provide an explanation on Schedule O* . . . . . . | **3b** | X | |
| **4a** | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)?. . | **4a** | | X |
| **b** | If "Yes," enter the name of the foreign country See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). | | | |
| **5a** | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year?. . . . . . . . | **5a** | | X |
| **b** | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | **5b** | | X |
| **c** | If "Yes" to line 5a or 5b, did the organization file Form 8886-T? . . . . . . . . . . . . . . . . . . . . . . . | **5c** | | |
| **6a** | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? . . . . . . . . . . | **6a** | | X |
| **b** | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **6b** | | |
| **7** | **Organizations that may receive deductible contributions under section 170(c).** | | | |
| **a** | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7a** | | X |
| **b** | If "Yes," did the organization notify the donor of the value of the goods or services provided? . . . . . . . . . . . | **7b** | | |
| **c** | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7c** | | X |
| **d** | If "Yes," indicate the number of Forms 8282 filed during the year . . . . . . . . . . . . . . **7d** | | | |
| **e** | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | **7e** | | X |
| **f** | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? . . . . . | **7f** | | X |
| **g** | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? | **7g** | | |
| **h** | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? | **7h** | | |
| **8** | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year?. . . . . . . . . . . . . . . | **8** | | |
| **9** | **Sponsoring organizations maintaining donor advised funds.** | | | |
| **a** | Did the sponsoring organization make any taxable distributions under section 4966? . . . . . . . . . . . . . . . | **9a** | | |
| **b** | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person?. . . . . . . . . . | **9b** | | |
| **10** | **Section 501(c)(7) organizations.** Enter: | | | |
| **a** | Initiation fees and capital contributions included on Part VIII, line 12 . . . . . . . . . . . . . **10a** | | | |
| **b** | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities . . . . **10b** | | | |
| **11** | **Section 501(c)(12) organizations.** Enter: | | | |
| **a** | Gross income from members or shareholders . . . . . . . . . . . . . . . . . . . . . . . . . **11a** | | | |
| **b** | Gross income from other sources. (Do not net amounts due or paid to other sources against amounts due or received from them.) . . . . . . . . . . . . . . . . . . . . . . . . . **11b** | | | |
| **12a** | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | **12a** | | |
| **b** | If "Yes," enter the amount of tax-exempt interest received or accrued during the year . . . . . **12b** | | | |
| **13** | **Section 501(c)(29) qualified nonprofit health insurance issuers.** | | | |
| **a** | Is the organization licensed to issue qualified health plans in more than one state? . . . . . . . . . . . . . . . | **13a** | | |
| | **Note:** See the instructions for additional information the organization must report on Schedule O. | | | |
| **b** | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans . . . . . . . . . . . . . . . . . . **13b** | | | |
| **c** | Enter the amount of reserves on hand . . . . . . . . . . . . . . . . . . . . . . . . . . . **13c** | | | |
| **14a** | Did the organization receive any payments for indoor tanning services during the tax year? . . . . . . . . . . . . | **14a** | | X |
| **b** | If "Yes," has it filed a Form 720 to report these payments? *If "No," provide an explanation on Schedule O* . . . . . | **14b** | | |
| **15** | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15** | | X |
| | If "Yes," see the instructions and file Form 4720, Schedule N. | | | |
| **16** | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? If "Yes," complete Form 4720, Schedule O. | **16** | | X |
| **17** | **Section 501(c)(21) organizations.** Did the trust, or any disqualified or other person engage in any activities that would result in the imposition of an excise tax under section 4951, 4952, or 4953? . . . . . . . . . . . . . If "Yes," complete Form 6069. | **17** | | |

Form 990 (2023)                                                                                                                       Page **6**

| **Part VI** | **Governance, Management, and Disclosure.** *For each "Yes" response to lines 2 through 7b below, and for a "No" response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes on Schedule O. See instructions.* |

Check if Schedule O contains a response or note to any line in this Part VI . . . . . . . . . . . . . . . . . . . . .  [X]

## Section A. Governing Body and Management

|  |  |  | | Yes | No |
|---|---|---|---|---|---|
| **1a** | Enter the number of voting members of the governing body at the end of the tax year . . . . . | **1a** | 13 | | |
|  | If there are material differences in voting rights among members of the governing body, or if the governing body delegated broad authority to an executive committee or similar committee, explain on Schedule O. | | | | |
| **b** | Enter the number of voting members included on line 1a, above, who are independent . . . . . | **1b** | 13 | | |
| **2** | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with any other officer, director, trustee, or key employee? . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **2** | | X |
| **3** | Did the organization delegate control over management duties customarily performed by or under the direct supervision of officers, directors, trustees, or key employees to a management company or other person? . . . . | | **3** | | X |
| **4** | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? . . . . | | **4** | | X |
| **5** | Did the organization become aware during the year of a significant diversion of the organization's assets? . . . . | | **5** | | X |
| **6** | Did the organization have members or stockholders? . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **6** | X | |
| **7a** | Did the organization have members, stockholders, or other persons who had the power to elect or appoint one or more members of the governing body? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **7a** | X | |
| **b** | Are any governance decisions of the organization reserved to (or subject to approval by) members, stockholders, or persons other than the governing body? . . . . . . . . . . . . . . . . . . . . . . . . . | | **7b** | X | |
| **8** | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | |
| **a** | The governing body? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | **8a** | X | |
| **b** | Each committee with authority to act on behalf of the governing body? . . . . . . . . . . . . . . . . . . . | | **8b** | X | |
| **9** | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at the organization's mailing address? *If "Yes," provide the names and addresses on Schedule O.* . . . . . . . . . | | **9** | | X |

## Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

|  |  | | Yes | No |
|---|---|---|---|---|
| **10a** | Did the organization have local chapters, branches, or affiliates? . . . . . . . . . . . . . . . . . . . . . | **10a** | X | |
| **b** | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? . . . | **10b** | X | |
| **11a** | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? . | **11a** | X | |
| **b** | Describe on Schedule O the process, if any, used by the organization to review this Form 990. | | | |
| **12a** | Did the organization have a written conflict of interest policy? *If "No," go to line 13* . . . . . . . . . . . . | **12a** | X | |
| **b** | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12b** | X | |
| **c** | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes," describe on Schedule O how this was done* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **12c** | X | |
| **13** | Did the organization have a written whistleblower policy? . . . . . . . . . . . . . . . . . . . . . . . . . | **13** | X | |
| **14** | Did the organization have a written document retention and destruction policy? . . . . . . . . . . . . . . . | **14** | X | |
| **15** | Did the process for determining compensation of the following persons include a review and approval by independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| **a** | The organization's CEO, Executive Director, or top management official . . . . . . . . . . . . . . . . . | **15a** | X | |
| **b** | Other officers or key employees of the organization . . . . . . . . . . . . . . . . . . . . . . . . . . . | **15b** | X | |
|  | If "Yes" to line 15a or 15b, describe the process on Schedule O. See instructions. | | | |
| **16a** | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement with a taxable entity during the year? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **16a** | | X |
| **b** | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the organization's exempt status with respect to such arrangements? . . . . . . . . . . . . . . . . . . . . . . | **16b** | | |

## Section C. Disclosure

**17** List the states with which a copy of this Form 990 is required to be filed ___SEE SCHEDULE O___

**18** Section 6104 requires an organization to make its Forms 1023 (1024 or 1024-A, if applicable), 990, and 990-T (section 501(c) (3)s only) available for public inspection. Indicate how you made these available. Check all that apply.
[X] Own website    [ ] Another's website    [X] Upon request    [ ] Other *(explain on Schedule O)*

**19** Describe on Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and financial statements available to the public during the tax year.

**20** State the name, address, and telephone number of the person who possesses the organization's books and records.
CHARIZMA WILLIAMS, COO 125 BROAD STREET, 18TH FLOOR NEW YORK, NY 10004
212-549-2500

Form 990 (2023)                                                                                                                                Page **7**

**Part VII** **Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors**

Check if Schedule O contains a response or note to any line in this Part VII . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . X

**Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See the instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (box 5 of Form W-2, box 6 of Form 1099-MISC, and/or box 1 of Form 1099-NEC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See the instructions for the order in which to list the persons above.

☐ Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/ 1099-MISC/ 1099-NEC) | (E)<br>Reportable compensation from related organizations (W-2/ 1099-MISC/ 1099-NEC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| **(1)** ANTHONY D. ROMERO | 14.00 | | | | | | | | | |
| EXECUTIVE DIRECTOR/CEO | 26.00 | | | X | | | | NONE | 1,320,302. | 58,263. |
| **(2)** TERENCE R. DOUGHERTY | 14.00 | | | | | | | | | |
| DEP EXEC DIR. OPS/GEN. COUNSEL | 26.00 | | | X | | | | NONE | 553,182. | 66,754. |
| **(3)** KARY L. MOSS | 34.00 | | | | | | | | | |
| DIR AFF SUPPORT & NATION. INIT | 6.00 | | | | X | | | 491,101. | NONE | 124,101. |
| **(4)** AJ HIKES | 14.00 | | | | | | | | | |
| DEP. EXEC DIR STRATEGY&CULTURE | 26.00 | | | X | | | | NONE | 543,532. | 30,884. |
| **(5)** MARK V. WIER | 34.00 | | | | | | | | | |
| CHIEF DEVELOPMENT OFFICER | 6.00 | | | | X | | | 504,111. | NONE | 50,124. |
| **(6)** DAVID D. COLE | 34.00 | | | | | | | | | |
| NATIONAL LEGAL DIRECTOR | 6.00 | | | | X | | | 492,089. | NONE | 25,314. |
| **(7)** CHARIZMA T. WILLIAMS | 14.00 | | | | | | | | | |
| COO | 26.00 | | | X | | | | NONE | 467,980. | 33,571. |
| **(8)** DEIDRE SCHIFELING | 14.00 | | | | | | | | | |
| NATIONAL POLITICAL DIRECTOR | 26.00 | | | | X | | | NONE | 430,114. | 33,792. |
| **(9)** LOUISE MELLING | 40.00 | | | | | | | | | |
| DEPUTY LEGAL DIRECTOR | NONE | | | | | X | | 354,111. | NONE | 79,118. |
| **(10)** N.J. AKBAR | 14.00 | | | | | | | | | |
| CHF. EQ.,DIVERSTY & INCL. OFF. | 26.00 | | | | | X | | NONE | 401,409. | 24,143. |
| **(11)** ELIZABETH FITZGERALD | 40.00 | | | | | | | | | |
| DIRECTOR OF DEVELOPMENT | NONE | | | | | X | | 343,414. | NONE | 80,613. |
| **(12)** SOPHIA K. GOLDMACHER | 14.00 | | | | | | | | | |
| CHIEF PEOPLE OFFICER | 26.00 | | | | | X | | NONE | 348,573. | 59,581. |
| **(13)** CECILLIA D. WANG | 40.00 | | | | | | | | | |
| DEPUTY LEGAL DIRECTOR | NONE | | | | | X | | 352,060. | NONE | 52,580. |
| **(14)** KRISTON ALFORD MCINTOSH | 26.00 | | | | | | | | | |
| CHIEF COMMUNICATIONS OFFICER | 14.00 | | | | | X | | 334,893. | NONE | 19,838. |

Form **990** (2023)

JSA
3E1041 2.000

Form 990 (2023) | | | | | | | | | | Page **8**

**Part VII** **Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees** *(continued)*

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| ( 15)  LARISA MUELLER | 14.00 | | | | | | | | | |
| CFO | 26.00 | | | X | | | | NONE | 323,421. | 18,720. |
| ( 16)  DEBORAH ARCHER | 3.00 | | | | | | | | | |
| DIRECTOR/PRESIDENT | 3.00 | X | | X | | | | NONE | NONE | NONE |
| ( 17)  ROBERT REMAR | 5.00 | | | | | | | | | |
| DIRECTOR/VP, TREASURER | 4.50 | X | | X | | | | NONE | NONE | NONE |
| ( 18)  CHARU VERMA | 3.00 | | | | | | | | | |
| DIRECTOR/VP | 2.00 | X | | X | | | | NONE | NONE | NONE |
| ( 19)  GRACE CHAN | 3.50 | | | | | | | | | |
| DIRECTOR/SEC. (THRU 10/15/23) | 2.00 | X | | X | | | | NONE | NONE | NONE |
| ( 20)  DAX GOLDSTEIN | 2.50 | | | | | | | | | |
| DIRECTOR/SEC. (AS OF 01/28/24) | 2.50 | X | | X | | | | NONE | NONE | NONE |
| ( 21)  SHAAKIRRAH SANDERS | 2.00 | | | | | | | | | |
| DIRECTOR/GENERAL COUNSEL | 2.00 | X | | X | | | | NONE | NONE | NONE |
| ( 22)  RONALD TYLER | 3.00 | | | | | | | | | |
| DIRECTOR/GENERAL COUNSEL | 2.50 | X | | X | | | | NONE | NONE | NONE |
| ( 23)  WILLIAM ACEVES | 3.00 | | | | | | | | | |
| DIRECTOR (THRU 01/28/24) | 3.00 | X | | | | | | NONE | NONE | NONE |
| ( 24)  MICHELLE BROWN-YAZZIE | 3.50 | | | | | | | | | |
| DIRECTOR | 2.50 | X | | | | | | NONE | NONE | NONE |
| ( 25)  RUTH COLKER | 2.50 | | | | | | | | | |
| DIRECTOR (AS OF 01/01/24) | 2.50 | X | | | | | | NONE | NONE | NONE |
| **1b Sub-total** . . . . . . . . . . . . . . . . . . . . ▶ | | | | | | | | 2,871,779. | 4,388,513. | 757,396. |
| **c Total from continuation sheets to Part VII, Section A** . . . . . . . . . ▶ | | | | | | | | NONE | NONE | NONE |
| **d Total (add lines 1b and 1c)** . . . . . . . . . . . . . . . . . . . . . . . ▶ | | | | | | | | 2,871,779. | 4,388,513. | 757,396. |

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶          222

| | | | Yes | No |
|---|---|---|---|---|
| **3** | Did the organization list any **former** officer, director, or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . . . | **3** | | |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **4** | | |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* . . . . . . . . . . . . . . . | **5** | | |

**Section B. Independent Contractors**

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 in compensation from the organization ▶

JSA<br>3E1055 1.000 | | | | Form **990** (2023)

1347VD  702V | | | | 13

Form 990 (2023)                                                                                                Page **8**

**Part VII** **Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees** *(continued)*

| (A)<br>Name and title | (B)<br>Average hours per week (list any hours for related organizations below dotted line) | (C)<br>Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D)<br>Reportable compensation from the organization (W-2/1099-MISC) | (E)<br>Reportable compensation from related organizations (W-2/1099-MISC) | (F)<br>Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| ( 26)  CHERIE-DAWSON EDWARDS | 2.50 | | | | | | | | | |
| DIRECTOR (AS OF 01/28/24) | 2.50 | X | | | | | | NONE | NONE | NONE |
| ( 27)  JEFFREY HONG | 3.00 | | | | | | | | | |
| DIRECTOR (THRU 01/28/24) | 3.00 | X | | | | | | NONE | NONE | NONE |
| ( 28)  DONITA JUDGE | 2.50 | | | | | | | | | |
| DIRECTOR | 2.50 | X | | | | | | NONE | NONE | NONE |
| ( 29)  SHARON KYLE | 2.50 | | | | | | | | | |
| DIRECTOR (THRU 06/11/23) | 2.50 | X | | | | | | NONE | NONE | NONE |
| ( 30)  ANIL MUJUMDAR | 2.50 | | | | | | | | | |
| DIRECTOR | 2.00 | X | | | | | | NONE | NONE | NONE |
| ( 31)  CONNIE TCHENG | 3.00 | | | | | | | | | |
| DIRECTOR | 2.50 | X | | | | | | NONE | NONE | NONE |
| ( 32)  YOMI WRONG | 2.50 | | | | | | | | | |
| DIRECTOR | 2.50 | X | | | | | | NONE | NONE | NONE |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**1b** **Sub-total** . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶
  **c** **Total from continuation sheets to Part VII, Section A** . . . . . . . . . . . . . ▶
  **d** **Total (add lines 1b and 1c)** . . . . . . . . . . . . . . . . . . . . . . . ▶

**2**  Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶

| | | Yes | No |
|---|---|---|---|
| **3** | Did the organization list any **former** officer, director, or trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . . . . . **3** | | X |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **4** | X | |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* . . . . . . . . . . . . . . . **5** | | X |

**Section B. Independent Contractors**

**1**  Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>SEE SCHEDULE O     Name and business address | (B)<br>Description of services | (C)<br>Compensation |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

**2**  Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 in compensation from the organization ▶                               37

Form **990** (2023)

Form 990 (2023)                                                                                           Page **9**

**Part VIII**  **Statement of Revenue**

Check if Schedule O contains a response or note to any line in this Part VIII . . . . . . . . . . . . . . . . . . . . . ☐

| | | | | **(A)** Total revenue | **(B)** Related or exempt function revenue | **(C)** Unrelated business revenue | **(D)** Revenue excluded from tax under sections 512-514 |
|---|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants, and Other Similar Amounts** | 1a | Federated campaigns . . . . . . . | 1a | 2,648,505. | | | |
| | b | Membership dues . . . . . . . . . | 1b | | | | |
| | c | Fundraising events . . . . . . . . | 1c | | | | |
| | d | Related organizations . . . . . . | 1d | | | | |
| | e | Government grants (contributions) . . | 1e | | | | |
| | f | All other contributions, gifts, grants, and similar amounts not included above . | 1f | 166,453,992. | | | |
| | g | Noncash contributions included in lines 1a-1f . . . . . . . . . . . | 1g | $ 4,400,000. | | | |
| | h | **Total.** Add lines 1a-1f . . . . . . . . . . . | | 169,102,497. | | | |

| | | | Business Code | | | | |
|---|---|---|---|---|---|---|---|
| **Program Service Revenue** | 2a | _____ | | | | | |
| | b | _____ | | | | | |
| | c | _____ | | | | | |
| | d | _____ | | | | | |
| | e | _____ | | | | | |
| | f | All other program service revenue . . . | | | | | |
| | g | **Total.** Add lines 2a-2f . . . . . . . . . | | NONE | | | |

| | | | (i) Real | (ii) Personal | | | | |
|---|---|---|---|---|---|---|---|---|
| **Other Revenue** | 3 | Investment income (including dividends, interest, and other similar amounts). . . . . . . . . . . | | | 7,724,066. | | -36,308. | 7,760,374. |
| | 4 | Income from investment of tax-exempt bond proceeds . . . | | | NONE | | | |
| | 5 | Royalties . . . . . . . . . . . . . . . . . . . | | | 163,206. | | | 163,206. |
| | 6a | Gross rents . . . . . | 6a | 717,155. | | | | |
| | b | Less: rental expenses | 6b | | | | | |
| | c | Rental income or (loss) | 6c | 717,155. | NONE | | | |
| | d | Net rental income or (loss). . . . . . . . . . . . . | | | 717,155. | | | 717,155. |

| | | | (i) Securities | (ii) Other | | | | |
|---|---|---|---|---|---|---|---|---|
| | 7a | Gross amount from sales of assets other than inventory | 7a | 94,881,769. | | | | |
| | b | Less: cost or other basis and sales expenses . . | 7b | 95,379,007. | | | | |
| | c | Gain or (loss) . . . . | 7c | -497,238. | | | | |
| | d | Net gain or (loss) . . . . . . . . . . . . . . . | | | -497,238. | | | -497,238. |
| | 8a | Gross income from fundraising events (not including $ _____ of contributions reported on line 1c). See Part IV, line 18 . . . . . . . | 8a | NONE | | | | |
| | b | Less: direct expenses . . . . . | 8b | NONE | | | | |
| | c | Net income or (loss) from fundraising events . . . . . . . | | | NONE | | | |
| | 9a | Gross income from gaming activities. See Part IV, line 19 . . . . . | 9a | NONE | | | | |
| | b | Less: direct expenses . . . . . | 9b | NONE | | | | |
| | c | Net income or (loss) from gaming activities . . . . . . . . | | | NONE | | | |
| | 10a | Gross sales of inventory, less returns and allowances . . . . . . . | 10a | NONE | | | | |
| | b | Less: cost of goods sold . . . . . . | 10b | NONE | | | | |
| | c | Net income or (loss) from sales of inventory . . . . . . . . . . | | | NONE | | | |

| | | | Business Code | | | | |
|---|---|---|---|---|---|---|---|
| **Miscellaneous Revenue** | 11a | LEGAL AWARD, NET | 541100 | 7,009,067. | 7,009,067. | | |
| | b | MERCHANDISE AND BOOK SALES | 452000 | 598,066. | 598,066. | | |
| | c | TUITION & FEES | 900099 | 185,850. | | | 185,850. |
| | d | All other revenue . . . . . . . . . . . . | 900099 | 144,319. | | | 144,319. |
| | e | **Total.** Add lines 11a-11d . . . . . . . . . . . . | | 7,937,302. | | | |
| | 12 | **Total revenue.** See instructions . . . . . . . . . . . . | | 185,146,988. | 7,607,133. | -36,308. | 8,473,666. |

