UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>    Defendants. | Civil Action No. 25-1217 (CRC) |

**DEFENDANTS' STATUS REPORT**

Pursuant to the Court's May 29, 2025, Minute Order, Defendants, by and through counsel, respectfully file this Joint Status Report.

On April 25, 2025, Defendant Department of Veterans Affairs ("the Department") provided a first interim response releasing 18 pages of responsive records. On June 3, 2025, the Department provided Plaintiff with a second interim response releasing an additional 35 pages. The Department continues to search and is unable to provide a page estimate at this time.

Defendant United States Social Security Administration (the "Administration") has initiated both electronically stored information and manual searches for potentially responsive records. Based on the results of the searches of the electronically stored information, the Administration estimates there are potentially in excess of 30,000 responsive items. The Administration is unable to ascertain a specific page count at this time, as the items could be one or more pages each. The manual searches are still pending as well. Consistent with 42 U.S.C. § 1306(c), the Administration roughly estimates that the costs assessed for review and production of 30,000 items would be in excess of $200,000. The Administration is not yet in a position to

request that Plaintiff pay an estimated fee, *see* 20 C.F.R. § 402.90(b), because the estimated fee is not yet known. Plaintiff will have the opportunity to narrow the request before processing.

The Administration further reports that in the complex queue there are fourteen requests seeking substantially similar information regarding DOGE. However, none is ahead of Plaintiff's request in the queue. Accordingly, the Administration does not expect to have the opportunity to produce documents responsive to Plaintiff's request before starting to process Plaintiff's request.

Defendants request that the parties file a joint status report on July 25, 2025. A proposed order is attached.

Dated: June 19, 2025
Washington, DC

                              Respectfully submitted,

                              JEANINE FERRIS PERRO
                              United States Attorney

                              By:       */s/ Brian J. Levy*
                                    BRIAN J. LEVY
                                    Assistant United States Attorney
                                    601 D Street, NW
                                    Washington, DC 20530
                                    Telephone: (202) 252-6734

                              *Attorneys for the United States of America*