UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION,

        Plaintiff,

    v.

UNITED STATES SOCIAL SECURITY
ADMINISTRATION, et al.,

       Defendants.

Civil Action No. 25-1217 (CRC)

**[PROPOSED] ORDER**

UPON CONSIDERATION of the parties' status reports, it is hereby

ORDERED that the parties shall file a joint status report on or before July 25, 2025.

SO ORDERED:

_____
Date

_____
UNITED STATES DISTRICT JUDGE