UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION and UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>*Defendants*. | Case No. 1:25-cv-01217 |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF
MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff American Civil Liberties Union ("ACLU"), by and through counsel, hereby withdraws its pending Motion for a Preliminary Injunction, ECF No. 16, for the reasons articulated in Plaintiff's status report, ECF No. 24. Plaintiff reserves the right to make a new or renewed motion for preliminary injunctive relief.

Dated: June 26, 2025

Respectfully submitted,

/s/ Lauren Yu

Lauren Yu*
Nathan Freed Wessler*
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
lyu@aclu.org
nwessler@aclu.org

Megan C. Keenan (DC Bar No. 1672508)
Michelle Fraling (DC Bar No. 90017463)

1

        AMERICAN CIVIL LIBERTIES UNION
           FOUNDATION
        915 15th Street NW, 6th Floor
        Washington, DC 20005
        (917) 710-3245
        mkeenan@aclu.org
        michelle.fraling@aclu.org

        Evelyn Danforth-Scott*
        AMERICAN CIVIL LIBERTIES UNION
           FOUNDATION
        425 California Street, Suite 700
        San Francisco, CA 94104
        edanforth-scott@aclu.org

        *Counsel for Plaintiff*

        * Admitted *pro hac vice*