UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>    Defendants. | Civil Action No. 25-1217 (CRC) |

**JOINT STATUS REPORT**

Pursuant to the Court's June 27, 2025, Minute Order, Plaintiff American Civil Liberties Union and Defendants United States Social Security Administration and the United States Department of Veterans Affairs, by and through counsel, respectfully file this Joint Status Report.

I.      Social Security Administration

Defendant United States Social Security Administration provided Plaintiff with a fee notice on July 21, 2025. The parties are discussing proposals in response to the Social Security Administration's fee notice, including any proposals to narrow Plaintiff's request..

II.     Department of Veterans Affairs

Defendant Department of Veterans Affairs is reviewing documents and working on its next interim response. The Department of Veterans Affairs estimates that there are roughly 3,000 to 5,000 potentially responsive pages remaining for review. The parties are attempting to negotiate a mutually acceptable schedule for continued processing and production of the remaining records.

The parties have agreed that they will continue to meet and confer and will provide another status report to the Court on or before September 5, 2025.

A proposed order is attached.

- 2 -

Dated: July 25, 2025
      Washington, DC

                                   Respectfully submitted,

                                   JEANINE FERRIS PERRO
                                   United States Attorney

                                   By:        */s/ Brian J. Levy*
                                          BRIAN J. LEVY
                                          Assistant United States Attorney
                                          601 D Street, NW
                                          Washington, DC 20530
                                          Telephone: (202) 252-6734

                                   *Attorneys for the United States of America*