UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION and UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>　　　　　　　　　　　Defendants. | Case No. 25-cv-1217 (CRC) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Civil Rule 83.6(b), Michelle Fraling, counsel for Plaintiff American Civil Liberties Union, respectfully withdraws as counsel in the above-captioned case. Plaintiff will continue to be represented in this action by the remaining counsels of record and no parties will be prejudiced by this withdrawal.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Michelle Fraling
　　　　　　　　　　　　　　　　　　　　Michelle Fraling (DC Bar No. 90017463)
　　　　　　　　　　　　　　　　　　　　AMERICAN CIVIL LIBERTIES UNION
　　　　　　　　　　　　　　　　　　　　　　　FOUNDATION
　　　　　　　　　　　　　　　　　　　　915 15th Street, NW, 6th Floor
　　　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　　　(917) 710-3245
　　　　　　　　　　　　　　　　　　　　michelle.fraling@aclu.org

　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff*

Dated: August 21, 2025