UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>        Plaintiff,<br><br>   v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>        Defendants. | Civil Action No. 25-1217 (CRC) |

## **JOINT STATUS REPORT**

Pursuant to the Court's June 27, 2025, Minute Order, Plaintiff American Civil Liberties Union and Defendants United States Social Security Administration and the United States Department of Veterans Affairs, by and through counsel, respectfully file this Joint Status Report.

I.      Social Security Administration

Defendant United States Social Security Administration provided Plaintiff with a fee notice on July 21, 2025. The parties are discussing proposals in response to the Social Security Administration's fee notice, including any proposals to narrow Plaintiff's request..

II.     Department of Veterans Affairs

On August 15, 2025, Defendant Department of Veterans Affairs provided Plaintiff with a third interim release of documents totaling 81 pages. The Department of Veterans Affairs estimates that there are roughly 3,000 to 5,000 potentially responsive pages remaining for review. The parties are attempting to negotiate a mutually acceptable schedule for continued processing and production of the remaining records.

The parties have agreed that they will continue to meet and confer and will provide another status report to the Court on or before October 6, 2025.

- 2 -

A proposed order is attached.

Dated: September 5, 2025
Washington, DC

| | |
|---|---|
| /s/ Lauren Yu | Respectfully submitted, |
| Lauren Yu | |
| Nathan Freed Wessler | JEANINE FERRIS PIRRO |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | United States Attorney |
| 125 Broad Street, 18th Floor | By:     /s/ Brian J. Levy |
| New York, NY 10004 | BRIAN J. LEVY |
| (212) 549-2500 | Assistant United States Attorney |
| lyu@aclu.org | 601 D Street, NW |
| nwessler@aclu.org | Washington, DC 20530 |
| | Telephone: (202) 252-6734 |
| Megan C. Keenan | |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | *Attorneys for the United States of America* |
| 915 15th Street NW, 6th Floor | |
| Washington, DC 20005 | |
| (917) 710-3245 | |
| mkeenan@aclu.org | |
| michelle.fraling@aclu.org | |
| | |
| Evelyn Danforth-Scott | |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | |
| 425 California Street Ste 7th Floor | |
| San Francisco, CA 94104 | |