UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>Defendants. | Civil Action No. 25-1217 (CRC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Joint Status Report, it is hereby

ORDERED that the parties shall file a joint status report on or before October 6, 2025.

SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE

w