UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>       Plaintiff,<br><br>    v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>       Defendants. | Civil Action No. 25-1217 (CRC) |

### JOINT STATUS REPORT

Pursuant to the Court's September 8, 2025, Minute Order, Plaintiff American Civil Liberties Union and Defendants United States Social Security Administration and the United States Department of Veterans Affairs, by and through counsel, respectfully file this Joint Status Report.

I.    Social Security Administration

Defendant United States Social Security Administration provided Plaintiff with a fee notice on July 21, 2025. Plaintiff is working on a proposal to narrow its request.

II.    Department of Veterans Affairs

Since the last Joint Status Report, Defendant Department of Veterans Affairs made a fourth interim release of 199 pages, producing 123 pages in full and 76 pages in part.

The parties have agreed that they will continue to meet and confer and will provide another status report to the Court on or before November 13, 2025.

\*    \*    \*

- 2 -

A proposed order is attached.

Dated: October 6, 2025
Washington, DC

Respectfully submitted,

*/s/ Nathan Freed Wessler*
Lauren Yu
Nathan Freed Wessler
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
lyu@aclu.org
nwessler@aclu.org

Megan C. Keenan
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 15th Street NW, 6th Floor
Washington, DC 20005
(917) 710-3245
mkeenan@aclu.org
michelle.fraling@aclu.org

Evelyn Danforth-Scott
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street Ste 7th Floor
San Francisco, CA 94104

JEANINE FERRIS PIRRO
United States Attorney

By:     */s/ Brian J. Levy*
BRIAN J. LEVY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Telephone: (202) 252-6734

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SOCIAL SECURITY ADMINISTRATION, et al., <br><br> Defendants. | Civil Action No. 25-1217 (CRC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Joint Status Report, it is hereby

ORDERED that the parties shall file a joint status report on or before November 13, 2025.


SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE