UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>   Defendants. | Civil Action No. 25-1217 (CRC) |

## JOINT STATUS REPORT

Consistent with the Court's October 8, 2025, Minute Order, Plaintiff American Civil Liberties Union and Defendants United States Social Security Administration and the United States Department of Veterans Affairs, by and through counsel, respectfully file this Joint Status Report.

I.   Social Security Administration

Since the last Joint Status Report, Plaintiff provided Defendant United States Social Security Administration with a new proposal with respect to Plaintiff's FOIA request. The parties will continue to confer in the coming weeks.

II.   Department of Veterans Affairs

Since the last Joint Status Report, Defendant Department of Veterans Affairs made a fifth interim release of 665 pages, producing 499 pages in full and 166 pages in part.

           \*   \*   \*

- 2 -

The parties have agreed that they will continue to meet and confer and request that they provide another status report to the Court on or before January 28, 2026.

A proposed order is attached.

Dated: November 28, 2025
       Washington, DC

|  |  |
|---|---|
| /s/ Lauren Yu | Respectfully submitted, |
| Lauren Yu | |
| Nathan Freed Wessler | JEANINE FERRIS PIRRO |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | United States Attorney |
| 125 Broad Street, 18th Floor | By:    /s/ Brian J. Levy |
| New York, NY 10004 | BRIAN J. LEVY |
| (212) 549-2500 | Assistant United States Attorney |
| lyu@aclu.org | 601 D Street, NW |
| nwessler@aclu.org | Washington, DC 20530 |
|  | Telephone: (202) 252-6734 |
| Megan C. Keenan | |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION | *Attorneys for the United States of America* |
| 915 15th Street NW, 6th Floor | |
| Washington, DC 20005 | |
| (917) 710-3245 | |
| mkeenan@aclu.org | |

Evelyn Danforth-Scott
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street Ste 7th Floor
San Francisco, CA 94104