AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| American Civil Liberties Union ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:25-cv-01217 |
| United States Social Security Administration et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff   .

Date:   01/27/2026

*Attorney's signature*

Scarlet Kim (DC Bar No. NY0329)
*Printed name and bar number*
American Civil Liberties Union Foundation
125 Broad St. 18th Floor
New York, NY 10004

*Address*

scarletk@aclu.org
*E-mail address*

(212) 549-2500
*Telephone number*

*FAX number*