UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SOCIAL SECURITY ADMINISTRATION, et al., <br><br> Defendants. | Civil Action No. 25-1217 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's December 3, 2025, Minute Order, Plaintiff American Civil Liberties Union and Defendants United States Social Security Administration and the United States Department of Veterans Affairs, by and through counsel, respectfully file this Joint Status Report.

I.     Social Security Administration

Since the last Joint Status Report, Defendant United States Social Security Administration responded to Plaintiff regarding their last proposal and the parties continue to confer regarding a potentially narrowed request.

II.     Department of Veterans Affairs

Since the last Joint Status Report, Defendant Department of Veterans Affairs made a sixth interim release of 569 pages, producing 496 in full and 73 in part.

\*     \*     \*

- 2 -

The parties have agreed that they will continue to meet and confer and request that they provide another status report to the Court on or before March 27, 2026.

A proposed order is attached.


Dated: January 28, 2026
       Washington, DC

                                                        Respectfully submitted,

/s/ Lauren Yu
Lauren Yu                                               JEANINE FERRIS PIRRO
Nathan Freed Wessler                                    United States Attorney
Scarlet Kim
AMERICAN CIVIL LIBERTIES UNION          By:          /s/ Brian J. Levy
FOUNDATION                                                 BRIAN J. LEVY
125 Broad Street, 18th Floor                              Assistant United States Attorney
New York, NY 10004                                       601 D Street, NW
(212) 549-2500                                           Washington, DC 20530
lyu@aclu.org                                             Telephone: (202) 252-6734
nwessler@aclu.org
scarletk@aclu.org                                       *Attorneys for the United States of America*


Evelyn Danforth-Scott
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street Ste 7th Floor
San Francisco, CA 94104