UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>  Defendants. | Civil Action No. 25-1217 (CRC) |

**[PROPOSED] ORDER**

UPON CONSIDERATION of the Joint Status Report, it is hereby

ORDERED that the parties shall file a joint status report on or before March 27, 2026.

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE