IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION and UNITED STATES DEPARTMENT OF VETERANS AFFAIRS,<br><br>*Defendants*. | No. 1:25-cv-1217 |

## MOTION TO WITHDRAW AS COUNSEL

I, Megan C. Keenan, respectfully request leave to withdraw as counsel for Plaintiffs pursuant to Local Civil Rule 83.6(c), because I am leaving my current position at the American Civil Liberties Union Foundation on January 29, 2026. Plaintiffs will continue to be represented by my colleagues Lauren Yu, Nathan Freed Wessler, Evelyn Danforth-Scott, and Scarlet Kim at the American Civil Liberties Union Foundation.

Date: January 28, 2026

Respectfully submitted,

*/s/ Megan C. Keenan*
Megan C. Keenan (D.C. Bar No. 1672508)
American Civil Liberties Union Foundation
915 15th St. NW
Washington, DC 20005
mkeenan@aclu.org

1