UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>Defendants. | Civil Action No. 25-1217 (CRC) |

**JOINT STATUS REPORT**

Pursuant to the Court's January 29, 2026, Minute Order, Plaintiff American Civil Liberties Union and Defendants United States Social Security Administration and the United States Department of Veterans Affairs, by and through counsel, respectfully file this Joint Status Report.

I.    Social Security Administration

Since the last Joint Status Report, Defendant United States Social Security Administration and Plaintiff agreed on narrowed search terms and the Social Security Administration is preparing a new fee notice.

II.    Department of Veterans Affairs

Since the last Joint Status Report, Defendant Department of Veterans Affairs made a seventh and final interim release of 920 pages, producing 280 pages in full and 640 pages in part. The Department of Veterans Affairs considers FOIA request 25-08493-F satisfied in full. Plaintiff is reviewing the produced records.

\*    \*    \*

- 2 -

The parties have agreed that they will continue to meet and confer and request that they provide another status report to the Court on or before Wednesday, May 27, 2026.

A proposed order is attached.

Dated: March 27, 2026
       Washington, DC

Respectfully submitted,

/s/ Lauren Yu
Lauren Yu
Nathan Freed Wessler
Scarlet Kim
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
lyu@aclu.org
nwessler@aclu.org
scarletk@aclu.org

JEANINE FERRIS PIRRO
United States Attorney

By:        */s/ Brian J. Levy*
    BRIAN J. LEVY
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    Telephone: (202) 252-6734

*Attorneys for the United States of America*

Evelyn Danforth-Scott
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street Ste 7th Floor
San Francisco, CA 94104