UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMERICAN CIVIL LIBERTIES UNION,

Plaintiff,

v.

UNITED STATES SOCIAL SECURITY
ADMINISTRATION, et al.,

Defendants.

Civil Action No. 25-1217 (CRC)

## [PROPOSED] ORDER

UPON CONSIDERATION of the Joint Status Report, it is hereby

ORDERED that the parties shall file a joint status report on or before May 27, 2026.

SO ORDERED:

_____

UNITED STATES DISTRICT JUDGE