UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES SOCIAL SECURITY<br>ADMINISTRATION, et al.,<br><br>       Defendants. | Civil Action No. 25-1217 (CRC) |

**JOINT STATUS REPORT**

Pursuant to the Court's March 30, 2026, Minute Order, Plaintiff American Civil Liberties Union and Defendants United States Social Security Administration and the United States Department of Veterans Affairs, by and through counsel, respectfully file this Joint Status Report.

I.       Social Security Administration

Since the last Joint Status Report, Defendant United States Social Security Administration sent a fee notice on April 7, 2026.  Plaintiff provided payment information to SSA, which SSA received on April 24, 2026.  SSA is processing the agreed upon narrowed request.

II.       Department of Veterans Affairs

As reported in the last Joint Status Report, Defendant Department of Veterans Affairs considers FOIA request 25-08493-F satisfied in full.

*       *       *

The parties have agreed that they will continue to meet and confer and request that they provide another status report to the Court on or before Monday, July 27, 2026.

A proposed order is attached.

Dated: May 27, 2026
          Washington, DC

                                                        Respectfully submitted,

/s/ Lauren Yu
Lauren Yu                                               JEANINE FERRIS PIRRO
Nathan Freed Wessler                                    United States Attorney
Scarlet Kim
AMERICAN CIVIL LIBERTIES UNION          By:         */s/ Brian J. Levy*
FOUNDATION                                                  BRIAN J. LEVY
125 Broad Street, 18th Floor                                Assistant United States Attorney
New York, NY 10004                                          601 D Street, NW
(212) 549-2500                                              Washington, DC 20530
lyu@aclu.org                                                Telephone: (202) 252-6734
nwessler@aclu.org
scarletk@aclu.org                               *Attorneys for the United States of America*

Evelyn Danforth-Scott
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street Ste 7th Floor
San Francisco, CA 94104