UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>Defendants. | Civil Action No. 25-1217 (CRC) |

**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT UNITED STATES DEPARTMENT OF VETERANS AFFAIRS**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff American Civil Liberties Union and Defendants United States Social Security Administration and the United States Department of Veterans Affairs, by and through counsel, hereby jointly stipulate to dismiss with prejudice all claims against only Defendant United States Department of Veterans Affairs, with Plaintiff and Department of Veterans Affairs to bear their own fees and costs with respect to the claims against Department of Veterans Affairs.

Dated: August 10 2026
Washington, DC

/s/ Lauren Yu
Lauren Yu
Nathan Freed Wessler
Scarlet Kim
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
lyu@aclu.org
nwessler@aclu.org
scarletk@aclu.org

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Brian J. Levy*
BRIAN J. LEVY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Telephone: (202) 252-6734

*Attorneys for the United States of America*

Evelyn Danforth-Scott
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION
425 California Street Ste 7th Floor
San Francisco, CA 94104
edanforth-scott@aclu.org

*Attorneys for Plaintiff*