UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES SOCIAL SECURITY ADMINISTRATION,<br><br>Defendant. | Civil Action No. 25-1217 (CRC) |

# JOINT STATUS REPORT

Pursuant to the Court's July 29, 2026, Minute Order, Plaintiff American Civil Liberties Union and Defendant the United States Social Security Administration, by and through counsel, respectfully file this Joint Status Report.

Since the last Joint Status Report on July 27, 2026 (ECF No. 36), Defendant United States Social Security Administration has completed its search based upon the narrowed request and will next begin processing for redactions and responsiveness. The Social Security Administration expects to make its first production within the next sixty days.

* * *

The parties have agreed that they will continue to meet and confer and request that they provide another status report to the Court on or before Friday, November 20, 2026.

A proposed order is attached.

Dated: September 25, 2026
Washington, DC

/s/ Lauren Yu
Lauren Yu
Nathan Freed Wessler
Scarlet Kim
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2500
lyu@aclu.org
nwessler@aclu.org
scarletk@aclu.org

Evelyn Danforth-Scott
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street Ste 7th Floor
San Francisco, CA 94104

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: *<u>/s/ Brian J. Levy</u>*
BRIAN J. LEVY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Telephone: (202) 252-6734

*Attorneys for the United States of America*