JSA
3E1051 2.000
1347VD 702V

| **Part IX** | **Statement of Functional Expenses** |

*Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).*

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . . . . . . ☐

| *Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.* | **(A)** Total expenses | **(B)** Program service expenses | **(C)** Management and general expenses | **(D)** Fundraising expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 . . . . | 24,396,593. | 24,396,593. | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 . . . . . . . . . | NONE | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16 | NONE | | | |
| **4** Benefits paid to or for members . . . . . . . . | NONE | | | |
| **5** Compensation of current officers, directors, trustees, and key employees . . . . . . . . | 4,162,145. | 2,362,869. | 1,190,780. | 608,496. |
| **6** Compensation not included above to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) . . . . | NONE | | | |
| **7** Other salaries and wages . . . . . . . . . . | 66,259,935. | 48,849,361. | 7,331,960. | 10,078,614. |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) | 3,987,328. | 3,005,130. | 482,220. | 499,978. |
| **9** Other employee benefits . . . . . . . . . . | 10,317,272. | 7,540,679. | 1,415,239. | 1,361,354. |
| **10** Payroll taxes . . . . . . . . . . . . . . | 4,989,711. | 3,492,797. | 748,457. | 748,457. |
| **11** Fees for services (nonemployees): | | | | |
| **a** Management . . . . . . . . . . . . . | NONE | | | |
| **b** Legal . . . . . . . . . . . . . . . . | 1,253,750. | 453,760. | 652,651. | 147,339. |
| **c** Accounting . . . . . . . . . . . . . . | 289,750. | | 289,750. | |
| **d** Lobbying . . . . . . . . . . . . . . . | 390,005. | | 390,005. | |
| **e** Professional fundraising services. See Part IV, line 17 | 350,259. | | | 350,259. |
| **f** Investment management fees . . . . . . . . | 2,127,086. | | 2,127,086. | |
| **g** Other. (If line 11g amount exceeds 10% of line 25, column (A), amount, list line 11g expenses on Schedule O.) . . . . | 10,502,554. | 8,562,533. | 1,361,984. | 578,037. |
| **12** Advertising and promotion . . . . . . . . . | 4,397,642. | 3,623,338. | 510,935. | 263,369. |
| **13** Office expenses . . . . . . . . . . . . . | 2,794,356. | 2,090,576. | 251,429. | 452,351. |
| **14** Information technology . . . . . . . . . . | 5,723,914. | 3,892,262. | 858,587. | 973,065. |
| **15** Royalties . . . . . . . . . . . . . . . | NONE | | | |
| **16** Occupancy . . . . . . . . . . . . . . | 3,815,709. | 2,307,574. | 823,323. | 684,812. |
| **17** Travel . . . . . . . . . . . . . . . . | 1,441,090. | 1,291,433. | 8,521. | 141,136. |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials | NONE | | | |
| **19** Conferences, conventions, and meetings . . . . | 3,391,673. | 3,238,505. | 104,874. | 48,294. |
| **20** Interest . . . . . . . . . . . . . . . | NONE | | | |
| **21** Payments to affiliates . . . . . . . . . . | NONE | | | |
| **22** Depreciation, depletion, and amortization . . . . | 2,281,816. | 1,461,439. | 270,828. | 549,549. |
| **23** Insurance . . . . . . . . . . . . . . | 749,876. | 532,412. | 82,486. | 134,978. |
| **24** Other expenses. Itemize expenses not covered above. (List miscellaneous expenses on line 24e. If line 24e amount exceeds 10% of line 25, column (A), amount, list line 24e expenses on Schedule O.) | | | | |
| **a** SHARED PORTION OF CONTR. | 32,802,410. | 32,802,410. | | |
| **b** SPECIAL AFFILIATE SUBSIDIES | 6,569,000. | 6,569,000. | | |
| **c** SHARED PORTION OF BEQUEST | 6,535,702. | 6,535,702. | | |
| **d** POSTAGE | 1,627,524. | 899,003. | 11,747. | 716,774. |
| **e** All other expenses | 527,485. | 405,395. | 18,390. | 103,700. |
| **25** **Total functional expenses.** Add lines 1 through 24e | 201,684,585. | 164,312,771. | 18,931,252. | 18,440,562. |
| **26** **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ☐ if following SOP 98-2 (ASC 958-720) . . . . . . | | | | |

Form 990 (2023)          Page **11**

| **Part X** | **Balance Sheet** |

Check if Schedule O contains a response or note to any line in this Part X . . . . . . . . . . . . . . . . . . . ☐

| | | | **(A)** Beginning of year | | **(B)** End of year |
|---|---|---|---|---|---|
| **Assets** | **1** | Cash - non-interest-bearing . . . . . . . . . . . . . . . . . . . . . . | 75,967,503. | **1** | 62,593,511. |
| | **2** | Savings and temporary cash investments. . . . . . . . . . . . . . . . | 62,108,681. | **2** | 31,796,010. |
| | **3** | Pledges and grants receivable, net . . . . . . . . . . . . . . . . . . . | 48,044,523. | **3** | 34,868,568. |
| | **4** | Accounts receivable, net . . . . . . . . . . . . . . . . . . . . . . . . | 505,384. | **4** | 2,552,771. |
| | **5** | Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . . . . . . . | NONE | **5** | NONE |
| | **6** | Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B). . | NONE | **6** | NONE |
| | **7** | Notes and loans receivable, net . . . . . . . . . . . . . . . . . . . . | NONE | **7** | NONE |
| | **8** | Inventories for sale or use . . . . . . . . . . . . . . . . . . . . . . | NONE | **8** | NONE |
| | **9** | Prepaid expenses and deferred charges . . . . . . . . . . . . . . . . | 448,057. | **9** | 315,519. |
| | **10 a** | Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D . . . . . **10a** 72,085,935. | | | |
| | **b** | Less: accumulated depreciation . . . . . . **10b** 47,072,778. | 21,766,258. | **10c** | 25,013,157. |
| | **11** | Investments - publicly traded securities. . . . . . . . . . . . . . . . | 237,570,483. | **11** | 280,961,531. |
| | **12** | Investments - other securities. See Part IV, line 11. . . . . . . . . . | 335,844,810. | **12** | 385,284,952. |
| | **13** | Investments - program-related. See Part IV, line 11. . . . . . . . . . | NONE | **13** | NONE |
| | **14** | Intangible assets . . . . . . . . . . . . . . . . . . . . . . . . . . . | 128,381. | **14** | 220,453. |
| | **15** | Other assets. See Part IV, line 11 . . . . . . . . . . . . . . . . . . | 3,246,078. | **15** | 4,997,917. |
| | **16** | **Total assets.** Add lines 1 through 15 (must equal line 33) . . . . . . . . . | 785,630,158. | **16** | 828,604,389. |
| **Liabilities** | **17** | Accounts payable and accrued expenses . . . . . . . . . . . . . . . . | 7,636,584. | **17** | 9,121,929. |
| | **18** | Grants payable . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3,824,383. | **18** | 7,279,087. |
| | **19** | Deferred revenue . . . . . . . . . . . . . . . . . . . . . . . . . . . | 33,242. | **19** | NONE |
| | **20** | Tax-exempt bond liabilities . . . . . . . . . . . . . . . . . . . . . | NONE | **20** | NONE |
| | **21** | Escrow or custodial account liability. Complete Part IV of Schedule D . . . | NONE | **21** | NONE |
| | **22** | Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons . . . . . . . | NONE | **22** | NONE |
| | **23** | Secured mortgages and notes payable to unrelated third parties . . . . . | NONE | **23** | NONE |
| | **24** | Unsecured notes and loans payable to unrelated third parties . . . . . . . | NONE | **24** | NONE |
| | **25** | Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24). Complete Part X of Schedule D . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 134,032,844. | **25** | 132,091,178. |
| | **26** | **Total liabilities.** Add lines 17 through 25. . . . . . . . . . . . . . . . | 145,527,053. | **26** | 148,492,194. |
| **Net Assets or Fund Balances** | | **Organizations that follow FASB ASC 958, check here** ☒ **and complete lines 27, 28, 32, and 33.** | | | |
| | **27** | Net assets without donor restrictions . . . . . . . . . . . . . . . . . | 374,512,532. | **27** | 412,922,015. |
| | **28** | Net assets with donor restrictions . . . . . . . . . . . . . . . . . . | 265,590,573. | **28** | 267,190,180. |
| | | **Organizations that do not follow FASB ASC 958, check here** ☐ **and complete lines 29 through 33.** | | | |
| | **29** | Capital stock or trust principal, or current funds . . . . . . . . . . . | | **29** | |
| | **30** | Paid-in or capital surplus, or land, building, or equipment fund . . . . . . | | **30** | |
| | **31** | Retained earnings, endowment, accumulated income, or other funds . . . | | **31** | |
| | **32** | Total net assets or fund balances . . . . . . . . . . . . . . . . . . . | 640,103,105. | **32** | 680,112,195. |
| | **33** | Total liabilities and net assets/fund balances. . . . . . . . . . . . . . | 785,630,158. | **33** | 828,604,389. |

Form **990** (2023)

JSA
3E1053 2.000

1347VD 702V                                  **17**

Form 990 (2023)                                                                                                         Page **12**

## Part XI    Reconciliation of Net Assets

Check if Schedule O contains a response or note to any line in this Part XI . . . . . . . . . . . . . . . . . . . . . . . [X]

| | | | |
|---|---|---|---|
| **1** | Total revenue (must equal Part VIII, column (A), line 12) . . . . . . . . . . . . . . . . . . | **1** | 185,146,988. |
| **2** | Total expenses (must equal Part IX, column (A), line 25) . . . . . . . . . . . . . . . . . . | **2** | 201,684,585. |
| **3** | Revenue less expenses. Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . | **3** | -16,537,597. |
| **4** | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) . . . . . | **4** | 640,103,105. |
| **5** | Net unrealized gains (losses) on investments . . . . . . . . . . . . . . . . . . . . . . | **5** | 59,728,445. |
| **6** | Donated services and use of facilities . . . . . . . . . . . . . . . . . . . . . . . . . | **6** | |
| **7** | Investment expenses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **7** | |
| **8** | Prior period adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **8** | |
| **9** | Other changes in net assets or fund balances (explain on Schedule O) . . . . . . . . . . . . . | **9** | -3,181,758. |
| **10** | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **10** | 680,112,195. |

## Part XII   Financial Statements and Reporting

Check if Schedule O contains a response or note to any line in this Part XII . . . . . . . . . . . . . . . . . . [ ]

| | | Yes | No |
|---|---|---|---|
| **1** | Accounting method used to prepare the Form 990: [ ] Cash  [X] Accrual  [ ] Other _____ | | |
| | If the organization changed its method of accounting from a prior year or checked "Other," explain on Schedule O. | | |
| **2a** | Were the organization's financial statements compiled or reviewed by an independent accountant? . . . . . . **2a** | | X |
| | If "Yes," check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: | | |
| | [ ] Separate basis   [ ] Consolidated basis   [ ] Both consolidated and separate basis | | |
| **b** | Were the organization's financial statements audited by an independent accountant? . . . . . . . . . . . . . **2b** | X | |
| | If "Yes," check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: | | |
| | [ ] Separate basis   [X] Consolidated basis   [ ] Both consolidated and separate basis | | |
| **c** | If "Yes" to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? . . . . **2c** | X | |
| | If the organization changed either its oversight process or selection process during the tax year, explain on Schedule O. | | |
| **3a** | As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Uniform Guidance, 2 C.F.R. Part 200, Subpart F? . . . . . . . . . . . . . . . . . . . . . . . . . **3a** | | X |
| **b** | If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why on Schedule O and describe any steps taken to undergo such audits . . . **3b** | | |

Form **990** (2023)

| SCHEDULE A (Form 990) | **Public Charity Status and Public Support** | OMB No. 1545-0047 |
|---|---|---|
| | Complete if the organization is a section 501(c)(3) organization or a section 4947(a)(1) nonexempt charitable trust. | **2023** |
| | **Attach to Form 990 or Form 990-EZ.** | |
| Department of the Treasury Internal Revenue Service | **Go to *www.irs.gov/Form990* for instructions and the latest information.** | Open to Public Inspection |

| Name of the organization  AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC. | Employer identification number  13-6213516 |
|---|---|

**Part I**  **Reason for Public Charity Status.** (All organizations must complete this part.) See instructions.

The organization is not a private foundation because it is: (For lines 1 through 12, check only one box.)

1  ☐  A church, convention of churches, or association of churches described in **section 170(b)(1)(A)(i).**

2  ☐  A school described in **section 170(b)(1)(A)(ii).** (Attach Schedule E (Form 990).)

3  ☐  A hospital or a cooperative hospital service organization described in **section 170(b)(1)(A)(iii).**

4  ☐  A medical research organization operated in conjunction with a hospital described in **section 170(b)(1)(A)(iii).** Enter the hospital's name, city, and state: _____

5  ☐  An organization operated for the benefit of a college or university owned or operated by a governmental unit described in **section 170(b)(1)(A)(iv).** (Complete Part II.)

6  ☐  A federal, state, or local government or governmental unit described in **section 170(b)(1)(A)(v).**

7  ☒  An organization that normally receives a substantial part of its support from a governmental unit or from the general public described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

8  ☐  A community trust described in **section 170(b)(1)(A)(vi).** (Complete Part II.)

9  ☐  An agricultural research organization described in **section 170(b)(1)(A)(ix)** operated in conjunction with a land-grant college or university or a non-land-grant college of agriculture (see instructions). Enter the name, city, and state of the college or university: _____

10  ☐  An organization that normally receives (1) more than 33 1/3 % of its support from contributions, membership fees, and gross receipts from activities related to its exempt functions, subject to certain exceptions; and (2) no more than 33 1/3 % of its support from gross investment income and unrelated business taxable income (less section 511 tax) from businesses acquired by the organization after June 30, 1975. See **section 509(a)(2).** (Complete Part III.)

11  ☐  An organization organized and operated exclusively to test for public safety. See **section 509(a)(4).**

12  ☐  An organization organized and operated exclusively for the benefit of, to perform the functions of, or to carry out the purposes of one or more publicly supported organizations described in **section 509(a)(1)** or **section 509(a)(2).** See **section 509(a)(3).** Check the box on lines 12a through 12d that describes the type of supporting organization and complete lines 12e, 12f, and 12g.

a  ☐  **Type I.** A supporting organization operated, supervised, or controlled by its supported organization(s), typically by giving the supported organization(s) the power to regularly appoint or elect a majority of the directors or trustees of the supporting organization. **You must complete Part IV, Sections A and B.**

b  ☐  **Type II.** A supporting organization supervised or controlled in connection with its supported organization(s), by having control or management of the supporting organization vested in the same persons that control or manage the supported organization(s). **You must complete Part IV, Sections A and C.**

c  ☐  **Type III functionally integrated.** A supporting organization operated in connection with, and functionally integrated with, its supported organization(s) (see instructions). **You must complete Part IV, Sections A, D, and E.**

d  ☐  **Type III non-functionally integrated.** A supporting organization operated in connection with its supported organization(s) that is not functionally integrated. The organization generally must satisfy a distribution requirement and an attentiveness requirement (see instructions). **You must complete Part IV, Sections A and D, and Part V.**

e  ☐  Check this box if the organization received a written determination from the IRS that it is a Type I, Type II, Type III functionally integrated, or Type III non-functionally integrated supporting organization.

f  Enter the number of supported organizations . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

g  Provide the following information about the supported organization(s).

| (i) Name of supported organization | (ii) EIN | (iii) Type of organization (described on lines 1-10 above (see instructions)) | (iv) Is the organization listed in your governing document? | | (v) Amount of monetary support (see instructions) | (vi) Amount of other support (see instructions) |
|---|---|---|---|---|---|---|
| | | | Yes | No | | |
| (A) | | | | | | |
| (B) | | | | | | |
| (C) | | | | | | |
| (D) | | | | | | |
| (E) | | | | | | |
| Total | | | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**    **Schedule A (Form 990) 2023**

JSA
3E1210 1.000

1347VD 702V

Schedule A (Form 990) 2023 — Page **2**

| **Part II** | **Support Schedule for Organizations Described in Sections 170(b)(1)(A)(iv) and 170(b)(1)(A)(vi)** |

(Complete only if you checked the box on line 5, 7, or 8 of Part I or if the organization failed to qualify under Part III. If the organization fails to qualify under the tests listed below, please complete Part III.)

### Section A. Public Support

| Calendar year (or fiscal year beginning in) | (a) 2019 | (b) 2020 | (c) 2021 | (d) 2022 | (e) 2023 | (f) Total |
|---|---|---|---|---|---|---|
| **1** Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") . . . . . . | 176,437,112. | 227,368,352. | 213,682,199. | 184,197,455. | 169,102,497. | 970,787,615. |
| **2** Tax revenues levied for the organization's benefit and either paid to or expended on its behalf . . . . . . . |  |  |  |  |  | NONE |
| **3** The value of services or facilities furnished by a governmental unit to the organization without charge . . . . . . . |  |  |  |  |  | NONE |
| **4** Total. Add lines 1 through 3 . . . . . . . | 176,437,112. | 227,368,352. | 213,682,199. | 184,197,455. | 169,102,497. | 970,787,615. |
| **5** The portion of total contributions by each person (other than a governmental unit or publicly supported organization) included on line 1 that exceeds 2% of the amount shown on line 11, column (f) . . . . . . |  |  |  |  |  | 59,897,253. |
| **6** Public support. Subtract line 5 from line 4 |  |  |  |  |  | 910,890,362. |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) | (a) 2019 | (b) 2020 | (c) 2021 | (d) 2022 | (e) 2023 | (f) Total |
|---|---|---|---|---|---|---|
| **7** Amounts from line 4 . . . . . . . . . | 176,437,112. | 227,368,352. | 213,682,199. | 184,197,455. | 169,102,497. | 970,787,615. |
| **8** Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources . . . . . . . . . . | 6,692,573. | 4,199,925. | 4,667,409. | 7,734,307. | 8,640,735. | 31,934,949. |
| **9** Net income from unrelated business activities, whether or not the business is regularly carried on . . . . . . . . . |  |  | 332,236. | 21,601. |  | 353,837. |
| **10** Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) . SEE.SUPP.PAGE . . | NONE | NONE | NONE | 1,730,785. | 330,169. | 2,060,954. |
| **11** Total support. Add lines 7 through 10 . . |  |  |  |  |  | 1,005,137,355. |
| **12** Gross receipts from related activities, etc. (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . **12** | | | | | | 29,012,857. |

**13** First 5 years. If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and stop here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

### Section C. Computation of Public Support Percentage

| | | | |
|---|---|---|---|
| **14** Public support percentage for 2023 (line 6, column (f), divided by line 11, column (f)) . . . . . . . | **14** | 90.62 | % |
| **15** Public support percentage from 2022 Schedule A, Part II, line 14 . . . . . . . . . . . . . . . . | **15** | 92.74 | % |

**16a** 33 1/3 % support test - 2023. If the organization did not check the box on line 13, and line 14 is 33 1/3 % or more, check this box and stop here. The organization qualifies as a publicly supported organization. . . . . . . . . . . . . . . . . . . . . . . . ☒

**b** 33 1/3 % support test - 2022. If the organization did not check a box on line 13 or 16a, and line 15 is 33 1/3 % or more, check this box and stop here. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . ☐

**17a** 10%-facts-and-circumstances test - 2023. If the organization did not check a box on line 13, 16a, or 16b, and line 14 is 10% or more, and if the organization meets the facts-and-circumstances test, check this box and stop here. Explain in Part VI how the organization meets the facts-and-circumstances test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**b** 10%-facts-and-circumstances test - 2022. If the organization did not check a box on line 13, 16a, 16b, or 17a, and line 15 is 10% or more, and if the organization meets the facts-and-circumstances test, check this box and stop here. Explain in Part VI how the organization meets the facts-and-circumstances test. The organization qualifies as a publicly supported organization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

**18** Private foundation. If the organization did not check a box on line 13, 16a, 16b, 17a, or 17b, check this box and see instructions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

Schedule A (Form 990) 2023

JSA

3E1220 1.000

1347VD 702V

Schedule A (Form 990) 2023      Page **3**

| **Part III** | **Support Schedule for Organizations Described in Section 509(a)(2)** |
|---|---|
| | (Complete only if you checked the box on line 10 of Part I or if the organization failed to qualify under Part II. If the organization fails to qualify under the tests listed below, please complete Part II.) |

### Section A. Public Support

| Calendar year (or fiscal year beginning in) | (a) 2019 | (b) 2020 | (c) 2021 | (d) 2022 | (e) 2023 | (f) Total |
|---|---|---|---|---|---|---|
| 1   Gifts, grants, contributions, and membership fees received. (Do not include any "unusual grants.") | | | | | | |
| 2   Gross receipts from admissions, merchandise sold or services performed, or facilities furnished in any activity that is related to the organization's tax-exempt purpose . . . . . . | | | | | | |
| 3   Gross receipts from activities that are not an unrelated trade or business under section 513 . | | | | | | |
| 4   Tax revenues levied for the organization's benefit and either paid to or expended on its behalf . . . . . . . | | | | | | |
| 5   The value of services or facilities furnished by a governmental unit to the organization without charge . . . . . . | | | | | | |
| 6   **Total.** Add lines 1 through 5 . . . . . . . | | | | | | |
| 7a   Amounts included on lines 1, 2, and 3 received from disqualified persons . . . . | | | | | | |
| b   Amounts included on lines 2 and 3 received from other than disqualified persons that exceed the greater of $5,000 or 1% of the amount on line 13 for the year | | | | | | |
| c   Add lines 7a and 7b . . . . . . . . . . | | | | | | |
| 8   **Public support.** (Subtract line 7c from line 6.) . . . . . . . . . . . . . . . . | | | | | | |

### Section B. Total Support

| Calendar year (or fiscal year beginning in) | (a) 2019 | (b) 2020 | (c) 2021 | (d) 2022 | (e) 2023 | (f) Total |
|---|---|---|---|---|---|---|
| 9   Amounts from line 6 . . . . . . . . . . . | | | | | | |
| 10a   Gross income from interest, dividends, payments received on securities loans, rents, royalties, and income from similar sources . . . . . . . . . . . . . . . | | | | | | |
| b   Unrelated business taxable income (less section 511 taxes) from businesses acquired after June 30, 1975 . . . . . . | | | | | | |
| c   Add lines 10a and 10b . . . . . . . . | | | | | | |
| 11   Net income from unrelated business activities not included on line 10b, whether or not the business is regularly carried on . | | | | | | |
| 12   Other income. Do not include gain or loss from the sale of capital assets (Explain in Part VI.) . . . . . . . . . . | | | | | | |
| 13   **Total support.** (Add lines 9, 10c, 11, and 12.) . . . . . . . . . . . . . . | | | | | | |

14   **First 5 years.** If the Form 990 is for the organization's first, second, third, fourth, or fifth tax year as a section 501(c)(3) organization, check this box and **stop here** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

### Section C. Computation of Public Support Percentage

| | | | |
|---|---|---|---|
| 15   Public support percentage for 2023 (line 8, column (f), divided by line 13, column (f)) . . . . . . . . . . . | **15** | | % |
| 16   Public support percentage from 2022 Schedule A, Part III, line 15 . . . . . . . . . . . . . . . . . . . . . | **16** | | % |

### Section D. Computation of Investment Income Percentage

| | | | |
|---|---|---|---|
| 17   Investment income percentage for **2023** (line 10c, column (f), divided by line 13, column (f)) . . . . . . . . | **17** | | % |
| 18   Investment income percentage from **2022** Schedule A, Part III, line 17 . . . . . . . . . . . . . . . . . . | **18** | | % |

19a   **33 1/3 % support tests - 2023.** If the organization did not check the box on line 14, and line 15 is more than 33 1/3 %, and line 17 is not more than 33 1/3 %, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . ☐

b   **33 1/3 % support tests - 2022.** If the organization did not check a box on line 14 or line 19a, and line 16 is more than 33 1/3 %, and line 18 is not more than 33 1/3 %, check this box and **stop here.** The organization qualifies as a publicly supported organization . . . ☐

20   **Private foundation.** If the organization did not check a box on line 14, 19a, or 19b, check this box and see instructions . . ☐

                                                  **Page 4**

**Part IV**   **Supporting Organizations**

(Complete only if you checked a box on line 12 of Part I. If you checked box 12a, Part I, complete Sections A and B. If you checked box 12b, Part I, complete Sections A and C. If you checked box 12c, Part I, complete Sections A, D, and E. If you checked box 12d, Part I, complete Sections A and D, and complete Part V.)

**Section A. All Supporting Organizations**

|  |  | Yes | No |
|---|---|---|---|
| 1 | Are all of the organization's supported organizations listed by name in the organization's governing documents? *If "No," describe in **Part VI** how the supported organizations are designated. If designated by class or purpose, describe the designation. If historic and continuing relationship, explain.* **1** |  |  |
| 2 | Did the organization have any supported organization that does not have an IRS determination of status under section 509(a)(1) or (2)? *If "Yes," explain in **Part VI** how the organization determined that the supported organization was described in section 509(a)(1) or (2).* **2** |  |  |
| 3a | Did the organization have a supported organization described in section 501(c)(4), (5), or (6)? *If "Yes," answer lines 3b and 3c below.* **3a** |  |  |
| b | Did the organization confirm that each supported organization qualified under section 501(c)(4), (5), or (6) and satisfied the public support tests under section 509(a)(2)? *If "Yes," describe in **Part VI** when and how the organization made the determination.* **3b** |  |  |
| c | Did the organization ensure that all support to such organizations was used exclusively for section 170(c)(2)(B) purposes? *If "Yes," explain in **Part VI** what controls the organization put in place to ensure such use.* **3c** |  |  |
| 4a | Was any supported organization not organized in the United States ("foreign supported organization")? *If "Yes," and if you checked box 12a or 12b in Part I, answer lines 4b and 4c below.* **4a** |  |  |
| b | Did the organization have ultimate control and discretion in deciding whether to make grants to the foreign supported organization? *If "Yes," describe in **Part VI** how the organization had such control and discretion despite being controlled or supervised by or in connection with its supported organizations.* **4b** |  |  |
| c | Did the organization support any foreign supported organization that does not have an IRS determination under sections 501(c)(3) and 509(a)(1) or (2)? *If "Yes," explain in **Part VI** what controls the organization used to ensure that all support to the foreign supported organization was used exclusively for section 170(c)(2)(B) purposes.* **4c** |  |  |
| 5a | Did the organization add, substitute, or remove any supported organizations during the tax year? *If "Yes," answer lines 5b and 5c below (if applicable). Also, provide detail in **Part VI**, including (i) the names and EIN numbers of the supported organizations added, substituted, or removed; (ii) the reasons for each such action; (iii) the authority under the organization's organizing document authorizing such action; and (iv) how the action was accomplished (such as by amendment to the organizing document).* **5a** |  |  |
| b | **Type I or Type II only.** Was any added or substituted supported organization part of a class already designated in the organization's organizing document? **5b** |  |  |
| c | **Substitutions only.** Was the substitution the result of an event beyond the organization's control? **5c** |  |  |
| 6 | Did the organization provide support (whether in the form of grants or the provision of services or facilities) to anyone other than (i) its supported organizations, (ii) individuals that are part of the charitable class benefited by one or more of its supported organizations, or (iii) other supporting organizations that also support or benefit one or more of the filing organization's supported organizations? *If "Yes," provide detail in **Part VI**.* **6** |  |  |
| 7 | Did the organization provide a grant, loan, compensation, or other similar payment to a substantial contributor (as defined in section 4958(c)(3)(C)), a family member of a substantial contributor, or a 35% controlled entity with regard to a substantial contributor? *If "Yes," complete Part I of Schedule L (Form 990).* **7** |  |  |
| 8 | Did the organization make a loan to a disqualified person (as defined in section 4958) not described on line 7? *If "Yes," complete Part I of Schedule L (Form 990).* **8** |  |  |
| 9a | Was the organization controlled directly or indirectly at any time during the tax year by one or more disqualified persons, as defined in section 4946 (other than foundation managers and organizations described in section 509(a)(1) or (2))? *If "Yes," provide detail in **Part VI**.* **9a** |  |  |
| b | Did one or more disqualified persons (as defined on line 9a) hold a controlling interest in any entity in which the supporting organization had an interest? *If "Yes," provide detail in **Part VI**.* **9b** |  |  |
| c | Did a disqualified person (as defined on line 9a) have an ownership interest in, or derive any personal benefit from, assets in which the supporting organization also had an interest? *If "Yes," provide detail in **Part VI**.* **9c** |  |  |
| 10 a | Was the organization subject to the excess business holdings rules of section 4943 because of section 4943(f) (regarding certain Type II supporting organizations, and all Type III non-functionally integrated supporting organizations)? *If "Yes," answer line 10b below.* **10a** |  |  |
| b | Did the organization have any excess business holdings in the tax year? *(Use Schedule C, Form 4720, to determine whether the organization had excess business holdings.)* **10b** |  |  |

Schedule A (Form 990) 2023 — Page **5**

| **Part IV** | **Supporting Organizations** *(continued)* |
|---|---|

| | | Yes | No |
|---|---|---|---|
| **11** | Has the organization accepted a gift or contribution from any of the following persons? | | |
| **a** | A person who directly or indirectly controls, either alone or together with persons described on lines 11b and 11c below, the governing body of a supported organization? | **11a** | |
| **b** | A family member of a person described on line 11a above? | **11b** | |
| **c** | A 35% controlled entity of a person described on line 11a or 11b above? *If "Yes" to line 11a, 11b, or 11c, provide detail in Part VI.* | **11c** | |

**Section B. Type I Supporting Organizations**

| | | Yes | No |
|---|---|---|---|
| **1** | Did the governing body, members of the governing body, officers acting in their official capacity, or membership of one or more supported organizations have the power to regularly appoint or elect at least a majority of the organization's officers, directors, or trustees at all times during the tax year? *If "No," describe in Part VI how the supported organization(s) effectively operated, supervised, or controlled the organization's activities. If the organization had more than one supported organization, describe how the powers to appoint and/or remove officers, directors, or trustees were allocated among the supported organizations and what conditions or restrictions, if any, applied to such powers during the tax year.* **1** | | |
| **2** | Did the organization operate for the benefit of any supported organization other than the supported organization(s) that operated, supervised, or controlled the supporting organization? *If "Yes," explain in Part VI how providing such benefit carried out the purposes of the supported organization(s) that operated, supervised, or controlled the supporting organization.* **2** | | |

**Section C. Type II Supporting Organizations**

| | | Yes | No |
|---|---|---|---|
| **1** | Were a majority of the organization's directors or trustees during the tax year also a majority of the directors or trustees of each of the organization's supported organization(s)? *If "No," describe in Part VI how control or management of the supporting organization was vested in the same persons that controlled or managed the supported organization(s).* **1** | | |

**Section D. All Type III Supporting Organizations**

| | | Yes | No |
|---|---|---|---|
| **1** | Did the organization provide to each of its supported organizations, by the last day of the fifth month of the organization's tax year, (i) a written notice describing the type and amount of support provided during the prior tax year, (ii) a copy of the Form 990 that was most recently filed as of the date of notification, and (iii) copies of the organization's governing documents in effect on the date of notification, to the extent not previously provided? **1** | | |
| **2** | Were any of the organization's officers, directors, or trustees either (i) appointed or elected by the supported organization(s) or (ii) serving on the governing body of a supported organization? *If "No," explain in Part VI how the organization maintained a close and continuous working relationship with the supported organization(s).* **2** | | |
| **3** | By reason of the relationship described on line 2, above, did the organization's supported organizations have a significant voice in the organization's investment policies and in directing the use of the organization's income or assets at all times during the tax year? *If "Yes," describe in Part VI the role the organization's supported organizations played in this regard.* **3** | | |

**Section E. Type III Functionally Integrated Supporting Organizations**

| | |
|---|---|
| **1** | *Check the box next to the method that the organization used to satisfy the Integral Part Test during the year (see instructions).* |
| **a** | ☐ The organization satisfied the Activities Test. *Complete line 2 below.* |
| **b** | ☐ The organization is the parent of each of its supported organizations. *Complete line 3 below.* |
| **c** | ☐ The organization supported a governmental entity. *Describe in Part VI how you supported a governmental entity (see instructions).* |

| | | Yes | No |
|---|---|---|---|
| **2** | Activities Test. *Answer lines 2a and 2b below.* | | |
| **a** | Did substantially all of the organization's activities during the tax year directly further the exempt purposes of the supported organization(s) to which the organization was responsive? *If "Yes," then in Part VI identify those supported organizations and explain how these activities directly furthered their exempt purposes, how the organization was responsive to those supported organizations, and how the organization determined that these activities constituted substantially all of its activities.* **2a** | | |
| **b** | Did the activities described on line 2a, above, constitute activities that, but for the organization's involvement, one or more of the organization's supported organization(s) would have been engaged in? *If "Yes," explain in Part VI the reasons for the organization's position that its supported organization(s) would have engaged in these activities but for the organization's involvement.* **2b** | | |
| **3** | Parent of Supported Organizations. *Answer lines 3a and 3b below.* | | |
| **a** | Did the organization have the power to regularly appoint or elect a majority of the officers, directors, or trustees of each of the supported organizations? *If "Yes" or "No," provide details in Part VI.* **3a** | | |
| **b** | Did the organization exercise a substantial degree of direction over the policies, programs, and activities of each of its supported organizations? *If "Yes," describe in Part VI the role played by the organization in this regard.* **3b** | | |

Page **6**

| **Part V** | **Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations** |
|---|---|

**1** ☐ Check here if the organization satisfied the Integral Part Test as a qualifying trust on Nov. 20, 1970 *(explain in Part VI)*. **See instructions.** All other Type III non-functionally integrated supporting organizations must complete Sections A through E.

| **Section A - Adjusted Net Income** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| **1** Net short-term capital gain | 1 | | |
| **2** Recoveries of prior-year distributions | 2 | | |
| **3** Other gross income (see instructions) | 3 | | |
| **4** Add lines 1 through 3. | 4 | | |
| **5** Depreciation and depletion | 5 | | |
| **6** Portion of operating expenses paid or incurred for production or collection of gross income or for management, conservation, or maintenance of property held for production of income (see instructions) | 6 | | |
| **7** Other expenses (see instructions) | 7 | | |
| **8** **Adjusted Net Income** (subtract lines 5, 6, and 7 from line 4) | 8 | | |

| **Section B - Minimum Asset Amount** | | (A) Prior Year | (B) Current Year (optional) |
|---|---|---|---|
| **1** Aggregate fair market value of all non-exempt-use assets (see instructions for short tax year or assets held for part of year): | | | |
| **a** Average monthly value of securities | 1a | | |
| **b** Average monthly cash balances | 1b | | |
| **c** Fair market value of other non-exempt-use assets | 1c | | |
| **d** **Total** (add lines 1a, 1b, and 1c) | 1d | | |
| **e** **Discount** claimed for blockage or other factors *(explain in detail in Part VI):* | | | |
| **2** Acquisition indebtedness applicable to non-exempt-use assets | 2 | | |
| **3** Subtract line 2 from line 1d. | 3 | | |
| **4** Cash deemed held for exempt use. Enter 0.015 of line 3 (for greater amount, see instructions). | 4 | | |
| **5** Net value of non-exempt-use assets (subtract line 4 from line 3) | 5 | | |
| **6** Multiply line 5 by 0.035. | 6 | | |
| **7** Recoveries of prior-year distributions | 7 | | |
| **8** **Minimum Asset Amount** (add line 7 to line 6) | 8 | | |

| **Section C - Distributable Amount** | | | Current Year |
|---|---|---|---|
| **1** Adjusted net income for prior year (from Section A, line 8, column A) | 1 | | |
| **2** Enter 0.85 of line 1. | 2 | | |
| **3** Minimum asset amount for prior year (from Section B, line 8, column A) | 3 | | |
| **4** Enter greater of line 2 or line 3. | 4 | | |
| **5** Income tax imposed in prior year | 5 | | |
| **6** **Distributable Amount.** Subtract line 5 from line 4, unless subject to emergency temporary reduction (see instructions). | 6 | | |

**7** ☐ Check here if the current year is the organization's first as a non-functionally integrated Type III supporting organization (see instructions).

JSA
3E1231 1.000
1347VD  702V                                                                                                **24**

Schedule A (Form 990) 2023      Page **7**

| **Part V** | **Type III Non-Functionally Integrated 509(a)(3) Supporting Organizations** *(continued)* | | |
|---|---|---|---|

| **Section D - Distributions** | | | **Current Year** |
|---|---|---|---|
| 1 | Amounts paid to supported organizations to accomplish exempt purposes | 1 | |
| 2 | Amounts paid to perform activity that directly furthers exempt purposes of supported organizations, in excess of income from activity | 2 | |
| 3 | Administrative expenses paid to accomplish exempt purposes of supported organizations | 3 | |
| 4 | Amounts paid to acquire exempt-use assets | 4 | |
| 5 | Qualified set-aside amounts (prior IRS approval required - *provide details in Part VI*) | 5 | |
| 6 | Other distributions (*describe in Part VI*). See instructions. | 6 | |
| 7 | **Total annual distributions.** Add lines 1 through 6. | 7 | |
| 8 | Distributions to attentive supported organizations to which the organization is responsive (*provide details in Part VI*). See instructions. | 8 | |
| 9 | Distributable amount for 2023 from Section C, line 6 | 9 | |
| 10 | Line 8 amount divided by line 9 amount | 10 | |

| **Section E - Distribution Allocations** (see instructions) | **(i) Excess Distributions** | **(ii) Underdistributions Pre-2023** | **(iii) Distributable Amount for 2023** |
|---|---|---|---|
| 1 | Distributable amount for 2023 from Section C, line 6 | | | |
| 2 | Underdistributions, if any, for years prior to 2023 (reasonable cause required - *explain in Part VI*). See instructions. | | | |
| 3 | Excess distributions carryover, if any, to 2023 | | | |
| a | From 2018 . . . . . . . | | | |
| b | From 2019 . . . . . . . | | | |
| c | From 2020 . . . . . . . | | | |
| d | From 2021 . . . . . . . | | | |
| e | From 2022 . . . . . . . | | | |
| f | **Total** of lines 3a through 3e | | | |
| g | Applied to underdistributions of prior years | | | |
| h | Applied to 2023 distributable amount | | | |
| i | Carryover from 2018 not applied (see instructions) | | | |
| j | Remainder. Subtract lines 3g, 3h, and 3i from line 3f. | | | |
| 4 | Distributions for 2023 from Section D, line 7:   $ | | | |
| a | Applied to underdistributions of prior years | | | |
| b | Applied to 2023 distributable amount | | | |
| c | Remainder. Subtract lines 4a and 4b from line 4. | | | |
| 5 | Remaining underdistributions for years prior to 2023, if any. Subtract lines 3g and 4a from line 2. For result greater than zero, *explain in Part VI.* See instructions. | | | |
| 6 | Remaining underdistributions for 2023. Subtract lines 3h and 4b from line 1. For result greater than zero, *explain in Part VI.* See instructions. | | | |
| 7 | **Excess distributions carryover to 2024.** Add lines 3j and 4c. | | | |
| 8 | Breakdown of line 7: | | | |
| a | Excess from 2019 . . . . | | | |
| b | Excess from 2020 . . . . | | | |
| c | Excess from 2021 . . . . | | | |
| d | Excess from 2022 . . . . | | | |
| e | Excess from 2023 . . . . | | | |

Schedule A (Form 990) 2023

Schedule A (Form 990 or 990-EZ) 2023                                                                                                Page **8**

**Part VI** **Supplemental Information.** Provide the explanations required by Part II, line 10; Part II, line 17a or 17b; Part III, line 12; Part IV, Section A, lines 1, 2, 3b, 3c, 4b, 4c, 5a, 6, 9a, 9b, 9c, 11a, 11b, and 11c; Part IV, Section B, lines 1 and 2; Part IV, Section C, line 1; Part IV, Section D, lines 2 and 3; Part IV, Section E, lines 1c, 2a, 2b, 3a and 3b; Part V, line 1; Part V, Section B, line 1e; Part V, Section D, lines 5, 6, and 8; and Part V, Section E, lines 2, 5, and 6. Also complete this part for any additional information. (See instructions.)

SCHEDULE A, PART II - OTHER INCOME

| DESCRIPTION | 2019 | 2020 | 2021 | 2022 | 2023 | TOTAL |
|---|---|---|---|---|---|---|
| LEGAL SETTLEMENT | NONE | NONE | NONE | 1,006,583. | NONE | 1,006,583. |
| TUITION & FEES | NONE | NONE | | NONE | 185,850. | 185,850. |
| MISCELLANEOUS INCOME | NONE | NONE | NONE | 724,202. | 144,319. | 868,521. |
| | -------------- | -------------- | -------------- | -------------- | -------------- | -------------- |
| TOTALS | NONE | NONE | NONE | 1,730,785. | 330,169. | 2,060,954. |
| | ============== | ============== | ============== | ============== | ============== | ============== |

**Schedule B**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Schedule of Contributors

**Attach to Form 990, 990-EZ, or 990-PF.**
**Go to www.irs.gov/Form990 for the latest information.**

OMB No. 1545-0047

**2023**

| Name of the organization | Employer identification number |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC. | 13-6213516 |

**Organization type** (check one):

**Filers of:**  **Section:**

Form 990 or 990-EZ

[X] 501(c)( 3 ) (enter number) organization

[ ] 4947(a)(1) nonexempt charitable trust **not** treated as a private foundation

[ ] 527 political organization

Form 990-PF

[ ] 501(c)(3) exempt private foundation

[ ] 4947(a)(1) nonexempt charitable trust treated as a private foundation

[ ] 501(c)(3) taxable private foundation

---

Check if your organization is covered by the **General Rule** or a **Special Rule.**

**Note:** Only a section 501(c)(7), (8), or (10) organization can check boxes for both the General Rule and a Special Rule. See instructions.

**General Rule**

[ ]   For an organization filing Form 990, 990-EZ, or 990-PF that received, during the year, contributions totaling $5,000 or more (in money or property) from any one contributor. Complete Parts I and II. See instructions for determining a contributor's total contributions.

**Special Rules**

[X]   For an organization described in section 501(c)(3) filing Form 990 or 990-EZ that met the 33 1/3% support test of the regulations under sections 509(a)(1) and 170(b)(1)(A)(vi), that checked Schedule A (Form 990), Part II, line 13, 16a, or 16b, and that received from any one contributor, during the year, total contributions of the greater of **(1)** $5,000; or **(2)** 2% of the amount on (i) Form 990, Part VIII, line 1h; or (ii) Form 990-EZ, line 1. Complete Parts I and II.

[ ]   For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, total contributions of more than $1,000 *exclusively* for religious, charitable, scientific, literary, or educational purposes, or for the prevention of cruelty to children or animals. Complete Part I (entering "N/A" in column (b) instead of the contributor name and address), II, and III.

[ ]   For an organization described in section 501(c)(7), (8), or (10) filing Form 990 or 990-EZ that received from any one contributor, during the year, contributions *exclusively* for religious, charitable, etc., purposes, but no such contributions totaled more than $1,000. If this box is checked, enter here the total contributions that were received during the year for an *exclusively* religious, charitable, etc., purpose. Don't complete any of the parts unless the **General Rule** applies to this organization because it received *nonexclusively* religious, charitable, etc., contributions totaling $5,000 or more during the year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $

**Caution:** An organization that isn't covered by the General Rule and/or the Special Rules doesn't file Schedule B (Form 990), but it **must** answer "No" on Part IV, line 2, of its Form 990; or check the box on line H of its Form 990-EZ or on its Form 990-PF, Part I, line 2, to certify that it doesn't meet the filing requirements of Schedule B (Form 990).

---

**For Paperwork Reduction Act Notice, see the instructions for Form 990, 990-EZ, or 990-PF.**      **Schedule B (Form 990) (2023)**

JSA
3E1251 1.000

1347VD 702V

Schedule B (Form 990) (2023)                                                                      Page **2**

| Name of organization | AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC. | Employer identification number 13-6213516 |

**Part I**    **Contributors** (see instructions).  Use duplicate copies of Part I if additional space is needed.

| (a) No. | (b) Name, address, and ZIP + 4 | (c) Total contributions | (d) Type of contribution |
|---------|-------------------------------|-------------------------|--------------------------|
| 1 | N/A | $ 20,000,000. | Person X<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 2 | N/A | $ 12,500,000. | Person X<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 3 | N/A | $ 4,400,000. | Person ☐<br>Payroll ☐<br>Noncash X<br>(Complete Part II for noncash contributions.) |
| 4 | N/A | $ 4,000,000. | Person X<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| 5 | N/A | $ 3,992,989. | Person X<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |
| | | $ | Person ☐<br>Payroll ☐<br>Noncash ☐<br>(Complete Part II for noncash contributions.) |

Schedule B (Form 990) (2023)                                                                                        Page **3**

| Name of organization | Employer identification number |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC. | 13-6213516 |

**Part II**   **Noncash Property** (see instructions). Use duplicate copies of Part II if additional space is needed.

| (a) No. from Part I | (b) Description of noncash property given | (c) FMV (or estimate) (See instructions.) | (d) Date received |
|---|---|---|---|
| 3 | REAL PROPERTY | $ 4,400,000. | 01/16/2024 |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |
| | | $ | |

Schedule B (Form 990) (2023)

Schedule B (Form 990) (2023)                                                                                           Page **4**

| Name of organization | Employer identification number |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC. | 13-6213516 |

**Part III** *Exclusively* religious, charitable, etc., contributions to organizations described in section 501(c)(7), (8), or (10) that total more than $1,000 for the year from any one contributor. Complete columns (a) through (e) and the following line entry. For organizations completing Part III, enter the total of *exclusively* religious, charitable, etc., contributions of **$1,000 or less** for the year. (Enter this information once. See instructions.)   $ _____
Use duplicate copies of Part III if additional space is needed.

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| _____ | | | |

**(e) Transfer of gift**

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| _____ | | | |

**(e) Transfer of gift**

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| _____ | | | |

**(e) Transfer of gift**

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| | |

| (a) No. from Part I | (b) Purpose of gift | (c) Use of gift | (d) Description of how gift is held |
|---|---|---|---|
| _____ | | | |

**(e) Transfer of gift**

| Transferee's name, address, and ZIP + 4 | Relationship of transferor to transferee |
|---|---|
| | |

JSA
3E1255 1.000

Schedule B (Form 990) (2023)

**SCHEDULE C**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Political Campaign and Lobbying Activities

**For Organizations Exempt From Income Tax Under Section 501(c) and Section 527**

**Complete if the organization is described below. Attach to Form 990 or Form 990-EZ.**
**Go to www.irs.gov/Form990 for instructions and the latest information.**

OMB No. 1545-0047

**2023**

**Open to Public Inspection**

**If the organization answered "Yes" on Form 990, Part IV, line 3, or Form 990-EZ, Part V, line 46 (Political Campaign Activities), then:**
- Section 501(c)(3) organizations: Complete Parts I-A and B. Do not complete Part I-C.
- Section 501(c) (other than section 501(c)(3)) organizations: Complete Parts I-A and C below. Do not complete Part I-B.
- Section 527 organizations: Complete Part I-A only.

**If the organization answered "Yes" on Form 990, Part IV, line 4, or Form 990-EZ, Part VI, line 47 (Lobbying Activities), then:**
- Section 501(c)(3) organizations that have filed Form 5768 (election under section 501(h)): Complete Part II-A. Do not complete Part II-B.
- Section 501(c)(3) organizations that have NOT filed Form 5768 (election under section 501(h)): Complete Part II-B. Do not complete Part II-A.

**If the organization answered "Yes" on Form 990, Part IV, line 5 (Proxy Tax) (see separate instructions) or Form 990-EZ, Part V, line 35c (Proxy Tax) (see separate instructions), then:**
- Section 501(c)(4), (5), or (6) organizations: Complete Part III.

| Name of organization  AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC. | Employer identification number  13-6213516 |
|---|---|

**Part I-A    Complete if the organization is exempt under section 501(c) or is a section 527 organization.**

1  Provide a description of the organization's direct and indirect political campaign activities in Part IV. See instructions for definition of "political campaign activities."

2  Political campaign activity expenditures. See instructions . . . . . . . . . . . . . . . . . . . . ▶ $ _____

3  Volunteer hours for political campaign activities. See instructions . . . . . . . . . . . . . . . . . _____

**Part I-B    Complete if the organization is exempt under section 501(c)(3).**

1  Enter the amount of any excise tax incurred by the organization under section 4955 . . . . . . . ▶ $ _____

2  Enter the amount of any excise tax incurred by organization managers under section 4955 . . . . ▶ $ _____

3  If the organization incurred a section 4955 tax, did it file Form 4720 for this year? . . . . . . . . . .   ☐ Yes  ☐ No

4a  Was a correction made? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   ☐ Yes  ☐ No

b  If "Yes," describe in Part IV.

**Part I-C    Complete if the organization is exempt under section 501(c), except section 501(c)(3).**

1  Enter the amount directly expended by the filing organization for section 527 exempt function activities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ _____

2  Enter the amount of the filing organization's funds contributed to other organizations for section 527 exempt function activities . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ _____

3  Total exempt function expenditures. Add lines 1 and 2. Enter here and on Form 1120-POL, line 17b . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ $ _____

4  Did the filing organization file **Form 1120-POL** for this year? . . . . . . . . . . . . . . . . . . .   ☐ Yes  ☐ No

5  Enter the names, addresses and employer identification number (EIN) of all section 527 political organizations to which the filing organization made payments. For each organization listed, enter the amount paid from the filing organization's funds. Also enter the amount of political contributions received that were promptly and directly delivered to a separate political organization, such as a separate segregated fund or a political action committee (PAC). If additional space is needed, provide information in Part IV.

| (a) Name | (b) Address | (c) EIN | (d) Amount paid from filing organization's funds. If none, enter -0-. | (e) Amount of political contributions received and promptly and directly delivered to a separate political organization. If none, enter -0-. |
|---|---|---|---|---|
| (1) | | | | |
| (2) | | | | |
| (3) | | | | |
| (4) | | | | |
| (5) | | | | |
| (6) | | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**                    **Schedule C (Form 990) 2023**

JSA

3E1264 1.000

1347VD 702V

**Part II-A** | **Complete if the organization is exempt under section 501(c)(3) and filed Form 5768 (election under section 501(h)).**

**A** Check ☐ if the filing organization belongs to an affiliated group (and list in Part IV each affiliated group member's name, address, EIN, expenses, and share of excess lobbying expenditures).

**B** Check ☐ if the filing organization checked box A and "limited control" provisions apply.

| Limits on Lobbying Expenditures<br>(The term "expenditures" means amounts paid or incurred.) | **(a)** Filing<br>organization's totals | **(b)** Affiliated<br>group totals |
|---|---|---|
| **1a** Total lobbying expenditures to influence public opinion (grassroots lobbying) . . . . . | 119,151. | |
| **b** Total lobbying expenditures to influence a legislative body (direct lobbying) . . . . . | 553,537. | |
| **c** Total lobbying expenditures (add lines 1a and 1b) . . . . . . . . . . . . . . . . . | 672,688. | |
| **d** Other exempt purpose expenditures . . . . . . . . . . . . . . . . . . . . . . . | 180,444,249. | |
| **e** Total exempt purpose expenditures (add lines 1c and 1d) . . . . . . . . . . . . . . | 181,116,937. | |
| **f** Lobbying nontaxable amount. Enter the amount from the following table in both columns. | 1,000,000. | |

| If the amount on line 1e, column (a) or (b) is: | The lobbying nontaxable amount is: | | |
|---|---|---|---|
| not over $500,000, | 20% of the amount on line 1e. | | |
| over $500,000 but not over $1,000,000, | $100,000 plus 15% of the excess over $500,000. | | |
| over $1,000,000 but not over $1,500,000, | $175,000 plus 10% of the excess over $1,000,000. | | |
| over $1,500,000 but not over $17,000,000, | $225,000 plus 5% of the excess over $1,500,000. | | |
| over $17,000,000, | $1,000,000. | | |

| | | |
|---|---|---|
| **g** Grassroots nontaxable amount (enter 25% of line 1f) . . . . . . . . . . . . . . . . | 250,000. | |
| **h** Subtract line 1g from line 1a. If zero or less, enter -0- . . . . . . . . . . . . . . . | | |
| **i** Subtract line 1f from line 1c. If zero or less, enter -0-. . . . . . . . . . . . . . . | | |

**j** If there is an amount other than zero on either line 1h or line 1i, did the organization file Form 4720 reporting section 4911 tax for this year? . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

**4-Year Averaging Period Under Section 501(h)**
**(Some organizations that made a section 501(h) election do not have to complete all of the five columns below.**
**See the separate instructions for lines 2a through 2f.)**

**Lobbying Expenditures During 4-Year Averaging Period**

| Calendar year (or fiscal year beginning in) | **(a)** 2020 | **(b)** 2021 | **(c)** 2022 | **(d)** 2023 | **(e)** Total |
|---|---|---|---|---|---|
| **2a** Lobbying nontaxable amount | 1,000,000. | 1,000,000. | 1,000,000. | 1,000,000. | 4,000,000. |
| **b** Lobbying ceiling amount<br>(150% of line 2a, column (e)) | | | | | 6,000,000. |
| **c** Total lobbying expenditures | 702,973. | 779,636. | 919,039. | 672,688. | 3,074,336. |
| **d** Grassroots nontaxable amount | 250,000. | 250,000. | 250,000. | 250,000. | 1,000,000. |
| **e** Grassroots ceiling amount<br>(150% of line 2d, column (e)) | | | | | 1,500,000. |
| **f** Grassroots lobbying expenditures | 227,570. | 242,321. | 199,671. | 119,151. | 788,713. |

**Page 3**

| | | | (a) | (b) |
|---|---|---|---|---|

**Part II-B**  Complete if the organization is exempt under section 501(c)(3) and has NOT filed Form 5768 (election under section 501(h)).

*For each "Yes," response on lines 1a through 1i below, provide in Part IV a detailed description of the lobbying activity.*

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| **1** | During the year, did the filing organization attempt to influence foreign, national, state, or local legislation, including any attempt to influence public opinion on a legislative matter or referendum, through the use of: | | | | |
| **a** | Volunteers? . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **b** | Paid staff or management (include compensation in expenses reported on lines 1c through 1i)? | | | | |
| **c** | Media advertisements? . . . . . . . . . . . . . . . . | | | | |
| **d** | Mailings to members, legislators, or the public? . . . . . . . . . . . . . | | | | |
| **e** | Publications, or published or broadcast statements? . . . . . . . . . . . . . . . | | | | |
| **f** | Grants to other organizations for lobbying purposes? . . . . . . . . . . . . . . . | | | | |
| **g** | Direct contact with legislators, their staffs, government officials, or a legislative body? . . . . . . | | | | |
| **h** | Rallies, demonstrations, seminars, conventions, speeches, lectures, or any similar means? . . . . | | | | |
| **i** | Other activities? . . . . . . . . . . . . . . . . . . | | | | |
| **j** | Total. Add lines 1c through 1i . . . . . . . . . . . . . . . . . . . | | | | |
| **2a** | Did the activities in line 1 cause the organization to not be described in section 501(c)(3)? . . . | | | | |
| **b** | If "Yes," enter the amount of any tax incurred under section 4912 . . . . . . . . . . . | | | | |
| **c** | If "Yes," enter the amount of any tax incurred by organization managers under section 4912 . . | | | | |
| **d** | If the filing organization incurred a section 4912 tax, did it file Form 4720 for this year? . . . . | | | | |

**Part III-A**  Complete if the organization is exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6).

| | | | Yes | No |
|---|---|---|---|---|
| **1** | Were substantially all (90% or more) dues received nondeductible by members? . . . . . . . . . . . . . . . . . . | **1** | | |
| **2** | Did the organization make only in-house lobbying expenditures of $2,000 or less? . . . . . . . . . . . . . . . . | **2** | | |
| **3** | Did the organization agree to carry over lobbying and political campaign activity expenditures from the prior year? | **3** | | |

**Part III-B**  Complete if the organization is exempt under section 501(c)(4), section 501(c)(5), or section 501(c)(6) and if either (a) BOTH Part III-A, lines 1 and 2, are answered "No" OR (b) Part III-A, line 3, is answered "Yes."

| | | | |
|---|---|---|---|
| **1** | Dues, assessments and similar amounts from members . . . . . . . . . . . . . . . . . . . . | **1** | |
| **2** | Section 162(e) nondeductible lobbying and political expenditures (**do not include amounts of political expenses for which the section 527(f) tax was paid**). | | |
| **a** | Current year . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2a** | |
| **b** | Carryover from last year . . . . . . . . . . . . . . . . . . . . . . . . . | **2b** | |
| **c** | Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2c** | |
| **3** | Aggregate amount reported in section 6033(e)(1)(A) notices of nondeductible section 162(e) dues . . . . | **3** | |
| **4** | If notices were sent and the amount on line 2c exceeds the amount on line 3, what portion of the excess does the organization agree to carryover to the reasonable estimate of nondeductible lobbying and political expenditures next year? . . . . . . . . . . . . . . . . . . . . . . . | **4** | |
| **5** | Taxable amount of lobbying and political expenditures. See instructions . . . . . . . . . . . . . . . | **5** | |

**Part IV**  Supplemental Information

Provide the descriptions required for Part I-A, line 1; Part I-B, line 4; Part I-C, line 5; Part II-A (affiliated group list); Part II-A, lines 1 and 2 (see instructions); and Part II-B, line 1. Also, complete this part for any additional information.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**SCHEDULE D**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Supplemental Financial Statements

Complete if the organization answered "Yes" on Form 990,
Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.
**Attach to Form 990.**
Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

**2023**

**Open to Public
Inspection**

| Name of the organization | Employer identification number |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC. | 13-6213516 |

**Part I**  **Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts**
Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

| | | **(a)** Donor advised funds | **(b)** Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year . . . . . . . . . . . | | |
| 2 | Aggregate value of contributions to (during year) . | | |
| 3 | Aggregate value of grants from (during year) . . . | | |
| 4 | Aggregate value at end of year . . . . . . . . . . | | |

5 Did the organization inform all donors and donor advisors in writing that the assets held in donor advised
funds are the organization's property, subject to the organization's exclusive legal control? . . . . . . . . . . ☐ **Yes** ☐ **No**

6 Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used
only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose
conferring impermissible private benefit? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

**Part II**  **Conservation Easements**
Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

1 Purpose(s) of conservation easements held by the organization (check all that apply).

☐ Preservation of land for public use (for example, recreation or education)  ☐ Preservation of a historically important land area

☐ Protection of natural habitat  ☐ Preservation of a certified historic structure

☐ Preservation of open space

2 Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation
easement on the last day of the tax year.

| | | | **Held at the End of the Tax Year** |
|---|---|---|---|
| a | Total number of conservation easements . . . . . . . . . . . . . . . . . . . . . | **2a** | |
| b | Total acreage restricted by conservation easements . . . . . . . . . . . . . . . | **2b** | |
| c | Number of conservation easements on a certified historic structure included on line 2a . . | **2c** | |
| d | Number of conservation easements included on line 2c acquired after July 25, 2006, and not on a historic structure listed in the National Register . . . . . . . . . . . . . . . . . | **2d** | |

3 Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the
tax year _____

4 Number of states where property subject to conservation easement is located _____

5 Does the organization have a written policy regarding the periodic monitoring, inspection, handling of
violations, and enforcement of the conservation easements it holds? . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

6 Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
_____

7 Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
$ _____

8 Does each conservation easement reported on line 2d above satisfy the requirements of section 170(h)(4)(B)(i)
and section 170(h)(4)(B)(ii)? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

9 In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement and balance
sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the
organization's accounting for conservation easements.

**Part III**  **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets**
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

1a If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works
of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public
service, provide in Part XIII the text of the footnote to its financial statements that describes these items.

b If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of
art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service,
provide the following amounts relating to these items:

(i) Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . . . . . . . . . . . . $ _____

(ii) Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

2 If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the
following amounts required to be reported under FASB ASC 958 relating to these items:

a Revenue included on Form 990, Part VIII, line 1 . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

b Assets included in Form 990, Part X . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**   **Schedule D (Form 990) 2023**

JSA
3E1268 1.000
1347VD 702V

**34**

Schedule D (Form 990) 2023          **Page 2**

| **Part III** | **Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets** *(continued)* |

**3** Using the organization's acquisition, accession, and other records, check any of the following that make significant use of its collection items (check all that apply).

**a** ☐ Public exhibition      **d** ☐ Loan or exchange program

**b** ☐ Scholarly research      **e** ☐ Other _____

**c** ☐ Preservation for future generations

**4** Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5** During the year, did the organization solicit or receive donations of art, historical treasures, or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection? . . . . . . ☐ **Yes** ☐ **No**

| **Part IV** | **Escrow and Custodial Arrangements** |

Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ **Yes** ☐ **No**

**b** If "Yes," explain the arrangement in Part XIII and complete the following table.

| | | Amount |
|---|---|---|
| **c** Beginning balance . . . . . . . . . . . . . . . . | **1c** | |
| **d** Additions during the year . . . . . . . . . . . . | **1d** | |
| **e** Distributions during the year . . . . . . . . . . | **1e** | |
| **f** Ending balance . . . . . . . . . . . . . . . . . | **1f** | |

**2a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? ☐ **Yes** ☐ **No**

**b** If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided in Part XIII. . . . . . . . . . ☐

| **Part V** | **Endowment Funds** |

Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

| | | **(a)** Current year | **(b)** Prior year | **(c)** Two years back | **(d)** Three years back | **(e)** Four years back |
|---|---|---|---|---|---|---|
| **1a** | Beginning of year balance . . . . | 389,188,807. | 409,038,093. | 369,839,752. | 243,441,145. | 258,952,515. |
| **b** | Contributions . . . . . . . . . . | 15,258,434. | 17,991,383. | 31,778,028. | 27,724,448. | 10,280,129. |
| **c** | Net investment earnings, gains, and losses . . . . . . . . . . . | 45,737,309. | -22,598,584. | 17,272,545. | 107,363,128. | -23,019,450. |
| **d** | Grants or scholarships . . . . . | | | | | |
| **e** | Other expenditures for facilities and programs . . . . . . . . . . | | | | | |
| **f** | Administrative expenses . . . . . | 24,274,595. | 15,242,085. | 9,852,232. | 8,688,969. | 2,772,049. |
| **g** | End of year balance . . . . . . . | 425,909,955. | 389,188,807. | 409,038,093. | 369,839,752. | 243,441,145. |

**2** Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a** Board designated or quasi-endowment   64.8100 %

**b** Permanent endowment   22.6900 %

**c** Term endowment   12.5000 %

The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

| | | Yes | No |
|---|---|---|---|
| **(i)** Unrelated organizations? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3a(i)** | | X |
| **(ii)** Related organizations?. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **3a(ii)** | | X |
| **b** If "Yes" on line 3a(ii), are the related organizations listed as required on Schedule R? . . . . . . . . . . | **3b** | | |

**4** Describe in Part XIII the intended uses of the organization's endowment funds.

| **Part VI** | **Land, Buildings, and Equipment** |

Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | **(a)** Cost or other basis (investment) | **(b)** Cost or other basis (other) | **(c)** Accumulated depreciation | **(d)** Book value |
|---|---|---|---|---|
| **1a** Land. . . . . . . . . . . . . . . . . . . | | 4,925,713. | | 4,925,713. |
| **b** Buildings . . . . . . . . . . . . . . . . | | 23,508,175. | 10,999,638. | 12,508,537. |
| **c** Leasehold improvements. . . . . . . . . | | 38,721,896. | 31,350,954. | 7,370,942. |
| **d** Equipment. . . . . . . . . . . . . . . . | | 4,930,151. | 4,722,186. | 207,965. |
| **e** Other . . . . . . . . . . . . . . . . . . | | | | |

**Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, line 10c, column (B))* . . . . . . . 25,013,157.

Schedule D (Form 990) 2023

### Part VII   Investments - Other Securities
Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) Financial derivatives · · · · · · · · · · · · · · · | | |
| (2) Closely held equity interests · · · · · · · · · · · · · | | |
| (3) Other | | |
| (A) PROPRIETARY EQUITY FUNDS | 249,812,244. | FMV |
| (B) PRIVATE EQUITY FUNDS | 135,472,708. | FMV |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| **Total.** (Column (b) must equal Form 990, Part X, line 12, col. (B)) · · · | 385,284,952. | |

### Part VIII   Investments - Program Related
Complete if the organization answered "Yes" on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| **Total.** (Column (b) must equal Form 990, Part X, line 13, col. (B)) · · · | | |

### Part IX   Other Assets
Complete if the organization answered "Yes" on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| (1) | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| **Total.** (Column (b) must equal Form 990, Part X, line 15, col. (B)) · · · · · · · · · · · · · · · · · · · · · · · · · · · | |

### Part X   Other Liabilities
Complete if the organization answered "Yes" on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| 1. (a) Description of liability | (b) Book value |
|---|---|
| (1) Federal income taxes | |
| (2) BILL OF RIGHTS TRUST HELD FOR AFF. | 54,936,948. |
| (3) DUE TO AFFILIATES | 32,810,754. |
| (4) LIAB. UNDER SPLIT-INTEREST AGREEMEN | 23,644,944. |
| (5) DUE TO ACLU | 16,076,238. |
| (6) OPERATING LEASE LIABILITY | 4,403,240. |
| (7) DUE TO ACLU-ACCRUED PENSION LIAB. | 208,650. |
| (8) SECURITY DEPOSITS | 10,404. |
| (9) | |
| **Total.** (Column (b) must equal Form 990, Part X, line 25, col. (B)) · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · | 132,091,178. |

2. Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FASB ASC 740. Check here if the text of the footnote has been provided in Part XIII · [X]

JSA
3E1270 1.000                                               Schedule D (Form 990) 2023
1347VD 702V                                                         36

Schedule D (Form 990) 2023      Page **4**

| **Part XI** | **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return** | | | |
|---|---|---|---|---|
| | Complete if the organization answered "Yes" on Form 990, Part IV, line 12a. | | | |
| **1** | Total revenue, gains, and other support per audited financial statements . . . . . . . . . . . . . | | **1** | 282,253,104. |
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | | |
| **a** | Net unrealized gains (losses) on investments . . . . . . . . . . . . . . . . . | **2a** 59,728,445. | | |
| **b** | Donated services and use of facilities . . . . . . . . . . . . . . . . . . . | **2b** 39,504,757. | | |
| **c** | Recoveries of prior year grants . . . . . . . . . . . . . . . . . . . . . . | **2c** | | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . . . . . . . . . . . . . | **2d** | | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . . . . . . | | **2e** | 99,233,202. |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . . . . . . | | **3** | 183,019,902. |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line 1: | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . . . . . . . | **4a** 2,127,086. | | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . . . . . . . . . . . . . | **4b** | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . . . . . . . | | **4c** | 2,127,086. |
| **5** | Total revenue. Add lines **3** and **4c.** *(This must equal Form 990, Part I, line 12.)* . . . . . . . . . | | **5** | 185,146,988. |

| **Part XII** | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return** | | | |
|---|---|---|---|---|
| | Complete if the organization answered "Yes" on Form 990, Part IV, line 12a. | | | |
| **1** | Total expenses and losses per audited financial statements . . . . . . . . . . . . . . . . . | | **1** | 239,899,525. |
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | | |
| **a** | Donated services and use of facilities . . . . . . . . . . . . . . . . . . . | **2a** 39,504,757. | | |
| **b** | Prior year adjustments . . . . . . . . . . . . . . . . . . . . . . . . . | **2b** -1. | | |
| **c** | Other losses . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **2c** | | |
| **d** | Other (Describe in Part XIII.) . . . . . . . . . . . . . . . . . . . . . . | **2d** 837,270. | | |
| **e** | Add lines **2a** through **2d** . . . . . . . . . . . . . . . . . . . . . . . . | | **2e** | 40,342,026. |
| **3** | Subtract line **2e** from line **1** . . . . . . . . . . . . . . . . . . . . . . . | | **3** | 199,557,499. |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line 1: | | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b . . . . . . . | **4a** 2,127,086. | | |
| **b** | Other (Describe in Part XIII.) . . . . . . . . . . . . . . . . . . . . . . | **4b** | | |
| **c** | Add lines **4a** and **4b** . . . . . . . . . . . . . . . . . . . . . . . . . . | | **4c** | 2,127,086. |
| **5** | Total expenses. Add lines **3** and **4c.** *(This must equal Form 990, Part I, line 18.)* . . . . . . . . . | | **5** | 201,684,585. |

| **Part XIII** | **Supplemental Information** |
|---|---|

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

SEE SUPPLEMENTAL PAGE

JSA
3E1271 1.000
1347VD 702V

**Part XIII** **Supplemental Information** *(continued)*

SCHEDULE D, PART V, LINE 4:


THE PURPOSE OF THE ENDOWMENT FUND IS TO BUILD AN ENDURING ENDOWMENT TO

CARRY OUT THE WORK OF THE ACLU AND ITS AFFILIATES IN PROTECTING,

PRESERVING AND EXPANDING THE CIVIL LIBERTIES OF ALL PERSONS IN THE UNITED

STATES OF AMERICA.



SCHEDULE D, PART X, LINE 2:


THE ACLU FOUNDATION IS EXEMPT FROM INCOME TAXES UNDER SECTION 501(C)(3)

OF THE U.S. IRC AND IS SUBJECT TO TAXES ON UNRELATED BUSINESS INCOME, AS

APPLICABLE. THE 915 15TH STREET, LLC AND 104 GREENWICH AVENUE, LLC ARE

TREATED AS DISREGARDED (TAX) ENTITIES.


THE ACLU FOUNDATION FILES TAX AND INFORMATION RETURNS WITH THE INTERNAL

REVENUE SERVICE (IRS) AND WITH VARIOUS STATES.


MANAGEMENT EVALUATED THE FOUNDATION'S TAX POSITIONS AND CONCLUDED THAT

THE ORGANIZATION HAD TAKEN NO UNCERTAIN TAX POSITIONS THAT REQUIRE

ADDITIONAL ADJUSTMENT OR DISCLOSURE TO THE ACCOMPANYING CONSOLIDATED

FINANCIAL STATEMENTS. GENERALLY, THE FOUNDATION IS NO LONGER SUBJECT TO

INCOME TAX EXAMINATIONS BY U.S. FEDERAL, STATE, OR LOCAL TAX AUTHORITIES

FOR TAX YEARS BEFORE 2021, WHICH IS THE STANDARD STATUTE OF LIMITATIONS

LOOK-BACK PERIOD.

JSA
3E1226 1.000
    1347VD 702V

**Part XIII** **Supplemental Information** *(continued)*

SCHEDULE D, PART XII, LINE 2D:


BAD DEBT EXPENSES.........$837,270

JSA
3E1226 1.000

| SCHEDULE G | Supplemental Information Regarding Fundraising or Gaming Activities | OMB No. 1545-0047 |
|---|---|---|
| (Form 990) | Complete if the organization answered "Yes" on Form 990, Part IV, line 17, 18, or 19, or if the organization entered more than $15,000 on Form 990-EZ, line 6a. | **2023** |
| Department of the Treasury Internal Revenue Service | Attach to Form 990 or Form 990-EZ. Go to *www.irs.gov/Form990* for instructions and the latest information. | Open to Public Inspection |

| Name of the organization | Employer identification number |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC. | 13-6213516 |

**Part I** **Fundraising Activities.** Complete if the organization answered "Yes" on Form 990, Part IV, line 17. Form 990-EZ filers are not required to complete this part.

1 Indicate whether the organization raised funds through any of the following activities. Check all that apply.

a [X] Mail solicitations
b [X] Internet and email solicitations
c [X] Phone solicitations
d [X] In-person solicitations
e [X] Solicitation of non-government grants
f [ ] Solicitation of government grants
g [ ] Special fundraising events

2a Did the organization have a written or oral agreement with any individual (including officers, directors, trustees, or key employees listed in Form 990, Part VII) or entity in connection with professional fundraising services? [X] **Yes** [ ] **No**

b If "Yes," list the 10 highest paid individuals or entities (fundraisers) pursuant to agreements under which the fundraiser is to be compensated at least $5,000 by the organization.

| (i) Name and address of individual or entity (fundraiser) | (ii) Activity | (iii) Did fundraiser have custody or control of contributions? | | (iv) Gross receipts from activity | (v) Amount paid to (or retained by) fundraiser listed in col. (i) | (vi) Amount paid to (or retained by) organization |
|---|---|---|---|---|---|---|
| | | **Yes** | **No** | | | |
| SEE SUPPLEMENT INFORMATION 1 | | | | | | |
| 2 | | | | | | |
| 3 | | | | | | |
| 4 | | | | | | |
| 5 | | | | | | |
| 6 | | | | | | |
| 7 | | | | | | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | | | | | |
| Total . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | 36,944,979. | 350,259. | 36,594,720. |

3 List all states in which the organization is registered or licensed to solicit contributions or has been notified it is exempt from registration or licensing.

AL,AK,AZ,AR,CA,CO,CT,DE,FL,GA,HI,ID,IL,IN,
IA,KS,KY,LA,ME,MD,MA,MI,MN,MS,MO,MT,NE,NV,NH,NJ,NM,NY,NC,ND,OH,
OK,OR,PA,RI,SC,SD,TN,UT,VT,VA,WA,WV,WI,WY,

**For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.** **Schedule G (Form 990) 2023**
JSA
3E1281 1.000
1347VD 702V

**Part II**  **Fundraising Events.** Complete if the organization answered "Yes" on Form 990, Part IV, line 18, or reported more than $15,000 of fundraising event contributions and gross income on Form 990-EZ, lines 1 and 6b. List events with gross receipts greater than $5,000.

| | | (a) Event #1 | (b) Event #2 | (c) Other events | (d) Total events (add col. (a) through col. (c)) |
|---|---|---|---|---|---|
| | | (event type) | (event type) | (total number) | |
| Revenue | **1** Gross receipts . . . . . . . . . | | | | |
| | **2** Less: Contributions | | | | |
| | **3** Gross income (line 1 minus line 2) . . . . . . . . | | | | |
| Direct Expenses | **4** Cash prizes . . . . . . . . . . | | | | |
| | **5** Noncash prizes . . . . . . . . | | | | |
| | **6** Rent/facility costs . . . . . . . | | | | |
| | **7** Food and beverages . . . . . . | | | | |
| | **8** Entertainment . . . . . . . . . | | | | |
| | **9** Other direct expenses . . . . . | | | | |
| | **10** Direct expense summary. Add lines 4 through 9 in column (d) . . . . . . . . . . . . . . . . . | | | | |
| | **11** Net income summary. Subtract line 10 from line 3, column (d) . . . . . . . . . . . . . . . . . . | | | | |

**Part III**  **Gaming.** Complete if the organization answered "Yes" on Form 990, Part IV, line 19, or reported more than $15,000 on Form 990-EZ, line 6a.

| | | (a) Bingo | (b) Pull tabs/instant bingo/progressive bingo | (c) Other gaming | (d) Total gaming (add col. (a) through col. (c)) |
|---|---|---|---|---|---|
| Revenue | **1** Gross revenue . . . . . . . . . | | | | |
| Direct Expenses | **2** Cash prizes . . . . . . . . . . | | | | |
| | **3** Noncash prizes . . . . . . . . | | | | |
| | **4** Rent/facility costs . . . . . . . | | | | |
| | **5** Other direct expenses . . . . . | | | | |
| | **6** Volunteer labor . . . . . . . . | ☐ **Yes** _____ % <br> ☐ **No** | ☐ **Yes** _____ % <br> ☐ **No** | ☐ **Yes** _____ % <br> ☐ **No** | |
| | **7** Direct expense summary. Add lines 2 through 5 in column (d) . . . . . . . . . . . . . . . . . | | | | |
| | **8** Net gaming income summary. Subtract line 7 from line 1, column (d) . . . . . . . . . . . . . | | | | |

**9** Enter the state(s) in which the organization conducts gaming activities:

**a** Is the organization licensed to conduct gaming activities in each of these states? . . . . . . . . . . . ☐ **Yes** ☐ **No**

**b** If "No," explain: _____

_____

**10a** Were any of the organization's gaming licenses revoked, suspended, or terminated during the tax year? . . . . ☐ **Yes** ☐ **No**

**b** If "Yes," explain: _____

_____

**Page 3**

**11** Does the organization conduct gaming activities with nonmembers? . . . . . . . . . . . . . . . . . . . . . □ Yes □ No

**12** Is the organization a grantor, beneficiary or trustee of a trust or a member of a partnership or other entity
formed to administer charitable gaming? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □ Yes □ No

**13** Indicate the percentage of gaming activity conducted in:

**a** The organization's facility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **13a** | %

**b** An outside facility . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **13b** | %

**14** Enter the name and address of the person who prepares the organization's gaming/special events books and
records:

Name ▶ _____

Address ▶ _____

**15 a** Does the organization have a contract with a third party from whom the organization receives gaming
revenue? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □ Yes □ No

**b** If "Yes," enter the amount of gaming revenue received by the organization ▶ $ _____ and the
amount of gaming revenue retained by the third party ▶ $ _____ .

**c** If "Yes," enter name and address of the third party:

Name ▶ _____

Address ▶ _____

**16** Gaming manager information:

Name ▶ _____

Gaming manager compensation ▶ $ _____

Description of services provided ▶ _____

□ Director/officer      □ Employee      □ Independent contractor

**17** Mandatory distributions:

**a** Is the organization required under state law to make charitable distributions from the gaming proceeds to
retain the state gaming license? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . □ Yes □ No

**b** Enter the amount of distributions required under state law to be distributed to other exempt organizations
or spent in the organization's own exempt activities during the tax year ▶ $

| **Part IV** | **Supplemental Information.** Provide the explanation required by Part I, line 2b, columns (iii) and (v), and Part III, lines 9, 9b, 10b, 15b, 15c, 16, and 17b, as applicable. Also provide any additional information (see instructions). |

```
FORM 990, SCHEDULE G, LINE 2B - HIGHEST PAID INDIVIDUALS/ENTITIES
================================================================


NAME:
  LAUTMAN MASKA NEILL & COMPANY

ADDRESS:
  1730 RHODE ISLAND AVENUE NW, #301
  WASHINGTON, DC 20036

ACTIVITY :
  FUNDRAISING CONSULTING

CUSTODY OR CONTROL OF CONTRIBUTION?
  NO

GROSS RECEIPTS FROM ACTIVITY :                33,606,819.

AMOUNT PAID TO (OR RETAINED BY) FUNDRAISER :     170,250.

AMOUNT PAID TO (OR RETAINED BY) ORGANIZATION : 33,436,569.


NAME:
  MISSION WIRED

ADDRESS:
  650 MASSACHUSETTS AVENUE NW, SUITE 505
  WASHINGTON, DC 20001

ACTIVITY :
  FUNDRAISING CONSULTING

CUSTODY OR CONTROL OF CONTRIBUTION?
  NO

GROSS RECEIPTS FROM ACTIVITY :                 3,078,211.

AMOUNT PAID TO (OR RETAINED BY) FUNDRAISER :      97,500.

AMOUNT PAID TO (OR RETAINED BY) ORGANIZATION :  2,980,711.
```

```
FORM 990, SCHEDULE G, LINE 2B - HIGHEST PAID INDIVIDUALS/ENTITIES
=================================================================


NAME:
  DCM, INC.

ADDRESS:
  672 FULTON STREET,
  BROOKLYN, NY 11217

ACTIVITY :
  FUNDRAISING CONSULTING

CUSTODY OR CONTROL OF CONTRIBUTION?
  NO

GROSS RECEIPTS FROM ACTIVITY :                  180,345.

AMOUNT PAID TO (OR RETAINED BY) FUNDRAISER :     78,877.

AMOUNT PAID TO (OR RETAINED BY) ORGANIZATION :  101,468.


NAME:
  GORDON & SCHWENKMEYER, INC. (GSI)

ADDRESS:
  20300 S. VERMONT AVENUE, SUITE 210
  TORRANCE, CA 90502

ACTIVITY :
  FUNDRAISING CONSULTING

CUSTODY OR CONTROL OF CONTRIBUTION?
  NO

GROSS RECEIPTS FROM ACTIVITY :                   79,604.

AMOUNT PAID TO (OR RETAINED BY) FUNDRAISER :      3,632.

AMOUNT PAID TO (OR RETAINED BY) ORGANIZATION :   75,972.
```

STATEMENT  2

**SCHEDULE I**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Grants and Other Assistance to Organizations, Governments, and Individuals in the United States

**Complete if the organization answered "Yes" on Form 990, Part IV, line 21 or 22.**

**Attach to Form 990.**

**Go to www.irs.gov/Form990 for the latest information.**

OMB No. 1545-0047

**2023**

Open to Public
Inspection

Name of the organization AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.

Employer identification number
13-6213516

## Part I — General Information on Grants and Assistance

1 Does the organization maintain records to substantiate the amount of the grants or assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☒ Yes ☐ No

2 Describe in Part IV the organization's procedures for monitoring the use of grant funds in the United States.

## Part II — Grants and Other Assistance to Domestic Organizations and Domestic Governments. Complete if the organization answered "Yes" on Form 990, Part IV, line 21, for any recipient that received more than $5,000. Part II can be duplicated if additional space is needed.

| 1 (a) Name and address of organization or government | (b) EIN | (c) IRC section (if applicable) | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of noncash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| **(1)** ACLU FOUNDATION OF ALABAMA<br>P.O. BOX 6179 MONTGOMERY, AL 36106 | 63-0883872 | 501(C)(3) | 1,535,325. | | | | AFFILIATE PROGRAM |
| **(2)** ACLU FOUNDATION OF ALASKA<br>1057 W. FIREWEED LN. ANCHORAGE, AK 99503 | 23-7113202 | 501(C)(3) | 301,399. | | | | AFFILIATE PROGRAM |
| **(3)** ACLU FOUNDATION OF ARIZONA<br>P.O. BOX 17148 PHOENIX, AZ 85011 | 23-7238580 | 501(C)(3) | 568,000. | | | | AFFILIATE PROGRAM |
| **(4)** ACLU FOUNDATION OF ARKANSAS<br>904 W. SECOND ST., #1 LITTLE ROCK, AR 72201 | 71-0473676 | 501(C)(3) | 32,000. | | | | AFFILIATE PROGRAM |
| **(5)** ACLU FOUNDATION OF COLORADO<br>303 E. 17TH AVENUE, #350 DENVER, CO 80203 | 23-7028224 | 501(C)(3) | 50,000. | | | | AFFILIATE PROGRAM |
| **(6)** ACLU FOUNDATION OF CONNECTICUT<br>330 MAIN ST., 1ST FL HARTFORD, CT 06106 | 06-0871754 | 501(C)(3) | 75,000. | | | | AFFILIATE PROGRAM |
| **(7)** ACLU FOUNDATION OF DELAWARE<br>100 WEST 10TH ST, #603 WILMINGTON, DE 19801 | 51-0220856 | 501(C)(3) | 222,000. | | | | AFFILIATE PROGRAM |
| **(8)** ACLU FOUNDATION OF FLORIDA<br>4343 W. FLAGLER ST., #400 MIAMI, FL 33134 | 23-7137529 | 501(C)(3) | 1,479,420. | | | | AFFILIATE PROGRAM |
| **(9)** ACLU FOUNDATION OF GEORGIA<br>1100 SPRING ST NW, #640 ATLANTA, GA 30309 | 23-7115937 | 501(C)(3) | 1,350,500. | | | | AFFILIATE PROGRAM |
| **(10)** ACLU FOUNDATION OF HAWAII<br>P.O. BOX 3410 HONOLULU, HI 96801 | 99-0192064 | 501(C)(3) | 160,470. | | | | AFFILIATE PROGRAM |
| **(11)** ACLU FOUNDATION OF IDAHO<br>P.O. BOX 1897 BOISE, ID 83701 | 82-0467428 | 501(C)(3) | 465,000. | | | | AFFILIATE PROGRAM |
| **(12)** ACLU FOUNDATION OF INDIANA<br>1031 E WASHINGTON ST INDIANAPOLIS, IN 46202 | 23-7398358 | 501(C)(3) | 199,200. | | | | AFFILIATE PROGRAM |

2 Enter total number of section 501(c)(3) and government organizations listed in the line 1 table . . . . . . . . . . . . . . . ▶ 52

3 Enter total number of other organizations listed in the line 1 table . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ 10

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**

Schedule I (Form 990) 2023

JSA
3E1288 1.000

45

# SCHEDULE I
# (Form 990)

OMB No. 1545-0047

# 2023

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

# Grants and Other Assistance to Organizations, Governments, and Individuals in the United States

Complete if the organization answered "Yes" on Form 990, Part IV, line 21 or 22.
Attach to Form 990.
Go to *www.irs.gov/Form990* for the latest information.

Name of the organization AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.

Employer identification number
13-6213516

**Part I** General Information on Grants and Assistance

1 Does the organization maintain records to substantiate the amount of the grants or assistance, the grantees' eligibility for the grants or assistance, and
  the selection criteria used to award the grants or assistance? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  ☐ Yes  ☐ No

2 Describe in Part IV the organization's procedures for monitoring the use of grant funds in the United States.

**Part II** Grants and Other Assistance to Domestic Organizations and Domestic Governments. Complete if the organization answered "Yes" on Form 990,
Part IV, line 21, for any recipient that received more than $5,000. Part II can be duplicated if additional space is needed.

| 1 (a) Name and address of organization or government | (b) EIN | (c) IRC section (if applicable) | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of noncash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| **(1)** ACLU FOUNDATION OF IOWA<br>505 5TH AVENUE, #905 DES MOINES, IA 50309 | 42-1002093 | 501(C)(3) | 172,000. | | | | AFFILIATE PROGRAM |
| **(2)** ACLU FOUNDATION OF KANSAS<br>6701 W 64TH ST, OVERLAND PARK, KS 66202 | 43-0926406 | 501(C)(3) | 447,000. | | | | AFFILIATE PROGRAM |
| **(3)** ACLU FOUNDATION OF LOUISIANA<br>P.O. BOX 56157 NEW ORLEANS, LA 70156 | 72-0717944 | 501(C)(3) | 2,008,268. | | | | AFFILIATE PROGRAM |
| **(4)** ACLU FOUNDATION OF MAINE<br>P.O. BOX 7860 PORTLAND, ME 04101 | 01-0367357 | 501(C)(3) | 160,000. | | | | AFFILIATE PROGRAM |
| **(5)** ACLU FOUNDATION OF MARYLAND<br>3600 CLIPPER MILL RD BALTIMORE, MD 21211 | 23-7209538 | 501(C)(3) | 174,000. | | | | AFFILIATE PROGRAM |
| **(6)** ACLU FOUNDATION OF MASSACHUSETTS<br>211 CONGRESS STREET BOSTON, MA 02110 | 23-7312949 | 501(C)(3) | 250,000. | | | | AFFILIATE PROGRAM |
| **(7)** ACLU FOUNDATION OF MICHIGAN<br>2966 WOODWARD AVE., DETROIT, MI 48201 | 23-7243421 | 501(C)(3) | 308,000. | | | | AFFILIATE PROGRAM |
| **(8)** ACLU FOUNDATION OF MINNESOTA<br>2300 MYRTLE AVE, #180 ST. PAUL, MN 55414 | 41-6050012 | 501(C)(3) | 600,000. | | | | AFFILIATE PROGRAM |
| **(9)** ACLU FOUNDATION OF MISSISSIPPI<br>P.O. BOX 2242 JACKSON, MS 39225 | 64-0694013 | 501(C)(3) | 751,500. | | | | AFFILIATE PROGRAM |
| **(10)** ACLU FOUNDATION OF MISSOURI<br>906 OLIVE ST., #1130 ST. LOUIS, MO 63101 | 43-6070952 | 501(C)(3) | 118,917. | | | | AFFILIATE PROGRAM |
| **(11)** ACLU FOUNDATION OF MONTANA<br>P.O. BOX 1968 MISSOULA, MT 59806 | 81-0445339 | 501(C)(3) | 187,635. | | | | AFFILIATE PROGRAM |
| **(12)** ACLU FOUNDATION OF NEBRASKA<br>134 SOUTH 13TH ST., LINCOLN, NE 68508 | 23-7259984 | 501(C)(3) | 370,000. | | | | AFFILIATE PROGRAM |

2 Enter total number of section 501(c)(3) and government organizations listed in the line 1 table . . . . . . . . . . . . . . . . . . .

3 Enter total number of other organizations listed in the line 1 table . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

For Paperwork Reduction Act Notice, see the Instructions for Form 990.

Schedule I (Form 990) 2023

JSA
3E1288 1.000

# SCHEDULE I
## (Form 990)

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0047

# 2023

**Open to Public Inspection**

# Grants and Other Assistance to Organizations, Governments, and Individuals in the United States

Complete if the organization answered "Yes" on Form 990, Part IV, line 21 or 22.

**Attach to Form 990.**

**Go to www.irs.gov/Form990 for the latest information.**

Name of the organization AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.

Employer identification number
13-6213516

## Part I  General Information on Grants and Assistance

1  Does the organization maintain records to substantiate the amount of the grants or assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

2  Describe in Part IV the organization's procedures for monitoring the use of grant funds in the United States.

## Part II  Grants and Other Assistance to Domestic Organizations and Domestic Governments. Complete if the organization answered "Yes" on Form 990, Part IV, line 21, for any recipient that received more than $5,000. Part II can be duplicated if additional space is needed.

| 1 (a) Name and address of organization or government | (b) EIN | (c) IRC section (if applicable) | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of noncash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| (1) ACLU FOUNDATION OF NEVADA 601 S. RANCHO DR., #B11 LAS VEGAS, NV 89106 | 88-0217086 | 501(C)(3) | 497,500. | | | | AFFILIATE PROGRAM |
| (2) ACLU FOUNDATION OF NEW HAMPSHIRE 18 LOW AVE., CONCORD, NH 03301 | 02-0347237 | 501(C)(3) | 210,120. | | | | AFFILIATE PROGRAM |
| (3) ACLU FOUNDATION OF NEW JERSEY P.O. BOX 32159 NEWARK, NJ 07102 | 22-2010593 | 501(C)(3) | 460,000. | | | | AFFILIATE PROGRAM |
| (4) ACLU FOUNDATION OF NEW MEXICO P.O. BOX 566 ALBUQUERQUE, NM 87103 | 85-0275276 | 501(C)(3) | 435,000. | | | | AFFILIATE PROGRAM |
| (5) ACLU FOUNDATION OF NORTH CAROLINA P.O. BOX 28004 RALEIGH, NC 27611 | 56-1019644 | 501(C)(3) | 707,960. | | | | AFFILIATE PROGRAM |
| (6) ACLU FOUNDATION OF NORTHERN CALIFORNIA 39 DRUMM STREET SAN FRANCISCO, CA 94111 | 94-0279770 | 501(C)(3) | 125,000. | | | | AFFILIATE PROGRAM |
| (7) ACLU FOUNDATION OF OHIO 4506 CHESTER AVE., CLEVELAND, OH 44103 | 23-7137105 | 501(C)(3) | 375,000. | | | | AFFILIATE PROGRAM |
| (8) ACLU FOUNDATION OF OKLAHOMA P.O. BOX 13327 OKLAHOMA CITY, OK 73113 | 73-1003205 | 501(C)(3) | 97,000. | | | | AFFILIATE PROGRAM |
| (9) ACLU FOUNDATION OF OREGON 506 SW 6TH AVE., #700 PORTLAND, OR 97204 | 23-7048829 | 501(C)(3) | 100,000. | | | | AFFILIATE PROGRAM |
| (10) ACLU FOUNDATION OF PENNSYLVANIA P.O. BOX 60173 PHILADELPHIA, PA 19102 | 23-1742013 | 501(C)(3) | 932,000. | | | | AFFILIATE PROGRAM |
| (11) ACLU FDN. OF SAN DIEGO & IMPERIAL COUNTIES P.O. BOX 87131 SAN DIEGO, CA 92138 | 33-0325791 | 501(C)(3) | 431,264. | | | | AFFILIATE PROGRAM |
| (12) ACLU FOUNDATION OF SOUTH CAROLINA P.O. BOX 1668 COLUMBIA, SC 29202 | 27-1942832 | 501(C)(3) | 390,000. | | | | AFFILIATE PROGRAM |

2  Enter total number of section 501(c)(3) and government organizations listed in the line 1 table . . . . . . . . . . . . . . . . . . . . . . . . ▶

3  Enter total number of other organizations listed in the line 1 table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**

Schedule I (Form 990) 2023

JSA
3E1288 1.000

47

**SCHEDULE I**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

OMB No. 1545-0047

**2023**

**Open to Public Inspection**

# Grants and Other Assistance to Organizations, Governments, and Individuals in the United States

Complete if the organization answered "Yes" on Form 990, Part IV, line 21 or 22.

Attach to Form 990.

Go to *www.irs.gov/Form990* for the latest information.

Name of the organization AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.

Employer identification number
13-6213516

**Part I**  **General Information on Grants and Assistance**

1  Does the organization maintain records to substantiate the amount of the grants or assistance, the grantees' eligibility for the grants or assistance, and
the selection criteria used to award the grants or assistance? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . [ ] Yes  [ ] No

2  Describe in Part IV the organization's procedures for monitoring the use of grant funds in the United States.

**Part II**  **Grants and Other Assistance to Domestic Organizations and Domestic Governments.** Complete if the organization answered "Yes" on Form 990,
Part IV, line 21, for any recipient that received more than $5,000. Part II can be duplicated if additional space is needed.

| 1 (a) Name and address of organization or government | (b) EIN | (c) IRC section (if applicable) | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of noncash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| (1) ACLU FOUNDATION OF SOUTHERN CALIFORNIA 1313 W 8TH STREET LOS ANGELES, CA 90017 | 95-2673361 | 501(C)(3) | 640,000. | | | | AFFILIATE PROGRAM |
| (2) ACLU FOUNDATION OF TEXAS P.O. BOX 8306 HOUSTON, TX 77288 | 76-0343171 | 501(C)(3) | 811,000. | | | | AFFILIATE PROGRAM |
| (3) ACLU FOUNDATION OF THE DISTRICT OF COLUMBIA P.O. BOX 11637 WASHINGTON, DC 20008 | 52-6070446 | 501(C)(3) | 50,000. | | | | AFFILIATE PROGRAM |
| (4) ACLU FOUNDATION OF UTAH 355 NORTH 300 WEST SALT LAKE CITY, UT 84103 | 87-0439810 | 501(C)(3) | 25,000. | | | | AFFILIATE PROGRAM |
| (5) ACLU FOUNDATION OF VERMONT P.O. BOX 277 MONTPELIER, VT 05601 | 23-7123046 | 501(C)(3) | 165,000. | | | | AFFILIATE PROGRAM |
| (6) ACLU FOUNDATION OF VIRGINIA 701 E. FRANKLIN ST., RICHMOND, VA 23219 | 52-1283242 | 501(C)(3) | 347,221. | | | | AFFILIATE PROGRAM |
| (7) ACLU FOUNDATION OF WASHINGTON 901 5TH AVE., SUITE 630 SEATTLE, WA 98164 | 23-7076867 | 501(C)(3) | 50,000. | | | | AFFILIATE PROGRAM |
| (8) ACLU FOUNDATION OF WEST VIRGINIA P.O. BOX 3952 CHARLESTON, WV 25339 | 55-0681531 | 501(C)(3) | 600,500. | | | | AFFILIATE PROGRAM |
| (9) ACLU FOUNDATION OF WISCONSIN 207 E. BUFFALO ST, #325 MILWAUKEE, WI 53202 | 39-6057574 | 501(C)(3) | 460,800. | | | | AFFILIATE PROGRAM |
| (10) ACLU OF ALABAMA P.O. BOX 6179 MONTGOMERY, AL 36106 | 23-7093412 | 501(C)(4) | 262,500. | | | | CHARITABLE ACTIVITIES |
| (11) ACLU OF ILLINOIS 150 N. MICHIGAN AVE, #600 CHICAGO, IL 60601 | 27-1629328 | 501(C)(4) | 150,000. | | | | CHARITABLE ACTIVITIES |
| (12) ACLU OF KENTUCKY 315 GUTHRIE STREET LOUISVILLE, KY 40202 | 61-0597514 | 501(C)(4) | 992,000. | | | | CHARITABLE ACTIVITIES |

2  Enter total number of section 501(c)(3) and government organizations listed in the line 1 table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶
3  Enter total number of other organizations listed in the line 1 table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶

For Paperwork Reduction Act Notice, see the Instructions for Form 990.

JSA
3E1288 1.000

Schedule I (Form 990) 2023

48

# SCHEDULE I (Form 990)

**Grants and Other Assistance to Organizations, Governments, and Individuals in the United States**

Complete if the organization answered "Yes" on Form 990, Part IV, line 21 or 22.

Attach to Form 990.

Go to *www.irs.gov/Form990* for the latest information.

OMB No. 1545-0047

**2023**

Open to Public Inspection

Department of the Treasury
Internal Revenue Service

Name of the organization AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.

Employer identification number 13-6213516

## Part I  General Information on Grants and Assistance

1 Does the organization maintain records to substantiate the amount of the grants or assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance? ............................... ☐ Yes ☐ No

2 Describe in Part IV the organization's procedures for monitoring the use of grant funds in the United States.

## Part II  Grants and Other Assistance to Domestic Organizations and Domestic Governments. Complete if the organization answered "Yes" on Form 990, Part IV, line 21, for any recipient that received more than $5,000. Part II can be duplicated if additional space is needed.

| 1 (a) Name and address of organization or government | (b) EIN | (c) IRC section (if applicable) | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of noncash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| (1) ACLU OF NORTH CAROLINA P.O. BOX 28004 RALEIGH, NC 27611 | 56-0863265 | 501(C)(4) | 1,097,000. | | | | CHARITABLE ACTIVITIES |
| (2) ACLU OF OHIO 4506 CHESTER AVENUE CLEVELAND, OH 44103 | 34-0700606 | 501(C)(4) | 17,500. | | | | CHARITABLE ACTIVITIES |
| (3) ACLU OF SOUTH CAROLINA P.O. BOX 1668 COLUMBIA, SC 29202 | 27-1942885 | 501(C)(4) | 790,000. | | | | CHARITABLE ACTIVITIES |
| (4) ACLU OF TENNESSEE P.O. BOX 120160 NASHVILLE, TN 37212 | 62-0790133 | 501(C)(4) | 400,000. | | | | CHARITABLE ACTIVITIES |
| (5) ACLU OF THE DISTRICT OF COLUMBIA 915 15TH ST. NW, WASHINGTON, DC 20005 | 45-2857664 | 501(C)(4) | 90,000. | | | | CHARITABLE ACTIVITIES |
| (6) ACLU OF UTAH 355 N. 300 W., #1 SALT LAKE CITY, UT 84103 | 27-1307106 | 501(C)(4) | 5,567. | | | | CHARITABLE ACTIVITIES |
| (7) DRAG STORY HOUR 584 CASTRO ST #2097 SAN FRANCISCO, CA 94114 | 86-2721367 | 501(C)(3) | 50,000. | | | | AFFILIATE PROGRAM |
| (8) FRED T. KOREMATSU INSTITUTE P.O. BOX 29527 SAN FRANCISCO, CA 94129 | 81-3400947 | 501(C)(3) | 15,000. | | | | AFFILIATE PROGRAM |
| (9) HUMAN RIGHTS CAMPAIGN FOUNDATION 1640 RHODE ISLAND AVE, WASHINGTON, DC 20036 | 52-1481896 | 501(C)(3) | 25,000. | | | | AFFILIATE PROGRAM |
| (10) HUMAN RIGHTS FIRST 75 BROAD ST., 31ST FL NEW YORK, NY 10004 | 13-3116646 | 501(C)(3) | 14,476. | | | | AFFILIATE PROGRAM |
| (11) JUSTICE IN MOTION, INC. P.O. BOX 160128 BROOKLYN, NY 11216 | 72-1597864 | 501(C)(3) | 50,000. | | | | AFFILIATE PROGRAM |
| (12) NEW YORK CIVIL LIBERTIES UNION FOUNDATION 125 BROAD ST., 19TH FL NEW YORK, NY 10004 | 13-6167267 | 501(C)(3) | 250,000. | | | | AFFILIATE PROGRAM |

2 Enter total number of section 501(c)(3) and government organizations listed in the line 1 table .................. ▶

3 Enter total number of other organizations listed in the line 1 table .................. ▶

For Paperwork Reduction Act Notice, see the Instructions for Form 990.

Schedule I (Form 990) 2023

JSA
3E1288 1.000

49

**SCHEDULE I**
**(Form 990)**

OMB No. 1545-0047

**2023**

# Grants and Other Assistance to Organizations, Governments, and Individuals in the United States

Complete if the organization answered "Yes" on Form 990, Part IV, line 21 or 22.

**Attach to Form 990.**

Go to *www.irs.gov/Form990* for the latest information.

**Open to Public Inspection**

Department of the Treasury
Internal Revenue Service

Name of the organization AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.

**Employer identification number**
13-6213516

## Part I   General Information on Grants and Assistance

1  Does the organization maintain records to substantiate the amount of the grants or assistance, the grantees' eligibility for the grants or assistance, and the selection criteria used to award the grants or assistance? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes  ☐ No

2  Describe in Part IV the organization's procedures for monitoring the use of grant funds in the United States.

## Part II   Grants and Other Assistance to Domestic Organizations and Domestic Governments. Complete if the organization answered "Yes" on Form 990, Part IV, line 21, for any recipient that received more than $5,000. Part II can be duplicated if additional space is needed.

| 1 (a) Name and address of organization or government | (b) EIN | (c) IRC section (if applicable) | (d) Amount of cash grant | (e) Amount of noncash assistance | (f) Method of valuation (book, FMV, appraisal, other) | (g) Description of noncash assistance | (h) Purpose of grant or assistance |
|---|---|---|---|---|---|---|---|
| **(1)** OHIOANS UNITED FOR REPRODUCTIVE RIGHTS<br>545 EAST TOWN ST., COLUMBUS, OH 43215 | 92-2433361 | 501(C)(4) | 280,000. | | | | CHARITABLE ACTIVITIES |
| **(2)** ROGER BALDWIN FOUNDATION OF ACLU<br>150 NORTH MICHIGAN AVE., CHICAGO, IL 60601 | 36-2682569 | 501(C)(3) | 25,000. | | | | AFFILIATE PROGRAM |
| **(3)** | | | | | | | |
| **(4)** | | | | | | | |
| **(5)** | | | | | | | |
| **(6)** | | | | | | | |
| **(7)** | | | | | | | |
| **(8)** | | | | | | | |
| **(9)** | | | | | | | |
| **(10)** | | | | | | | |
| **(11)** | | | | | | | |
| **(12)** | | | | | | | |

2  Enter total number of section 501(c)(3) and government organizations listed in the line 1 table . . . . . . . . . . . . . . . . . . . . . . . . . .

3  Enter total number of other organizations listed in the line 1 table . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**

Schedule I (Form 990) 2023

JSA
3E1288 1.000

50

Page **2**

## Part III Grants and Other Assistance to Domestic Individuals. Complete if the organization answered "Yes" on Form 990, Part IV, line 22.
Part III can be duplicated if additional space is needed.

| (a) Type of grant or assistance | (b) Number of recipients | (c) Amount of cash grant | (d) Amount of non-cash assistance | (e) Method of valuation (book, FMV, appraisal, other) | (f) Description of non-cash assistance |
|---|---|---|---|---|---|
| **1** | | | | | |
| **2** | | | | | |
| **3** | | | | | |
| **4** | | | | | |
| **5** | | | | | |
| **6** | | | | | |
| **7** | | | | | |

## Part IV Supplemental Information. Provide the information required in Part I, line 2, Part III, column (b); and any other additional information.

SCHEDULE I, PART I, LINE 2:

THE ACLU FOUNDATION HAS ESTABLISHED PROCEDURES FOR THE RELEASE OF GRANTS,

AS WELL AS FOR MONITORING OF OUTCOMES, TO DETERMINE WHETHER THE GOALS OF

A PARTICULAR GRANT AWARD HAVE BEEN MET. WHILE THE PRIMARY GRANTMAKING THE

ORGANIZATION DOES IS TO ITS AFFILIATES, THE ORGANIZATION ALSO MAKES

GRANTS TO OTHER ORGANIZATIONS WHEN IT DETERMINES THAT DOING SO WILL BE IN

THE FURTHERANCE OF ITS MISSION. GRANT AWARDS ARE CONFIRMED IN WRITING AND

SUPPORTED BY A WRITTEN AGREEMENT THAT SPECIFIES THE PURPOSE OF THE GRANT,

THE SPECIFIC OUTCOMES TO BE ACHIEVED, AND, IF APPLICABLE, THE INDICATORS

51

Schedule I (Form 990) (2023)

Page **2**

**Part III** **Grants and Other Assistance to Domestic Individuals.** Complete if the organization answered "Yes" on Form 990, Part IV, line 22.
Part III can be duplicated if additional space is needed.

| | (a) Type of grant or assistance | (b) Number of recipients | (c) Amount of cash grant | (d) Amount of non-cash assistance | (e) Method of valuation (book, FMV, appraisal, other) | (f) Description of non-cash assistance |
|---|---|---|---|---|---|---|
| **1** | | | | | | |
| **2** | | | | | | |
| **3** | | | | | | |
| **4** | | | | | | |
| **5** | | | | | | |
| **6** | | | | | | |
| **7** | | | | | | |

**Part IV** **Supplemental Information.** Provide the information required in Part I, line 2, Part III, column (b); and any other additional information.

THAT THE PARTIES AGREE WILL BE USED TO MEASURE PROGRESS TOWARDS AGREED

UPON GOALS. WRITTEN AGREEMENTS DETAIL THE SPECIFIC ACTIVITIES FOR WHICH

FUNDING IS TO BE PROVIDED AND DOCUMENT THE COMMITMENT TO USING THE FUNDS

PROVIDED TO PURSUE SPECIFIC STRATEGIES IN ADDRESSING PROGRAM GOALS AND

TARGET OUTCOMES. AFFILIATES AND OTHER ORGANIZATIONS WHO RECEIVE GRANT

AWARDS MAY BE REQUIRED TO PROVIDE QUANTITATIVE AND QUALITATIVE REPORTS,

AND THESE REPORTS MAY BE USED TO DETERMINE WHETHER ADDITIONAL FUNDING MAY

BE REQUIRED AND/OR TO ENHANCE FUTURE GRANT PROGRAMS.

Schedule I (Form 990) (2023)

JSA
3E1504 1.000

| SCHEDULE J | **Compensation Information** | OMB No. 1545-0047 |
|---|---|---|
| (Form 990) | For certain Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees | **2023** |
| | **Complete if the organization answered "Yes" on Form 990, Part IV, line 23.** | **Open to Public Inspection** |
| Department of the Treasury Internal Revenue Service | **Attach to Form 990.** **Go to *www.irs.gov/Form990* for instructions and the latest information.** | |

| Name of the organization | Employer identification number |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC. | 13-6213516 |

## Part I  Questions Regarding Compensation

| | | Yes | No |
|---|---|---|---|
| **1a** Check the appropriate box(es) if the organization provided any of the following to or for a person listed on Form 990, Part VII, Section A, line 1a. Complete Part III to provide any relevant information regarding these items. | | | |

   ☐ First-class or charter travel        ☐ Housing allowance or residence for personal use
   ☐ Travel for companions               ☐ Payments for business use of personal residence
   ☐ Tax indemnification and gross-up payments   ☐ Health or social club dues or initiation fees
   ☐ Discretionary spending account        ☐ Personal services (such as maid, chauffeur, chef)

| | | Yes | No |
|---|---|---|---|
| **b** If any of the boxes on line 1a are checked, did the organization follow a written policy regarding payment or reimbursement or provision of all of the expenses described above? If "No," complete Part III to explain | **1b** | | |
| **2** Did the organization require substantiation prior to reimbursing or allowing expenses incurred by all directors, trustees, and officers, including the CEO/Executive Director, regarding the items checked on line 1a? | **2** | | |
| **3** Indicate which, if any, of the following the organization used to establish the compensation of the organization's CEO/Executive Director. Check all that apply. Do not check any boxes for methods used by a related organization to establish compensation of the CEO/Executive Director, but explain in Part III. | | | |

   ☐ Compensation committee           ☐ Written employment contract
   ☐ Independent compensation consultant    ☐ Compensation survey or study
   ☐ Form 990 of other organizations       ☐ Approval by the board or compensation committee

| | | Yes | No |
|---|---|---|---|
| **4** During the year, did any person listed on Form 990, Part VII, Section A, line 1a, with respect to the filing organization or a related organization: | | | |
| **a** Receive a severance payment or change-of-control payment? | **4a** | X | |
| **b** Participate in or receive payment from a supplemental nonqualified retirement plan? | **4b** | X | |
| **c** Participate in or receive payment from an equity-based compensation arrangement? | **4c** | | X |
| If "Yes" to any of lines 4a-c, list the persons and provide the applicable amounts for each item in Part III. | | | |
| | | | |
| **Only section 501(c)(3), 501(c)(4), and 501(c)(29) organizations must complete lines 5-9.** | | | |
| **5** For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the revenues of: | | | |
| **a** The organization? | **5a** | | X |
| **b** Any related organization? | **5b** | | X |
| If "Yes" on line 5a or 5b, describe in Part III. | | | |
| **6** For persons listed on Form 990, Part VII, Section A, line 1a, did the organization pay or accrue any compensation contingent on the net earnings of: | | | |
| **a** The organization? | **6a** | | X |
| **b** Any related organization? | **6b** | | X |
| If "Yes" on line 6a or 6b, describe in Part III. | | | |
| **7** For persons listed on Form 990, Part VII, Section A, line 1a, did the organization provide any nonfixed payments not described on lines 5 and 6? If "Yes," describe in Part III | **7** | X | |
| **8** Were any amounts reported on Form 990, Part VII, paid or accrued pursuant to a contract that was subject to the initial contract exception described in Regulations section 53.4958-4(a)(3)? If "Yes," describe in Part III | **8** | | X |
| **9** If "Yes" on line 8, did the organization also follow the rebuttable presumption procedure described in Regulations section 53.4958-6(c)? | **9** | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**          **Schedule J (Form 990) 2023**

Schedule J (Form 990) 2023 — Page **2**

**Part II** Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees. Use duplicate copies if additional space is needed.

For each individual whose compensation must be reported on Schedule J, report compensation from the organization on row (i) and from related organizations, described in the instructions, on row (ii). Do not list any individuals that aren't listed on Form 990, Part VII.

Note: The sum of columns (B)(i)–(iii) for each listed individual must equal the total amount of Form 990, Part VII, Section A, line 1a, applicable column (D) and (E) amounts for that individual.

| (A) Name and Title | | (B)(i) Base compensation | (B)(ii) Bonus & incentive compensation | (B)(iii) Other reportable compensation | (C) Retirement and other deferred compensation | (D) Nontaxable benefits | (E) Total of columns (B)(i)–(D) | (F) Compensation in column (B) reported as deferred on prior Form 990 |
|---|---|---|---|---|---|---|---|---|
| **1** ANTHONY D. ROMERO<br>EXECUTIVE DIRECTOR/CEO | (i) | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| | (ii) | 710,802. | 4,000. | 605,500. | 48,538. | 9,725. | 1,378,565. | 237,180. |
| **2** TERENCE R. DOUGHERTY<br>DEP EXEC DIR. OPS/GEN. COUNSEL | (i) | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| | (ii) | 534,311. | 4,500. | 14,371. | 38,464. | 28,290. | 619,936. | NONE |
| **3** CHARIZMA T. WILLIAMS<br>COO | (i) | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| | (ii) | 458,105. | 2,000. | 7,875. | 18,918. | 14,653. | 501,551. | NONE |
| **4** AJ HIKES<br>DEP. EXEC DIR STRATEGY&CULTURE | (i) | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| | (ii) | 534,945. | 4,500. | 4,087. | 16,231. | 14,653. | 574,416. | NONE |
| **5** LARISA MUELLER<br>CFO | (i) | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| | (ii) | 320,421. | 3,000. | NONE | 16,593. | 2,127. | 342,141. | NONE |
| **6** DAVID D. COLE<br>NATIONAL LEGAL DIRECTOR | (i) | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| | (ii) | 479,265. | 3,000. | 9,824. | 21,661. | 3,653. | 517,403. | NONE |
| **7** KARY L. MOSS<br>DIR AFF SUPPORT & NATION. INIT | (i) | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| | (ii) | 475,160. | 4,000. | 11,941. | 101,468. | 22,633. | 615,202. | NONE |
| **8** MARK V. WIER<br>CHIEF DEVELOPMENT OFFICER | (i) | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| | (ii) | 489,453. | 3,000. | 11,658. | 22,625. | 27,499. | 554,235. | NONE |
| **9** DEIRDRE SCHIFELING<br>NATIONAL POLITICAL DIRECTOR | (i) | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| | (ii) | 426,114. | 4,000. | 1,931. | 20,911. | 12,881. | 463,906. | NONE |
| **10** LOUISE MELLING<br>DEPUTY LEGAL DIRECTOR | (i) | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| | (ii) | 349,680. | 2,500. | 1,931. | 65,205. | 13,913. | 433,229. | NONE |
| **11** CECILLIA D. WANG<br>DEPUTY LEGAL DIRECTOR | (i) | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| | (ii) | 346,129. | 4,000. | 1,931. | 38,667. | 13,913. | 404,640. | NONE |
| **12** ELIZABETH FITZGERALD<br>DIRECTOR OF DEVELOPMENT | (i) | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| | (ii) | 338,483. | 3,000. | 1,931. | 38,667. | 41,946. | 424,027. | NONE |
| **13** N.J. AKBAR<br>CHEF. EQ.,DIVERSTY & INCL. OFF. | (i) | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| | (ii) | 232,964. | 2,000. | 166,445. | 11,519. | 12,624. | 425,552. | NONE |
| **14** SOPHIA K. GOLDMACHER<br>CHIEF PEOPLE OFFICER | (i) | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| | (ii) | 344,573. | 4,000. | NONE | 17,577. | 42,004. | 408,154. | NONE |
| **15** KRISTON ALFORD MCINTOSH<br>CHIEF COMMUNICATIONS OFFICER | (i) | NONE | NONE | NONE | NONE | NONE | NONE | NONE |
| | (ii) | 331,393. | 3,500. | NONE | 17,387. | 2,451. | 354,731. | NONE |
| **16** | (i) | | | | | | | |
| | (ii) | | | | | | | |

Schedule J (Form 990) 2023

JSA
3E1291 1.000

54

**Part III**  **Supplemental Information**

Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II. Also complete this part
for any additional information.

SCHEDULE J, PART I, LINE 3:

AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC. DOES NOT PAY COMPENSATION

TO THE ORGANIZATION'S EXECUTIVE DIRECTOR/CEO. ALTHOUGH IT DOES PAY THE

COMPENSATION OF SOME KEY EMPLOYEES. AMERICAN CIVIL LIBERTIES UNION, INC.

(ACLU), AN AFFILIATE OF THE REPORTING ORGANIZATION, PAID COMPENSATION TO

THE EXECUTIVE DIRECTOR/CEO, SOME KEY EMPLOYEES, AND CERTAIN OFFICERS OF

THE REPORTING ORGANIZATION. ACLU AND AMERICAN CIVIL LIBERTIES UNION

FOUNDATION HAVE ESTABLISHED THE FOLLOWING PROCEDURES TO DETERMINE THE

COMPENSATION OF THESE INDIVIDUALS:

THE BOARD OF THE ORGANIZATION AND THE EXECUTIVE COMMITTEE OF THE ACLU

BOARD ESTABLISH THE EXECUTIVE DIRECTOR/CEO'S COMPENSATION, AND EACH

ORGANIZATION'S AUDIT COMMITTEE APPROVES THE COMPENSATION OF ITS OTHER KEY

EMPLOYEES OR OFFICERS, AS RECOMMENDED BY THE EXECUTIVE DIRECTOR/CEO. NO

MEMBER OF THE BOARD OF THE ORGANIZATION, THE EXECUTIVE COMMITTEE OF THE

ACLU OR EITHER ORGANIZATION'S AUDIT COMMITTEE (EACH A "LAY LEADER BODY")

HAS A CONFLICT OF INTEREST WITH RESPECT TO THE COMPENSATION ARRANGEMENT.

EACH LAY LEADER BODY REVIEWS COMPENSATION STUDIES AND COMPARABLE

**Part III** **Supplemental Information**

Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II. Also complete this part for any additional information.

COMPENSATION DATA FOR FUNCTIONALLY COMPARABLE POSITIONS AT SIMILARLY

SITUATED ORGANIZATIONS. EACH LAY LEADER BODY CONTEMPORANEOUSLY DOCUMENTS

AND RECORDS, IN ITS MINUTES, ITS DELIBERATIONS AND DECISIONS. NO ACLU

OFFICER RECEIVES COMPENSATION IN THEIR CAPACITY AS A DIRECTOR.

SCHEDULE J, PART I, LINES 4A AND 4B:

ONE INDIVIDUAL RECEIVED SEVERANCE PAYMENTS DURING THE CALENDAR YEAR ENDED

DECEMBER 31, 2023 FROM AMERICAN CIVIL LIBERTIES UNION, INC., A RELATED

501(C)(4) ORGANIZATION. THE AMOUNTS ARE REPORTED IN FORM 990 PART VII AND

IN PART II OF THIS SCHEDULE J. FOR PURPOSES OF CONFIDENTIALITY, THE NAME

OF THE INDIVIDUAL AND AMOUNT IS NOT DISCLOSED. THE DETAILED INFORMATION

IS AVAILABLE TO THE IRS UPON REQUEST.

THE EXECUTIVE DIRECTOR/CEO PARTICIPATES IN A NONQUALIFIED SUPPLEMENTAL

RETIREMENT PLAN. ACCORDING TO THE TERMS OF THIS RETIREMENT BENEFIT,

AMOUNTS ACCRUED ON A CALENDAR YEAR BASIS FOR THREE YEARS AND AT THE END

OF CALENDAR YEAR 2023, THE FULL AMOUNT WAS PAID BY AMERICAN CIVIL

JSA

3E1505 1.000

## Part III  Supplemental Information

Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II. Also complete this part for any additional information.

LIBERTIES UNION, INC, A RELATED 501C(4) ORGANIZATION. ALL OF THIS AMOUNT

IS INCLUDED IN COMPENSATION FROM A RELATED ORGANIZATION REPORTED IN FORM

990, PART VII, AND SCHEDULE J, PART II, COLUMN B(III). IN THE FORM 990

SCHEDULE J FOR 2021 AND THE FORM 990 SCHEDULE J FOR 2022, THE AMOUNTS

THAT ACCRUED ALSO WERE REPORTED AS DEFERRED COMPENSATION FROM A RELATED

ORGANIZATION IN SCHEDULE J.

SCHEDULE J, PART I, LINE 7:

BONUS ELIGIBILITY IS DISCRETIONARY.

SCHEDULE J, PART II:

PART II: COLUMN B(I) INCLUDES BASE COMPENSATION, COLUMN B(II) INCLUDES

BONUS PAYMENTS AND COLUMN B(III) INCLUDES ALL OTHER REPORTABLE

COMPENSATION. COLUMN C INCLUDES EMPLOYER CONTRIBUTIONS TO THE DEFINED

BENEFIT PENSION PLAN OR, FOR EMPLOYEES HIRED ON OR AFTER APRIL 1, 2009,

TO THE DEFINED CONTRIBUTION PLAN, IF ANY, TO THE 457(B) PLAN; THE TOTALS

JSA
3E1505 1.000

Schedule J (Form 990) 2023

**Part III** Supplemental Information

Provide the information, explanation, or descriptions required for Part I, lines 1a, 1b, 3, 4a, 4b, 4c, 5a, 5b, 6a, 6b, 7, and 8, and for Part II. Also complete this part for any additional information.

SHOWN REFLECT AMOUNTS EARNED DURING THE YEAR, WHETHER OR NOT THE EMPLOYEE

IS FULLY VESTED. COLUMN D INCLUDES NON-TAXABLE BENEFITS, SUCH AS HEALTH

AND OTHER INSURANCE.

58

**SCHEDULE M**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Noncash Contributions

Complete if the organizations answered "Yes" on Form 990, Part IV, lines 29 or 30.
**Attach to Form 990.**
Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

**2023**

**Open to Public Inspection**

Name of the organization
AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.

Employer identification number
13-6213516

## Part I    Types of Property

| | | (a) Check if applicable | (b) Number of contributions or items contributed | (c) Noncash contribution amounts reported on Form 990, Part VIII, line 1g | (d) Method of determining noncash contribution amounts |
|---|---|---|---|---|---|
| 1 | Art - Works of art . . . . . . . . . | | | | |
| 2 | Art - Historical treasures . . . . . | | | | |
| 3 | Art - Fractional interests . . . . . . | | | | |
| 4 | Books and publications . . . . . . | | | | |
| 5 | Clothing and household goods . . . . . . . . . . . . . . . | | | | |
| 6 | Cars and other vehicles. . . . . . | | | | |
| 7 | Boats and planes . . . . . . . . . | | | | |
| 8 | Intellectual property . . . . . . . . | | | | |
| 9 | Securities - Publicly traded . . . . | X | 392 | 5,365,367. | SALES PRICE |
| 10 | Securities - Closely held stock . . . | | | | |
| 11 | Securities - Partnership, LLC, or trust interests . . . . . . . . . | | | | |
| 12 | Securities - Miscellaneous . . . . . | | | | |
| 13 | Qualified conservation contribution - Historic structures . . . . . . . . . . . . . | | | | |
| 14 | Qualified conservation contribution - Other. . . . . . . . | | | | |
| 15 | Real estate - Residential . . . . . | X | 1 | 4,400,000. | FMV |
| 16 | Real estate - Commercial . . . . . | | | | |
| 17 | Real estate - Other . . . . . . . . | | | | |
| 18 | Collectibles . . . . . . . . . . . . | | | | |
| 19 | Food inventory . . . . . . . . . . . | | | | |
| 20 | Drugs and medical supplies . . . . | | | | |
| 21 | Taxidermy . . . . . . . . . . . . . | | | | |
| 22 | Historical artifacts . . . . . . . . . | | | | |
| 23 | Scientific specimens . . . . . . . . | | | | |
| 24 | Archeological artifacts . . . . . . | | | | |
| 25 | Other ( _____ ) | | | | |
| 26 | Other ( _____ ) | | | | |
| 27 | Other ( _____ ) | | | | |
| 28 | Other ( _____ ) | | | | |

| | | | |
|---|---|---|---|
| 29 | Number of Forms 8283 received by the organization during the tax year for contributions for which the organization completed Form 8283, Part V, Donee Acknowledgement . . . . . . . . . . | **29** | NONE |

| | | | Yes | No |
|---|---|---|---|---|
| 30a | During the year, did the organization receive by contribution any property reported in Part I, lines 1 through 28, that it must hold for at least 3 years from the date of the initial contribution, and which isn't required to be used for exempt purposes for the entire holding period? . . . . . . . . . . . . . . . . . . . . . . . . . | **30a** | | X |
| b | If "Yes," describe the arrangement in Part II. | | | |
| 31 | Does the organization have a gift acceptance policy that requires the review of any nonstandard contributions? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **31** | X | |
| 32a | Does the organization hire or use third parties or related organizations to solicit, process, or sell noncash contributions? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | **32a** | X | |
| b | If "Yes," describe in Part II. | | | |
| 33 | If the organization didn't report an amount in column (c) for a type of property for which column (a) is checked, describe in Part II. | | | |

**For Paperwork Reduction Act Notice, see the Instructions for Form 990.**

**Schedule M (Form 990) 2023**

JSA
3E1298 1.000
1347VD 702V

Page **2**

**Part II**     **Supplemental Information.** Provide the information required by Part I, lines 30b, 32b, and 33, and whether
the organization is reporting in Part I, column (b), the number of contributions, the number of items received,
or a combination of both. Also complete this part for any additional information.

SCHEDULE M, PART I, COLUMN (B):

THE NUMBER OF CONTRIBUTIONS ABOVE REPRESENTS THE TOTAL NUMBER OF STOCK

GIFTS DURING THE YEAR.

SCHEDULE M, PART I, LINE 32B:

WE ENGAGE BROKERS, WITH EXPERTISE SELLING PROPERTY CONTRIBUTED TO THE

ORGANIZATION, TO FACILITATE SALES OF NONCASH PROPERTY ON OUR BEHALF.

| SCHEDULE O | Supplemental Information to Form 990 or 990-EZ | OMB No. 1545-0047 |
|---|---|---|
| **(Form 990 or 990-EZ)** | Complete to provide information for responses to specific questions on Form 990 or 990-EZ or to provide any additional information. ▶ **Attach to Form 990 or 990-EZ.** | **2023** |
| Department of the Treasury Internal Revenue Service | ▶ **Information about Schedule O (Form 990 or 990-EZ) and its instructions is at** *www.irs.gov/form990.* | **Open to Public Inspection** |

| Name of the organization | Employer identification number |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, | 13-6213516 |

**FORM 990, PART III, LINE 4B:**

LOCAL/REGIONAL AND NATIONAL SIGNIFICANCE. ASNI OFFERS TRAINING AND

TECHNICAL ASSISTANCE TO AFFILIATES ACROSS THE COUNTRY ON A VARIETY OF

TOPICS OF RELEVANCE.


**FORM 990, PART III, LINE 4C:**

FAIR TREATMENT WHEN THE LOSS OF LIBERTY OR PROPERTY IS AT STAKE; AND THE

RIGHT TO PRIVACY AND FREEDOM FROM UNWARRANTED GOVERNMENT INTRUSION INTO

PERSONAL AND PRIVATE AFFAIRS.


**FORM 990, PART III, LINE 4D:**

OTHER PROGRAM SERVICES:

LEGISLATIVE ADVOCACY - THE ACLU SEEKS TO IMPACT CIVIL LIBERTIES THROUGH

WORK ON LEGISLATION AT THE FEDERAL AND STATE LEVEL, AS APPROPRIATE. THE

ORGANIZATION'S LEGISLATIVE ADVOCATES ARE A CONSTANT PRESENCE ON FEDERAL

AND STATE CIVIL LIBERTIES LEGISLATIVE ISSUES. UPDATES ON KEY LEGISLATIVE

ISSUES IMPACTING CIVIL LIBERTIES ARE INCLUDED IN MAIL, EMAIL, AND OTHER

COMMUNICATIONS TO ACLU MEMBERS NATIONWIDE, AS WELL AS IN PUBLIC EDUCATION

CAMPAIGNS. IN ADDITION, THE ACLU DEVELOPS POLICY RELATING TO POSITIONS ON

CIVIL LIBERTIES ISSUES.

EXPENSES $5,186,580.   INCLUDING GRANTS OF $125,454.   REVENUE $0.

CIVIL LIBERTIES POLICY FORMULATION - THE BOARD OF DIRECTORS OF THE ACLU

WORKS THROUGH ITS STANDING AND SPECIAL COMMITTEES TO ANALYZE CIVIL

LIBERTIES ISSUES AND, WHERE APPROPRIATE, TO DEVELOP POLICIES THAT WILL

SERVE AS THE FRAME OF REFERENCE FOR LEGISLATIVE, EDUCATIONAL AND

JSA
3E1227 1.000
1347VD 702V

| SCHEDULE O | Supplemental Information to Form 990 or 990-EZ | OMB No. 1545-0047 |
|---|---|---|
| **(Form 990 or 990-EZ)** | Complete to provide information for responses to specific questions on Form 990 or 990-EZ or to provide any additional information.<br>▶ **Attach to Form 990 or 990-EZ.** | **2023** |
| Department of the Treasury<br>Internal Revenue Service | ▶ **Information about Schedule O (Form 990 or 990-EZ) and its instructions is at** *www.irs.gov/form990.* | **Open to Public Inspection** |

| Name of the organization | Employer identification number |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, | 13-6213516 |

CASE-SPECIFIC WORK AT THE NATIONAL LEVEL, AND THE ORGANIZATION IMPLEMENTS

AND ASSISTS IN THE DEVELOPMENT OF POLICY GOALS THROUGH ITS AFFILIATES.

EXPENSES $1,796,269.   INCLUDING GRANTS OF $0.   REVENUE $0.


**FORM 990, PART VI, SECTION A, LINE 7A:**

ACLU FOUNDATION'S MEMBERS ELECT THE BOARD DIRECTORS OF ACLU FOUNDATION.


**FORM 990, PART VI, SECTION A, LINE 7B:**

ACLU HAS THE AUTHORITY TO AMEND ITS BYLAWS, AND UNDER NEW YORK LAW, ACLU

HAS THE RIGHT TO APPROVE A DECISION BY THE BOARD TO DISSOLVE,

MERGE/CONSOLIDATE WITH ANOTHER ORGANIZATION OR DISPOSE OF ALL OR

SUBSTANTIALLY ALL OF THE ORGANIZATION'S ASSETS.


**FORM 990, PART VI, SECTION B, LINE 11B:**

THE FORM 990 WAS PREPARED BY MANAGEMENT IN CONSULTATION WITH THE

ORGANIZATION'S OUTSIDE ACCOUNTANTS. THE ORGANIZATION'S AUDIT COMMITTEE

REVIEWED A DRAFT OF THE 990 AND PROVIDED COMMENTS. A COMPLETE COPY OF THE

FORM 990 WAS PROVIDED TO THE ORGANIZATION'S GOVERNING BODY BEFORE IT WAS

FILED.


**FORM 990, PART VI, SECTION B, LINE 12C:**

THE ORGANIZATION DISTRIBUTES ITS CONFLICT OF INTEREST POLICY ON AN ANNUAL

BASIS TO EVERY KEY EMPLOYEE, OFFICER, BOARD DIRECTOR AND STANDING

COMMITTEE MEMBER AND REQUESTS DISCLOSURE OF ANY POTENTIAL CONFLICTS OF

INTEREST. THE CHIEF OPERATING OFFICER OF THE ORGANIZATION REVIEWS ANY

**For Privacy Act and Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**   **Schedule O (Form 990 or 990-EZ) (2023)**

JSA
3E1227 1.000
1347VD 702V

62

| SCHEDULE O | **Supplemental Information to Form 990 or 990-EZ** | OMB No. 1545-0047 |
|---|---|---|
| **(Form 990 or 990-EZ)** | Complete to provide information for responses to specific questions on Form 990 or 990-EZ or to provide any additional information. ▶ Attach to Form 990 or 990-EZ. | **20****23** |
| Department of the Treasury Internal Revenue Service | ▶ Information about Schedule O (Form 990 or 990-EZ) and its instructions is at *www.irs.gov/form990*. | **Open to Public Inspection** |

| Name of the organization | Employer identification number |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, | 13-6213516 |

DISCLOSURES MADE DURING THIS ANNUAL REVIEW. IF A MATTER IS RAISED THAT

MAY BE A CONFLICT OF INTEREST INVOLVING A BOARD MEMBER, AN OFFICER OR A

STANDING COMMITTEE MEMBER, SHE REFERS THE MATTER TO THE BOARD PRESIDENT

AND APPROPRIATE FOLLOW UP IS UNDERTAKEN AS SET FORTH IN THE POLICY. IF A

MATTER IS RAISED THAT MAY BE A CONFLICT OF INTEREST INVOLVING A KEY

EMPLOYEE, SHE REFERS THE MATTER TO THE EXECUTIVE DIRECTOR OR HER DESIGNEE

AND APPROPRIATE FOLLOW UP IS UNDERTAKEN AS SET FORTH IN THE POLICY. BOARD

DIRECTORS, OFFICERS, STANDING COMMITTEE MEMBERS AND KEY EMPLOYEES ALSO

MAY REPORT TO THE BOARD ANY POTENTIAL CONFLICTS OF INTEREST THAT ARISE

DURING THE YEAR. THE ORGANIZATION'S CONFLICT OF INTEREST POLICY REQUIRES,

AMONG OTHER THINGS, THAT INDIVIDUALS WITH CONFLICTS OF INTEREST WITH

RESPECT TO A TRANSACTION OR ACTION MAY NOT PARTICIPATE IN THE

DECISION-MAKING WITH RESPECT TO THAT TRANSACTION OR ACTION AND IN SOME

CIRCUMSTANCES MAY NOT PARTICIPATE IN THE DISCUSSION.


FORM 990, PART VI, SECTION B, LINE 15:

AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC. DOES NOT PAY COMPENSATION

TO THE ORGANIZATION'S EXECUTIVE DIRECTOR/CEO. ALTHOUGH IT DOES PAY THE

COMPENSATION OF SOME KEY EMPLOYEES. AMERICAN CIVIL LIBERTIES UNION, INC.

(ACLU), AN AFFILIATE OF THE REPORTING ORGANIZATION, PAID COMPENSATION TO

THE EXECUTIVE DIRECTOR/CEO, SOME KEY EMPLOYEES, AND CERTAIN OFFICERS OF

THE REPORTING ORGANIZATION. ACLU AND AMERICAN CIVIL LIBERTIES UNION

FOUNDATION HAVE ESTABLISHED THE FOLLOWING PROCEDURES TO DETERMINE THE

COMPENSATION OF THESE INDIVIDUALS:

THE BOARD OF THE ORGANIZATION AND THE EXECUTIVE COMMITTEE OF THE ACLU

**For Privacy Act and Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**    Schedule O (Form 990 or 990-EZ) (2023)

JSA
3E1227 1.000
1347VD 702V    63

**SCHEDULE O**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

**Supplemental Information to Form 990 or 990-EZ**

Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
▶ Attach to Form 990 or 990-EZ.
▶ Information about Schedule O (Form 990 or 990-EZ) and its instructions is at *www.irs.gov/form990*.

OMB No. 1545-0047

**2023**

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, | 13-6213516 |

BOARD ESTABLISH THE EXECUTIVE DIRECTOR/CEO'S COMPENSATION, AND EACH

ORGANIZATION'S AUDIT COMMITTEE APPROVES THE COMPENSATION OF ITS OTHER KEY

EMPLOYEES OR OFFICERS, AS RECOMMENDED BY THE EXECUTIVE DIRECTOR/CEO. NO

MEMBER OF THE BOARD OF THE ORGANIZATION, THE EXECUTIVE COMMITTEE OF THE

ACLU OR EITHER ORGANIZATION'S AUDIT COMMITTEE (EACH A "LAY LEADER BODY")

HAS A CONFLICT OF INTEREST WITH RESPECT TO THE COMPENSATION ARRANGEMENT.

EACH LAY LEADER BODY REVIEWS COMPENSATION STUDIES AND COMPARABLE

COMPENSATION DATA FOR FUNCTIONALLY COMPARABLE POSITIONS AT SIMILARLY

SITUATED ORGANIZATIONS. EACH LAY LEADER BODY CONTEMPORANEOUSLY DOCUMENTS

AND RECORDS, IN ITS MINUTES, ITS DELIBERATIONS AND DECISIONS. NO ACLU

OFFICER RECEIVES COMPENSATION IN THEIR CAPACITY AS A DIRECTOR.


**FORM 990, PART VI, SECTION C, LINE 19:**

UPON REQUEST, THE ORGANIZATION WILL MAKE AVAILABLE ONLY THOSE DOCUMENTS

REQUIRED TO BE DISCLOSED UNDER THE PUBLIC INSPECTION LAWS.


**FORM 990, PART VII, SECTION A, LINE LA, COLUMN B:**

THE NUMBER OF HOURS REPORTED FOR THOSE INDIVIDUALS RECEIVING COMPENSATION

IS BASED ON WEEKLY HOURS FOR PAYROLL PURPOSES. THE ACTUAL NUMBER OF HOURS

WORKED IS CONSIDERABLY HIGHER.


**FORM 990, PART XI, LINE 9:**

OTHER CHANGES IN NET ASSETS INCLUDES THE FOLLOWING:

CHANGES IN VALUE OF SPLIT-INTEREST AGREEMENTS.........($2,267,843)

LOSS ON UNCOLLECTIBLE PLEDGES...........................($837,270)

**For Privacy Act and Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**                **Schedule O (Form 990 or 990-EZ) (2023)**

JSA
3E1227 1.000
1347VD  702V

64

**SCHEDULE O**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

**Supplemental Information to Form 990 or 990-EZ**

Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.
▶ **Attach to Form 990 or 990-EZ.**
▶ **Information about Schedule O (Form 990 or 990-EZ) and its instructions is at** *www.irs.gov/form990.*

OMB No. 1545-0047

**2023**

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, | 13-6213516 |

```
CHANGES IN BENEFIT OBLIGATION OTHER THAN

NET PERIODIC COST......................................($1,630,436)

NET PERIODIC COST OTHER THAN SERVICE COSTS.............$1,553,791

                                                     --------------

TOTAL TO FORM 990, PART XI, LINE 9:          ($3,181,758)
```

**For Privacy Act and Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**                                  **Schedule O (Form 990 or 990-EZ) (2023)**
JSA
3E1227 1.000

Page **2**

| Name of the organization | Employer identification number |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, | 13-6213516 |

FORM 990, PART III, LINE 1 - ORGANIZATION'S MISSION
=======================================================


AS NOTED IN ITS ARTICLES OF INCORPORATION, THE MISSION OF THE ACLU
FOUNDATION IS "TO ENCOURAGE, SPONSOR, AND FACILITATE THE CULTIVATION
AND DIFFUSION OF KNOWLEDGE AND UNDERSTANDING OF THE VARIOUS CIVIL
LIBERTIES AND CIVIL RIGHTS WHICH ARE PROTECTED BY THE CONSTITUTION
AND LAWS OF THE UNITED STATES OR OF THE VARIOUS STATES TO PERSONS
INVOLVED IN ACTIVITIES WHEREIN THEIR CIVIL RIGHTS AND LIBERTIES ARE
THREATENED OR INFRINGED." THE ACLU FOUNDATION TODAY REMAINS FOCUSED
ON THE OVERARCHING GOALS SET BY ITS FOUNDERS, SERVING AS THE NATION'S
GUARDIAN OF LIBERTY, WORKING DAILY IN COURTS, LEGISLATURES AND
COMMUNITIES TO DEFEND AND PRESERVE THE INDIVIDUAL RIGHTS AND
LIBERTIES THAT THE CONSTITUTION AND LAWS OF THE US GUARANTEE. THE
ACLU ALSO WORKS TO EXTEND RIGHTS TO SEGMENTS OF THE POPULATION THAT
HAVE TRADITIONALLY BEEN DENIED THEIR RIGHTS, INCLUDING PEOPLE OF
COLOR; WOMEN; LESBIANS, GAY MEN, BISEXUALS AND TRANSGENDER AND GENDER
NONBINARY PEOPLE; PRISONERS; AND PERSONS WITH DISABILITIES.

| Name of the organization | Employer identification number |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, | 13-6213516 |

```
FORM 990, PART VI, LINE 17 - STATES
====================================



AK,AR,CA,CO,CT,DE,
FL,GA,HI,ID,IL,IN,IA,KS,KY,LA,ME,MD,MA,MI,
MN,MS,MO,MT,NE,NV,NH,NJ,NM,NY,NC,ND,OH,OK,OR,PA,
RI,SC,TN,UT,WA,WV,WI,WY
```

Page **2**

| Name of the organization | Employer identification number |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION, | 13-6213516 |

FORM 990,PART VII-COMPENSATION OF THE 5 HIGHEST PAID IND. CONTRACTORS
================================================================

| NAME AND ADDRESS | DESCRIPTION OF SERVICES | COMPENSATION |
|---|---|---|
| MSP-COMMUNICATIONS<br>220 S. 6TH STREET, SUITE 500<br>MINNEAPOLIS, MN 55402 | PRINTING&PRODUCTION | 1,157,160. |
| PRODUCTION SOLUTIONS, INC.<br>1953 GALLOWS ROAD, SUITE 500<br>VIENNA, VA 22182 | PRINTING&PUBLISHING | 654,477. |
| NEW YORK INTERIOR CONCEPTS, INC.<br>315 MADISON AVENUE, SUITE 209<br>NEW YORK, NY 10017 | RENOVATION & REPAIRS | 465,107. |
| EARTH CLASS MAIL, INC.<br>122 E. HOUSTON<br>SAN ANTONIO, TX 78205 | MAIL PROCESSING | 335,413. |
| ON SERVICES, LLC<br>6779 CRESCENT DRIVE<br>NORCROSS, GA 30071 | AUDIO VISUAL PROD. | 319,327. |

OMB No. 1545-0047

# SCHEDULE R
## (Form 990)

Department of the Treasury
Internal Revenue Service

# Related Organizations and Unrelated Partnerships

**Complete if the organization answered "Yes" on Form 990, Part IV, line 33, 34, 35b, 36, or 37.**

Attach to Form 990.

Go to *www.irs.gov/Form990* for instructions and the latest information.

**2023**

**Open to Public Inspection**

Name of the organization: AMERICAN CIVIL LIBERTIES UNION FOUNDATION, INC.

Employer identification number: 13-6213516

---

**Part I**  **Identification of Disregarded Entities.** Complete if the organization answered "Yes" on Form 990, Part IV, line 33.

| (a) Name, address, and EIN (if applicable) of disregarded entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Total income | (e) End-of-year assets | (f) Direct controlling entity |
|---|---|---|---|---|---|
| **(1)** 915 15TH STREET, LLC          13- 6213516<br>915 15TH STREET NW          WASHINGTON, DC 20005 | REAL ESTATE | DC | 717,106. | 6,636,176. | ACLUF |
| **(2)** 104 GREENWICH AVE, LLC          93-4732270<br>125 BROAD STREET, 18TH FLOOR   NEW YORK, NY 10004 | REAL ESTATE | NY | 4,400,000. | 4,400,000. | ACLUF |
| **(3)** | | | | | |
| **(4)** | | | | | |
| **(5)** | | | | | |
| **(6)** | | | | | |

---

**Part II**  **Identification of Related Tax-Exempt Organizations.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related tax-exempt organizations during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Exempt Code section | (e) Public charity status (if section 501(c)(3)) | (f) Direct controlling entity | (g) Section 512(b)(13) controlled entity? Yes | No |
|---|---|---|---|---|---|---|---|
| **(1)** AMERICAN CIVIL LIBERTIES UNION, INC.   13-3871360<br>125 BROAD STREET, 18TH FLOOR   NEW YORK, NY 10004 | SEE PART VII | DC | 501(C)(4) | | N/A | | X |
| **(2)** RBSO, INC.          04-3730759<br>125 BROAD STREET, 18TH FLOOR   NEW YORK, NY 10004 | SUPPORT ORG | DE | 501(C)(3) | LINE 12B | N/A | | X |
| **(3)** ACLU VOTERS EDUCATION FUND   93-4643886<br>125 BROAD STREET, 18TH FLOOR   NEW YORK, NY 10004 | SEE PART VII | NY | 527 | | ACLU | | X |
| **(4)** | | | | | | | |
| **(5)** | | | | | | | |
| **(6)** | | | | | | | |
| **(7)** | | | | | | | |

---

For Paperwork Reduction Act Notice, see the Instructions for Form 990.

JSA
3E1307 1.000

Schedule R (Form 990) 2023

Page **2**

**Part III** **Identification of Related Organizations Taxable as a Partnership.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a partnership during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Predominant income (related, unrelated, excluded from tax under sections 512 - 514) | (f) Share of total income | (g) Share of end-of-year assets | (h) Disproportionate allocations? | | (i) Code V - UBI amount in box 20 of Schedule K-1 (Form 1065) | (j) General or managing partner? | | (k) Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Yes | No | | Yes | No | |
| (1) | | | | | | | | | | | | |
| (2) | | | | | | | | | | | | |
| (3) | | | | | | | | | | | | |
| (4) | | | | | | | | | | | | |
| (5) | | | | | | | | | | | | |
| (6) | | | | | | | | | | | | |
| (7) | | | | | | | | | | | | |

**Part IV** **Identification of Related Organizations Taxable as a Corporation or Trust.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, because it had one or more related organizations treated as a corporation or trust during the tax year.

| (a) Name, address, and EIN of related organization | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Direct controlling entity | (e) Type of entity (C corp, S corp, or trust) | (f) Share of total income | (g) Share of end-of-year assets | (h) Percentage ownership | (i) Section 512(b)(13) controlled entity? | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Yes | No |
| (1) CHARITABLE REMAINDER TRUST | CHARITABLE TR | AL | ACLUF | TRUST | | | | | X |
| (2) CHARITABLE REMAINDER TRUST | CHARITABLE TR | GA | ACLUF | TRUST | | | | | X |
| (3) CHARITABLE REMAINDER TRUST (2) | CHARITABLE TR | MA | ACLUF | TRUST | | | | | X |
| (4) CHARITABLE REMAINDER TRUST | CHARITABLE TR | NJ | ACLUF | TRUST | | | | | X |
| (5) CHARITABLE REMAINDER TRUST | CHARITABLE TR | NM | ACLUF | TRUST | | | | | X |
| (6) CHARITABLE REMAINDER TRUST (4) | CHARITABLE TR | NY | ACLUF | TRUST | | | | | X |
| (7) | | | | | | | | | |

70

Schedule R (Form 990) 2023

**Part V** **Transactions With Related Organizations.** Complete if the organization answered "Yes" on Form 990, Part IV, line 34, 35b, or 36.

**Note:** Complete line 1 if any entity is listed in Parts II, III, or IV of this schedule.

| | | Yes | No |
|---|---|---|---|
| **1** During the tax year, did the organization engage in any of the following transactions with one or more related organizations listed in Parts II-IV? | | | |
| **a** Receipt of (**i**) interest, (**ii**) annuities, (**iii**) royalties, or (**iv**) rent from a controlled entity. | 1a | | X |
| **b** Gift, grant, or capital contribution to related organization(s). | 1b | | X |
| **c** Gift, grant, or capital contribution from related organization(s). | 1c | | X |
| **d** Loans or loan guarantees to or for related organization(s). | 1d | | X |
| **e** Loans or loan guarantees by related organization(s) | 1e | | X |
| **f** Dividends from related organization(s) | 1f | | X |
| **g** Sale of assets to related organization(s). | 1g | | X |
| **h** Purchase of assets from related organization(s). | 1h | | X |
| **i** Exchange of assets with related organization(s). | 1i | | X |
| **j** Lease of facilities, equipment, or other assets to related organization(s). | 1j | | X |
| **k** Lease of facilities, equipment, or other assets from related organization(s) | 1k | | X |
| **l** Performance of services or membership or fundraising solicitations for related organization(s) | 1l | | X |
| **m** Performance of services or membership or fundraising solicitations by related organization(s). | 1m | | X |
| **n** Sharing of facilities, equipment, mailing lists, or other assets with related organization(s). | 1n | X | |
| **o** Sharing of paid employees with related organization(s) | 1o | X | |
| **p** Reimbursement paid to related organization(s) for expenses. | 1p | | X |
| **q** Reimbursement paid by related organization(s) for expenses | 1q | X | |
| **r** Other transfer of cash or property to related organization(s) | 1r | | X |
| **s** Other transfer of cash or property from related organization(s). | 1s | | X |
| **2** If the answer to any of the above is "Yes," see the instructions for information on who must complete this line, including covered relationships and transaction thresholds. | | | |

| **(a)** Name of related organization | **(b)** Transaction type (a – s) | **(c)** Amount involved | **(d)** Method of determining amount involved |
|---|---|---|---|
| **(1)** | | | |
| **(2)** | | | |
| **(3)** | | | |
| **(4)** | | | |
| **(5)** | | | |
| **(6)** | | | |

Schedule R (Form 990) 2023

**Page 4**

**Part VII**  **Unrelated Organizations Taxable as a Partnership.** Complete if the organization answered "Yes" on Form 990, Part IV, line 37.

Provide the following information for each entity taxed as a partnership through which the organization conducted more than five percent of its activities (measured by total assets or gross revenue) that was not a related organization. See instructions regarding exclusion for certain investment partnerships.

| (a) Name, address, and EIN of entity | (b) Primary activity | (c) Legal domicile (state or foreign country) | (d) Predominant income (related, unrelated, excluded from tax under sections 512–514) | (e) Are all partners section 501(c)(3) organizations? | | (f) Share of total income | (g) Share of end-of-year assets | (h) Disproportionate allocations? | | (i) Code V – UBI amount in box 20 of Schedule K-1 (Form 1065) | (j) General or managing partner? | | (k) Percentage ownership |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Yes | No | | | Yes | No | | Yes | No | |
| (1) | | | | | | | | | | | | | |
| (2) | | | | | | | | | | | | | |
| (3) | | | | | | | | | | | | | |
| (4) | | | | | | | | | | | | | |
| (5) | | | | | | | | | | | | | |
| (6) | | | | | | | | | | | | | |
| (7) | | | | | | | | | | | | | |
| (8) | | | | | | | | | | | | | |
| (9) | | | | | | | | | | | | | |
| (10) | | | | | | | | | | | | | |
| (11) | | | | | | | | | | | | | |
| (12) | | | | | | | | | | | | | |
| (13) | | | | | | | | | | | | | |
| (14) | | | | | | | | | | | | | |
| (15) | | | | | | | | | | | | | |
| (16) | | | | | | | | | | | | | |

JSA
3E1310 1.000

**Schedule R (Form 990) 2023**

72

**Part VII**  **Supplemental Information**
    Provide additional information for responses to questions on Schedule R. See instructions.

SCHEDULE R, PART II, LINE 1:



NAME OF RELATED TAX EXEMPT ORGANIZATION: AMERICAN CIVIL LIBERTIES UNION,

INC.

PRIMARY ACTIVITY: PRESERVATION AND PROMOTION OF CIVIL RIGHTS AND

LIBERTIES.




SCHEDULE R, PART II, LINE 3:



NAME OF RELATED TAX-EXEMPT ORGANIZATION: ACLU VOTER EDUCATION FUND

PRIMARY ACTIVITY: MAKING IRC 527 EXPENDITURES IN ORDER TO EDUCATE THE

PUBLIC ON CRITICAL CIVIL LIBERTIES POSITIONS OF FEDERAL, STATE AND LOCAL

CANDIDATES IN A MANNER THAT IS CONSISTENT WITH AMERICAN CIVIL LIBERTIES

UNION, INC.'S POLICIES


THE ACLU VOTER EDUCATION FUND AND THE AMERICAN CIVIL LIBERTIES

FOUNDATION, INC. ARE BOTH CONTROLLED BY THE AMERICAN CIVIL LIBERTIES

UNION, INC. THE ACLU VOTER EDUCATION FUND IS NOT CONTROLLED BY, NOR DOES

IT CONTROL, THE AMERICAN CIVIL LIBERTIES UNION FOUNDATION.